AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Kansas

FILED
U.S. District Court
District of Kansas

OCT 20 2016

Clerk, U.S. District Court
By _____ Deputy Clerk

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| GAVIN WAYNE WRIGHT | Case Number: 16-CR-10141-03-EFM |

UNITED STATES MARSHAL
RECEIVED

OCT 20 2016

WICHITA, KS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ GAVIN WAYNE WRIGHT _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release   ☐ Probation   ☐ Supervised Release   ☐ Violation Notice
   Violation Petition    Violation Petition    Violation

charging him or her with (brief description of offense)

Ct 1 - 18 USC 2 & 2332a(a)(2)(D) - Conspired with each other and with others, to use a weapon of mass destruction

☑ in violation of Title  18  United States Code, Section(s)  2 & 2332a(a)(2)(D)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| TIMOTHY M. O'BRIEN | s/ Sarah M. Zepick |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | October 20, 2016    at Wichita, Kansas |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

Wichita, KS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/20/16 | | |
| DATE OF ARREST | Mike Conway, USMS | [signature] |
| 10/20/16 | | |

AO 442   (Rev. 08/07) Warrant for Arrest (Page2)

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: GAVIN WAYNE WRIGHT

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____