IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                 Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 16-10141-03-EFM |
| ) | |
| GAVIN WAYNE WRIGHT, ) | |
|                 Defendant ) | |
| _____ ) | |

**MOTION TO WITHDRAW DOCUMENT 41 (MOTION FOR DESIGNATION OF CASE AS COMPLEX, REQUESTING EXCLUDABLE TIME COMPUTATIONS, AND FOR APPROVAL FOR PAYMENT OF EXCESS COMPENSATION)**

COMES NOW the defendant, Gavin Wayne Wright, by and through his attorney of record, Kari S. Schmidt, Conlee Schmidt & Emerson, LLP, and files this motion to withdraw his MOTION FOR DESIGNATION OF CASE AS COMPLEX, REQUESTING EXCLUDABLE TIME COMPUTATIONS, AND FOR APPROVAL FOR PAYMENT OF EXCESS COMPENSATION (DOCUMENT 41) filed in this court on November 14, 2016.

WHEREFORE, Movant requests that the Court issue an order withdrawing Movant's Motion for designation as a complex case under 18 U.S.C. §3161(h)(8)(A)-(B)(ii) and for such other and further relief as to the Court seems just.

Respectfully submitted,

s/Kari S. Schmidt
Kari S. Schmidt, #11524
Conlee Schmidt & Emerson, LLP
200 W. Douglas, Suite 300
Wichita, Kansas 67202

PH: 316.264.3300
FAX: 316.264.3423
Email: karis@fcse.net
Attorneys for Gavin Wayne Wright

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **MOTION TO WITHDRAW DOCUMENT 41 (MOTION FOR DESIGNATION OF CASE AS COMPLEX AND REQUESTING EXCLUDABLE TIME COMPUTATIONS AND FOR APPROVAL OF PAYMENT OF EXCESS COMPENSATION)** was filed and served electronically pursuant to the CM/ECF system on November 29, 2016, on all counsel of record.

S/Kari S. Schmidt