AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Kansas _____

**FILED**
U.S. District Court
District of Kansas

MAR 20 2017

Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES OF AMERICA

V.

GAVIN WAYNE WRIGHT

**WARRANT FOR ARREST**

Case Number: 16-10141-03-EFM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ GAVIN WAYNE WRIGHT _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
**Second Superseding**

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

WICHITA, KS   2017 MAR 16 PM 4:26   UNITED STATES MARSHAL RECEIVED

charging him or her with (brief description of offense)

Ct 1 - 18 USC 2 & 2332a(a)(2) - Conspired with each other and with others, to use a weapon of mass destruction
Ct 2 - 18 USC 241 - Conspiracy against rights
Ct 6 - 18 USC 1001 - Knowingly and willfully made materially false, fictitious and fraudulent statements to the FBI

☒ in violation of Title __18__ United States Code, Section(s) __2 & 2332a(a)(2)__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

TIMOTHY M. O'BRIEN
Name of Issuing Officer

S. A. Anderson
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

March 16, 2017           at Wichita, Kansas
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 3/16/17 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/16/17 | V. K. Lene  DUSM | (signature) |