| | |
|---|---|
| FILE NUMBER: | 266T-KC-7542690 |
| | 1D51 Track 247 |
| DATE: | 10/11/2016 |
| LENGTH OF RECORDING: | 00:13:55 |
| PARTICIPANTS: | CHS |
| | Gavin |

Telephone ringing

CHS: What's up man.

Gavin: Hey, sorry man it wasn't nobody. My dog just wanted out.

CHS: Oh, okay.

Gavin: I thought he was throwing a fit cuz somebody pulled in but.

CHS: Somebody yeah. Yeah. (overlapping conversation) Yeah, man just freaking if somebody does. I mean just. (overlapping conversation)

Gavin: Man I can't tell them anything. I don't know anything (CHS) so.

CHS: Yep, absolutely.

Gavin: I mean I just, I just want to keep it that way from here on out so. And I wanted to try to get with the Liberty Restoration Committee and let them know the whole point behind all this but I'm not gonna be part of that so.

CHS: Yeah, that's (unintelligible). That's uh that's (overlapping conversation) (unintelligible)

Gavin: Yeah, and if that's the case I don't know that's even the case to be honest with you (CHS).

CHS: Yeah.

| | |
|---|---|
| Gavin: | Cuz she's fuckin' whacked. (overlapping conversation) I don't know, I don't know what her motive is behind what she's doing. I don't have a clue. |
| CHS: | Right. |
| Gavin: | I uh I really don't. |
| CHS: | Right. Hey, I under yeah I totally understand uh kicking back and you know take you know (overlapping conversation) |
| Gavin: | Yeah. |
| CHS: | Um. Hey the only thing we uh if you do would you do me a favor cuz my my name's still out there. |
| Gavin: | Yeah. |
| CHS: | If you hear anything I mean would you let me know. |
| Gavin: | Oh yeah, oh yeah, oh yeah I will. (overlapping conversation) |
| CHS: | I mean. Let me know (unintelligible) |
| Gavin: | And I wanna, I wanna, I'm gonna, I still have all you guys in my phone so |
| CHS: | Okay, yeah. |
| Gavin: | I'm gonna keep in touch with you guys because I, I like I said I wanted to I want to be part of changin' this country constitutionally. |
| CHS: | Right. |
| Gavin: | You know what I mean and |
| CHS: | (unintelligible) |
| Gavin: | but I, I don't want to be involved in that so |
| CHS: | Yeah, yeah (unintelligible) (overlapping conversation) |

| | |
|---|---|
| Gavin: | And I know, I know the rest of you guys aren't either. You know what I'm sayin' but |
| CHS: | Oh yeah, yeah. |
| Gavin: | And I, I don't know that Curtis is to be honest with you. I don't have a clue. But |
| CHS: | Yeah. |
| Gavin: | She's fuckin' either lyin' her ass off or she's gonna get him in a lot of fuckin' trouble. |
| CHS: | Well I've heard, I've heard, yeah I've heard him say you know how big a liar and shit that she (overlapping conversation) |
| Gavin: | I understand and the way she acted today when she come to my office I was like I was gonna go to the bathroom and I was gonna come out and tell her man this is a place of business you need to leave. |
| CHS: | Does she do meth or anything. Is she a fuckin' |
| Gavin: | Fuck I don't know. I don't have a clue (CHS) I, I don't know her and I've met her a couple of times and I didn't like her… |
| CHS: | Yeah. |
| Gavin: | …so I just stayed away. |
| CHS: | Well see I talked to her for about 30 minutes down, when we were down in uh Liberal, I mean, Lincoln |
| Gavin: | Yeah. |
| CHS: | at the state fair when we had that booth set up. I got stuck with her at the booth but I talked to her for about 30 minutes and she was just bitchin' about (overlapping conversation) |
| Gavin: | Yeah she's. I don't know what her fuckin' problem is man. |
| CHS: | I could tell her |
| Gavin: | She just caused a whole bunch of trouble for him though. |

| | |
|---|---|
| CHS: | Oh fuck yeah. |
| Gavin: | I mean a whole bunch of trouble. |
| CHS: | I'd be |
| Gavin: | (interrupts) I would be surprised if he's not in jail right now. |
| CHS: | You think man I won, I won (overlapping conversation) |
| Gavin: | Yeah I don't, I don't know (CHS). |
| CHS: | I guess so (overlapping conversation) |
| Gavin: | I don't have a clue. |
| CHS: | We'll just have to take it easy and sit back and wait man (unintelligible) |
| Gavin: | Well, and I don't know how he would kill her. I guess beat her up because he doesn't have any guns or nothin' so. |
| CHS: | Yeah. |
| Gavin: | I mean, he told me that. He can't ow, he can't own them so |
| CHS: | Right. |
| Gavin: | But I don't know. I've not been I didn't search his house. |
| CHS: | Right |
| Gavin: | (laughs) you know what I mean. |
| CHS: | Oh yeah. |
| Gavin: | That was not one of the job qualifications when I hired him. (laughs) |
| CHS: | I hear you. I hear you. |
| Gavin: | So, right now I, I still and, and I still want to do good too man, but |

| | |
|---|---|
| CHS: | Yeah. |
| Gavin: | right now is not a good time. |
| CHS: | Well, just hold, hold tight and you know take care of yourself and your son man. |
| Gavin: | Sure, sure, I will. |
| CHS: | You need somethin' uh let 'em know. And uh yeah I've been but that's the only thing I'm concerned you know. Not the only thing, but that's just one of my concerns if |
| Gavin: | Yeah, no I'm good really, really I'm good. (overlapping conversation) |
| CHS: | (unintelligible) |
| Gavin: | But I mean like I told them I don't know anything so I don't know what you want me to tell ya. |
| CHS: | Right. |
| Gavin: | You know what I mean. He goes well talk to me I go what do you want to talk about. |
| CHS: | Yeah, well that (overlapping conversation) |
| Gavin: | I mean, I uh I'm a business owner and I own one here this, this lot here and one in Garden City and my brother runs the one in Garden City. |
| CHS: | Yep. |
| Gavin: | I mean and he goes no let's talk about the bomb situation. And I go I don't know nothin' about bombs. And that's when he goes well you know what an IED is and I go well of course I do I watch TV. |
| CHS: | (unintelligible) She is fuckin' crazy then man. |
| Gavin: | Oh, I know. She's whacked. |

| | |
|---|---|
| CHS: | She must, she must be on something man. Tweekin' or somethin' |
| Gavin: | I don't know. She's whacked, I know that but |
| CHS: | Yeah |
| Gavin: | She even called my brother. |
| CHS: | Oh no shit. |
| Gavin: | Cuz I, I ca, well yeah I called my brother and told him because I didn't want 'em to blindside him. |
| CHS: | Oh yeah. |
| Gavin: | Yeah, I mean he's part owner in this business if they do get a search warrant and go in. They ain't gonna find shit cuz there ain't nothin' there that I know of. |
| CHS: | Right. (unintelligible) |
| Gavin: | I mean, I don't even know that he has anything to begin with. |
| CHS: | Right, well fuck it. It's just his word against hers. You know. |
| Gavin: | Well, and uh from what I could see they've already decided to take her story. |
| CHS: | See that's usually how it is (overlapping conversation) |
| Gavin: | Yeah, and that's fucked up because Curtis didn't do anything wrong as far as I could tell. |
| CHS: | And then they probably she has a restraining order you know. Probably has, probably has an automatic restraining orders almost. |
| Gavin: | I mean even when you, even when I came back after he was at home and supposedly he threatened her is what the cop told me. To kill her. He, he, he was fine and the cop was like was he upset, was he mad (overlapping conversation) I go no, we talked about work. |

CHS: (unintelligible)

Gavin: (overlapping unintelligible) house and we, we were going over the numbers.

CHS: Damn.

Gavin: I know. And we no more pulled out of the, pulled out of the driveway and whoo cops just started comin' from everywhere.

CHS: Fuck that would be traumatic man. I know I would be (overlapping conversation)

Gavin: Well, I was fuckin' shaking in my boots man. I'm still shaking in my boots.

CHS: I'll bet I would. I mean handcuffed I've had that you know during training and shit I've handcuffed people, I've been handcuffed and uh

Gavin: Fuck I'm like it was hurtin' me I kept goin' ow.

CHS: Yeah.

Gavin: I go is this necessary.

CHS: Shit and you got uh, you got uh. You don't even have even any record do you. I mean, you've got

Gavin: Fuck no. I ain't never been in trouble in my whole life.

CHS: Yeah, well and hell your families had a good reputation.

Gavin: Yeah, I've never, I've never been in. Well I say that when I was a kid. (overlapping conversation)

CHS: Right, right.

Gavin: You know I mean I got pulled over for drinking and shit once or twice and they made me pour all the shit out when I was a kid. But other than that.

CHS: Yeah.

| | |
|---|---|
| Gavin: | I mean that was clean sheets man I mean. |
| CHS: | Right, right (unintelligible) |
| Gavin: | My old man woulda, my old man woulda done a lot worse to me than the fuckin' cops would have. |
| CHS: | Yeah, no shit. |
| Gavin: | Yeah, my old man would have beat the hell out of me so no, hell no I didn't even chance it. |
| CHS: | Yeah. |
| Gavin: | If it wasn't for my old man I might be in trouble and in jail. I don't know. |
| CHS: | (laughs) |
| Gavin: | Because I was scared for them to take me home. |
| CHS: | Yeah, yeah I remember you saying that before. |
| Gavin: | Take me to jail please don't take me home my old man will beat my ass. |
| CHS: | I remember you saying that once. |
| Gavin: | Yeah, I'm like fuck that. |
| CHS: | (laughs) Yeah. Well if uh |
| Gavin: | But I'll be in touch brother I'll keep in touch (overlapping conversation) |
| CHS: | Yeah, that's what us yeah if you could man just keep me in touch to let me know what's happened and everything. So I can |
| Gavin: | Well and I figure it will probably be. I don't know, I don't know what's gonna happen, but whatever happens he's, I mean, I don't know what her fuckin' problem is but |
| CHS: | Son of a bitch it's always, |

| | |
|---|---|
| Gavin: | Yeah. |
| CHS: | it's always a woman that fuckin (overlapping conversation) |
| Gavin: | Well that's it I know man I know. |
| CHS: | I know, I know I it's freaking crazy but it always is |
| Gavin: | I know it always the fuckin' and she's always uh and she makes shit up and he's gonna get in trouble for nothing. |
| CHS: | Yep. |
| Gavin: | I mean I can't imagine Curtis even threatening her to be honest with you but I, I don't know him as I mean. |
| CHS: | Right. |
| Gavin: | And, and I (overlapping conversation) |
| CHS: | (unintelligible) known him that long have you. |
| Gavin: | No and the way she was yellin' at him in the office you know I uh, I don't know I would have fuckin' I. She was pissing me off and I, she wasn't yelling at me. |
| CHS: | See, yeah I mean is she like, like mental too. Like psychotic? |
| Gavin: | I haven't a clue brother. I know she's had Cancer and I don't know I. They're all mental to be honest with you. They're all women so. |
| CHS: | (chuckles) Yeah, no shit. |
| Gavin: | They're a, they're a certain bit of mental there anyway.  You know what I mean. |
| CHS: | Yeah, I hear you so. |
| Gavin: | But I don't have a clue. She's whacked I know. |
| CHS: | Yeah. |
| Gavin: | And I feel bad for Curtis but I mean. |

Page **9** of **14**

| | |
|---|---|
| CHS: | Yeah, well I, we'll see what uh |
| Gavin: | Yeah, it is what it is now. |
| CHS: | Yep. We'll just have to see and uh |
| Gavin: | Yep. |
| CHS: | Take it one. |
| Gavin: | I'll be in touch though and let you know how things are goin' but (overlapping conversation) |
| CHS: | Okay man. Yeah, I'd appreciate it if you would man. |
| Gavin: | They let me go so I, I'm guessing they didn't want me. |
| CHS: | Yeah (unintelligible) |
| Gavin: | I mean or they, or they'd uh I'd be in jail right now. |
| CHS: | Right. |
| Gavin: | You know I mean. (overlapping conversation) |
| CHS: | (unintelligible) |
| Gavin: | So and I they don't have any reason to want me to be honest with you and so I uh, I'm not sure I'm not gonna get a lawyer tomorrow and try to take care of some of this shit cuz that them guys charging me with their guns drawn I'm sorry that's not even, that's not even cool. I wasn't the guy that they were looking for. |
| CHS: | Damn. But yeah that would be fuckin.' That, that's a traumatic experience you know. |
| Gavin: | Fuck yes I'm like, you guys, I go is this necessary. I'm not the fuckin' bad guy here fellows. |
| CHS: | Well, did you have, I mean did you have were you carrying or anything then er |

| | |
|---|---|
| Gavin: | No, no (overlapping conversation) |
| CHS: | So, I mean it really made no difference I mean it's legal (unintelligible) |
| Gavin: | No, I well yeah I've got a license to carry so |
| CHS: | Yeah, I mean it's legal |
| Gavin: | But I wasn't carrying, I wasn't carrying but |
| CHS: | Yeah. |
| Gavin: | I mean I had it close by but it wasn't on me |
| CHS: | Well that's, that's what I was wondering if it one of the reasons why they if you were carrying if they seen and they were puttin' the guns on you. |
| Gavin: | Well and she might have told them I carry because I do all the time and that's common knowledge. |
| CHS: | I, I do too I do one hundred percent of the time. |
| Gavin: | Yeah, I mean I don't go to Wal-Mart anymore without it so. |
| CHS: | Hell yeah. |
| Gavin: | If Wal-Mart don't want me in there then I won't fuckin' go there. |
| CHS: | Yeah. |
| Gavin: | You know what I mean. But I'm not going without my gun anymore I don't care. |
| CHS: | Yep, that's how I am man. So, that's how I've always been. |
| Gavin: | I guess if that makes me a fuckin' bad dude I, (laughs) I don't know what they, what their thinking is behind that but like I told Patrick I go Patrick it doesn't matter they killed fuckin' Lavoy Finecan (sp) and |
| CHS: | Yeah. |

| | |
|---|---|
| Gavin: | he didn't do anything to them. |
| CHS: | Right, yeah oh yes I know. |
| Gavin: | I mean, so what's gonna stop them from fuckin' whackin' me |
| CHS: | Well have you, I've heard, I've always heard the cops in Liberal are fuckin' dirty I, I mean have you heard that |
| Gavin: | Oh yeah, oh yeah I've heard that a couple of times but I've heard that about a few different places so I mean |
| CHS: | Yeah. |
| Gavin: | and there's dirty ones everywhere I get that. |
| CHS: | Right |
| Gavin: | You know what I mean and they're only doing their job that's what I told them but that, I told that guy and he apologized and I go well that's a bit excessive guys. I wasn't the guy that done anything wrong man. |
| CHS: | Well yeah they would (unintelligible) |
| Gavin: | I mean you guys had no reason to cuff me and, and point guns at me that are loaded, you know, I'm sorry but that's. I'm not the bad guy. |
| CHS: | Well, right. Well one thing might be going good for uh Curtis is he doesn't really have a record either though does he. I mean |
| Gavin: | No, a record of being a hero in fuckin' viet, or in Iraq. |
| CHS: | Right. |
| Gavin: | I mean god damn are you kiddin' me. |
| CHS: | So, he that's he uh has that goin' for him. That previous (unintelligible) |
| Gavin: | I'm not to sure that that's not what's working against him (CHS). |

| | |
|---|---|
| CHS: | I, I don't know man. It's hard to (overlapping conversation) |
| Gavin: | I mean, fuck why would they automatically believe her. |
| CHS: | Because, the uh woman the report that's how they always fuckin' do it. I don't know why. |
| Gavin: | Yeah, see that's fucked up man I'm sorry. |
| CHS: | It just seems like the first one that report it that |
| Gavin: | Yeah, that's, that's fucked up. |
| CHS: | Yeah. |
| Gavin: | Yeah, that's fucked up but |
| CHS: | Yeah. That's just crazy. Everything happened so fast. |
| Gavin: | Well, I know I'm like I didn't have and I'm going what the fuck is going on I asked that guy. And he goes get on the ground I go what the fuck is going on. |
| CHS: | See I was |
| Gavin: | Put your hands on your head and then I seen the guys coming across the fields with fuckin' rifles pointed at me. And I go |
| CHS: | So they'd been they'd been there for a while then huh |
| Gavin: | Oh yeah. And I was like uh this is a bit excessive isn't it guys. |
| CHS: | Ha shit. |
| Gavin: | I mean, are you kidding me. |
| CHS: | Now was it the PD or Sheriff. Or are you in, was that in the county. |
| Gavin: | No they were city, they were city. |
| CHS: | So you're in the city you're not out in the county. Okay. |
| Gavin: | Yeah, they were city cops I don't know fuck. |

| | |
|---|---|
| CHS: | Is your home in the county then. |
| Gavin: | No it's in the city. |
| CHS: | Oh is it. All right. |
| Gavin: | Yeah, I've got city water and city sewer I guess I don't know if it is or not. I don't know where the city line is so. |
| CHS: | Oh yeah. |
| Gavin: | I figured, I figured the 83 was the city line maybe. |
| CHS: | Yeah, I don't know. I was |
| Gavin: | Yeah, I don't either. I don't either. |
| CHS: | All right man that (unintelligible) |
| Gavin: | Okay. |
| CHS: | Just uh take care man. (sound of touch tone) |
| Gavin: | All right. See you bud. |
| CHS: | Be in touch. All right, later man. |
| Gavin: | Bye. |
| CHS: | Bye. |

END OF CONVERSATION
END OF RECORDING