Recording:  1 of 1

Case Number:   266T-KC-7542690

Participants:  KBI SA Adam Piland, FBI SA Robin Smith, Gavin Wright

Date of Interview:   October 12, 2016 08:53 hours                              Pages: 1-16

Preamble by SA Piland

| | |
|---|---|
| SA Piland: | This is special agent Adam Piland today is October twelfth two thousand fifteen, two thousand sixteen at zero eight fifty three hours. Myself and Robin Smith with FBI are getting ready to interview Gavin Wright Liberal Police department. |

Recording being placed on table

Hear movement in room

Background conversation

| | |
|---|---|
| SA Piland: | Come on in have a seat. |
| Wright: | Alright thank you. |
| SA Piland: | Robin, you too. |
| Unknown: | Back by the back wall please. |
| Wright: | Ok. |
| SA Smith: | You prefer Gavin or Mr. Wright? |
| Wright: | Uh my dad (overlapping conversation), my dad was a mister. I'm... |
| SA Smith: | Exactly. |
| Wright: | I still work for a living so… |
| SA Smith: | I'm Robin. |
| Wright: | Robin, I'm Gavin Wright. |
| SA Smith: | I was bringing you some coffee but I gave it to Adam. |
| | (Overlapping conversation) |

| | |
|---|---|
| Wright: | He got me some. No, no he got me some. (Overlapping conversations/ unintelligible) He got me some. |
| SA Smith: | Oh. We have kind of a long night. |
| Wright: | I…yup |
| SA Smith: | You may have as well, not sure. |
| | (Cell phone making noise) |
| Wright: | That's my brother |
| SA Piland: | Gavin, just so we can get introductions out of the way I am Adam Piland with the Kansas Bureau of Investigations. |
| Wright: | Adam? |
| SA Piland: | Adam. |
| Wright: | Ok. |
| Wright: | You guys got cards? |
| | (Overlapping conversation) |
| SA Smith: | Getting to, I got better than that |
| SA Piland: | Getting to mine. |
| Unknown: | (sigh) |
| Wright: | To put it mildly, I'm not very happy. |
| SA Smith: | No, I understand that you had |
| Wright: | No you don't. |
| SA Smith: | (Overlapping conversation) some dialogue with the officers |
| Wright: | (interrupting) you don't understand at all. The pointed guns at me bud and threw me on the ground and handcuffed me and I didn't do anything. |
| SA Smith: | Well first you need to know who I am (Overlapping conversation) |
| Wright: | Cause I'm an employer of somebody that I mean |
| | (Overlapping conversation) |

| | |
|---|---|
| Wright: | Huh? |
| SA Smith: | First you need to know who I am. I am not with KBI (unintelligible). Look closer to that this morning. My name is Robin Smith I am a special agent with the FBI. |
| Wright: | Ok (interrupting) I understand. |
| SA Smith: | Work out of Garden City. |
| Wright: | I understand. |
| SA Smith: | Um and you kinda come to us this morning.. |
| Wright: | (Interrupted) well, that's because I went to work and he wouldn't let me go in (laughing) |
| | (Overlapping conversation) |
| SA Smith: | Gavin I want to hear the story. |
| Wright: | Well I don't know much. |
| SA Smith: | What has… What's a good place to start? |
| Wright: | Well yesterday about noon he… His wife showed up at my office. |
| SA Smith: | He, who we talking about? |
| Wright: | The guy that works for me, Curtis. |
| SA Smith: | Ok. |
| Wright: | He is a salesman for me, has been for four or five weeks. |
| SA Smith: | And his wife's name is? |
| Wright: | Uh, Dawn…Dawnette I think is his wife's name. She came in yelling and screaming at him and-and I kinda vacated and went in my office and then, because I was embarrassed for him and I was getting ready to go out there and tell her she had to take it somewhere else because this is a business and I don't have time for that. |
| SA Smith: | So it was pretty…Pretty loud? |
| Wright: | Yeah and I went to the bathroom and went to the bathroom and when I came out they both were gone and I was like…Well I don't know what's going on…so I stayed there for I don't know maybe till four thirty maybe |

|  |  |
|---|---|
|  | five and my son called. And he was done with his extra uh stuff he is doing at school making up work and stuff cause he has been sick with….oh he has had uh food poisoning from Taco Johns over here and not to be selling anything for them. And so I went and picked him up went home, took him home, came back to the office and Curtis was there and, and... |
| SA Smith: | And she's not? |
| Wright: | No. Just Curtis. |
| SA Smith: | Sounds like a good time to ask, what the fuck? |
| Wright: | Well, and...And I did and he, we talked about…actually we got off on his sale that he sold a house yesterday and we were going over the numbers and personally..I'm not in his personal business so I don't care what him and his wife do, to be honest with you. And when it comes to my office I have a problem with it. |
| SA Smith: | Do you and he socialize outside of work. |
| Wright: | Eh, we have beer every now and then over at the VFW. |
| SA Smith: | How long has he…are you prior service? |
| Wright: | No, no...Hell no. |
| SA Smith | Is he prior service? |
| Wright: | Yes he is, I think. I-I don't know I mean. |
| SA Smith: | You got any idea what branch or anything? |
| Wright: | Uh um. I have no clue |
| SA Smith: | Once in a while there outside the office but not close friends, you spend a lot of time with him or things like that? |
|  | (Overlapping conversation) |
| Wright: | Nah, Nah... I never seen anything to that fact from him at all. I mean.. |
| SA Smith: | How long has he worked for you? |
| Wright: | About five weeks. Four to five weeks. |
| SA Smith: | And he is in a sales position? |

| | |
|---|---|
| Wright: | Yes. And he the reason was, |
| SA Smith: | How, oh |
| | (Hear bumping against table) |
| Wright: | let me finish |
| SA Smith: | Go ahead yeah. |
| Wright: | He put my security system in my office when I moved down here a year and a half ago. |
| SA Smith: | Out at your same business? |
| Wright: | Yes. |
| SA Smith: | Ok. |
| Wright: | He put the security system in my office that's how I met him.  And… And, and then he told me that he used to be a salesman in Dodge City for uh, Eisemans (phonetic). And we talked and we talked and I made him talk to my brother cause my brothers my business partner. |
| SA Smith: | I'm from Garden |
| Wright: | D & H homes |
| SA Smith: | (overlapping conversation) so I don't know Eisemans (phonetic) is |
| Wright: | Oh yea it, it's a competitor of my dad. |
| SA Smith: | Oh just a, it's a mobile home place? I've just never heard of it. |
| Wright: | (overlapping conversation) yeah it's a mobile home, it's a mobile home place. |
| SA Smith: | I've just never heard of it. Ok |
| Wright: | yeah and...And my brother run, I own D and H in Garden City too and my brother runs that Garret Wright. And I run G and G and he is partners with my in G and G. |
| SA Smith: | Um isn't your dad involved? |
| Wright: | My dad's dead |
| SA Smith: | I'm sorry to ask that... |

| | |
|---|---|
| Wright: | (interrupted) yeah, yeah it's all good. Yeah it's been three years ago. |
| SA Smith: | I did not know that. |
| Wright: | And that's when I came back here. Or actually about a year and a half ago I came back here cause my brother asked me if I wanted to get back in the family business with him and I told him yeah. Give me six eight months and I had a contracting company in Manhattan Kansas for twenty years. |
| SA Smith: | So you were just doing that all by yourself just to reopen down here. |
| Wright: | No I had. No, no I had nine guys working for me in Manhattan. (Overlapping conversation) |
| SA Smith: | I mean right here in Liberal. |
| Wright: | Oh yeah I just do it by myself. |
| SA Smith: | Up until… |
| Wright: | Up until I hired Curtis |
| SA Smith: | Up until five weeks ago when you hired Curtis. |
| Wright: | Yeah. |
| SA Smith: | So Curtis was only sales or other position. |
| Wright: | Just sales. And to cover when I, cause a lot of times I gotta go out on jobs and check on crane operators. And I mean..(Interrupted) |
| SA Smith: | Well I imagine there's a lot |
| Wright: | Cause I set, we set about eight homes a month and so I'm in and out of the office all the time. Like this morning I gotta meeting with the city about a job and I went to go open up and the cops said I couldn't get in there and I am like well what …and last night they… well I left the office and they pointed they guys pointed guns at me and threw me on the ground, handcuffed me and I'm like what the hell is going on? And he's got four houses sold. Well, three for sure and another one working. |
| SA Smith: | So he is doing a good job. |
| Wright: | Hell yes, He is always there, he never is late. I mean I never heard any problems other than yesterday. |

| | |
|---|---|
| SA Smith: | Let me back up and fill a couple gaps. So prior to yesterday you didn't have any idea that he and his wife were having any issues or anything? |
| Wright: | Eh, he's said, he's made a comment a couple of times about she just always wants to argue with him and... And, he was done with it and he couldn't and he was trying to get her to move out and she wouldn't move out. |
| SA Smith: | Well and that's- that's where I was headed with this Gavin is, what are they arguing about? |
| Wright: | Ah, she sounded to me like she is accusing him of sleeping around on her. I – I've never seen it to be honest with you. I'm there, he's there every day when I am there, ya know what I mean? Cause I'm in and out all the time. |
| SA Smith: | Ok and you said he's been with you about five weeks? |
| Wright: | four to five weeks |
| SA Smith: | Prior to that. Four to Five weeks. |
| Wright: | Yeah four to five weeks. |
| SA Smith: | Prior to that no bringing family problems to work |
| Wright: | No, no, no, no. I don't even think she was around until four to five weeks ago. (Overlapping conversation) |
| SA Smith: | And he has sold how many houses? (Overlapping Conversation) So you think she is a new |
| Wright: | Yeah, well no. (Overlapping Conversation) |
| SA Smith: | When did they get married? (Overlapping Conversation) |
| Wright: | Long time ago supposedly from what I understand. |
| SA Smith: | Well now.. (Interrupted) (Overlapping Conversation) |
| Wright: | And she came, she had cancer or something (Overlapping Conversation) |
| SA Smith: | (overlapping conversation) I'm confused. |
| Wright: | I am to, to be honest with ya. (Laughing) (Overlapping Conversation) |
| SA Smith: | And she has only been around four or five weeks and they are married. How does that work out? That doesn't compute to me. |

| | |
|---|---|
| Wright: | Well as I know, that's all I have ever seen her. I know Curtis lived alone when I first met him, so. |
| SA Piland | So are you saying they were split up at one point (Overlapping Conversation) and got back together? |
| Wright: | Must have been, must have been. Like I said I don't know for sure. (Overlapping Conversation) |
| SA Piland: | Ok<br><br>(Overlapping conversations) |
| SA Smith: | Let's back up and get. Let's talk about Curtis a little bit then I want to back up to last night cause I want to understand everything that happened over there last night. |
| Wright: | Ok |
| SA Smith: | You hired Curtis somewhere between four and five weeks ago as a salesman (interrupted) (Overlapping Conversation) |
| Wright: | No, No, (Overlapping Conversation) No. My brother hired Curtis because I wouldn't do it. |
| SA Smith: | Your brother's name is? |
| Wright: | Garrett Wright |
| SA Smith: | Garrett |
| Wright: | And I would not push him off on my brother because we were acquaintances and I didn't want him to think I was just give me a job. So, so oh three or four weeks went by my brother finally asked me about it and I said well, talk to him about it and see what, if he is interested in it. |
| SA Smith: | So when it comes to business decisions are you and Garrett both making decisions about the I'm gonna call it a store front for lack of a better way to refer it, to G&G. |
| Wright: | No. I work for my brother. |
| SA Smith: | You work for your brother. |
| Wright: | Well and we are partners but the problem is my brother has worked for my dad for the last thirty years. I'm just a year and half into this job, |

|            |                                                                                                                                                     |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------|
|            | (interrupted) that's it and he knows more than I do so I go to him for advice all the time.                                                         |
| SA Smith:  | So you're just starting into it. Ok, so…Do you make hiring choices?                                                                                 |
| Wright:    | No.                                                                                                                                                 |
| SA Smith:  | So Garrett hired Curtis                                                                                                                             |
| Wright:    | yes                                                                                                                                                 |
| SA Smith:  | Was this a face to face decision?                                                                                                                   |
| Wright:    | yes.                                                                                                                                                |
| SA Smith:  | What role did Garrett have in the installation of this alarm system?                                                                                |
| Wright:    | Nothing. Curtis came by when I was setting up shop, when I was getting ready to open here.                                                          |
| SA Smith:  | Had you ever met him prior to that?                                                                                                                 |
| Wright:    | No. Never seen him prior to that.                                                                                                                   |
| SA Smith:  | And how many times have you been down to VFW?                                                                                                       |
| Wright:    | I um I don't know. After work, uh dozen times maybe over the period of the last six or eight months. I mean…                                        |
| SA Smith:  | Ok. So I'm gonna do a little math here. Four to five weeks I'm even gonna go five for the sake of argument seven days a week that's thirty five days, a dozen times |
| Wright:    | No, oh                                                                                                                                              |
| SA Smith:  | Once every three days?                                                                                                                              |
| Wright:    | No.                                                                                                                                                 |
| SA Smith:  | Is that what you come up with?                                                                                                                      |
| SA Piland: | Yeah pretty close.                                                                                                                                  |
| SA Smith:  | Well thirty five, thirty six                                                                                                                        |
| SA Piland: | Yeah                                                                                                                                                |
| SA Smith:  | It would be once every three days.                                                                                                                  |

| | |
|---|---|
| Wright: | And sometimes she would show up. |
| SA Smith: | Does that seem right to you? |
| Wright: | No actually it doesn't. So probably hasn't been that much |
| SA Smith: | Why, Why doesn't it? |
| Wright: | Because I just don't, I don't drink that much. |
| SA Smith: | Ok |
| Wright: | I mean I really don't. |
| | (Big Sigh) |
| Wright: | But I know the girl that works at the VFW and I go over there occasionally on my way home. |
| SA Smith: | How important is respect in you closing a deal? |
| Wright: | (sigh) Huge. |
| SA Smith: | Alright. Do you understand that I want to respect you? |
| Wright: | Yeah |
| SA Smith: | Do you understand that I respect you for coming in and talking to both of us. |
| Wright: | I understand that. |
| SA Smith: | Then I also want; I want to ….you asked about a card. I'm gonna…right now my office number is probably the best way to get a hold of me. But on here I want to make special note of this one Gavin, note that it says 24 hours. |
| Wright: | Ok |
| SA Smith: | That includes three sixty five days a year, Christmas morning. |
| Wright: | I understand |
| SA Smith: | I'm an FBI agent. What you pay us to do is be responsible to a wide variety of issues we look at all different kinds of things. You can probably tell from the level of gray, (overlapping conversation) as a matter of fact I'm gonna we aren't that far apart in age I'm forty seven how old are you? |

| | |
|---|---|
| Wright: | I've been (unintelligible- overlapping conversation) my whole life. Fifty one and I've been a business owner since I was nineteen. |
| SA Smith: | (Overlapping conversation) my (unintelligible) are probably smoking, little bit of drinking myself. |
| Wright: | See I don't smoke and I don't drink excessively. (Overlapping conversation) |
| SA Smith: | I don't drink excessively (Overlapping Conversation) |
| Wright: | (Overlapping Conversation) I mean I drink cause I like red beer. I like red beer. |
| SA Smith: | But also I wanna talk to somebody like yourself. Or when I meet even a new law enforcement officer I take people at face value and I want to be able to take you at face value but I have some issues. |
| Wright: | I understand. I guess, I mean I don't know what issue you would have with me. |
| SA Smith: | Well if you understand what. |
| Wright: | I understand you are doing your job. |
| SA Smith: | I have some things I need to understand and clarify. |
| Wright: | Ok and that's why I'm here is to help clarify. |
| SA Smith: | One, last night when everything happened, and this may be inaccurate I don't know it sounds like it was a-a charged situation. You were concerned if officers had their weapons out, they were concerned. My intent of bringing this up is not to bring up the specific event of guns getting used or anything like that but it's to ask this question. Did you tell Liberal PD officers last night that you did not know who Curtis Allen was? |
| Wright: | No. Wha…he |
| SA Smith: | ok, so-so that's a miscommunication somewhere. |
| Wright: | Yeah I mean like, we had just left the office. Both of us |
| SA Smith: | Well that's part of why I am asking. So you're sure you have only known him four to five weeks? |

| | |
|---|---|
| Wright: | No I did not say that I said he has worked for me four or five weeks. I have known him since he put in my security system when I moved down here. |
| SA Smith: | Which was when? |
| Wright: | Which was a year and a half ago, approximately. I don't know when he installed it. |
| SA Smith: | Do you have any business records that would.. |
| Wright: | That would what? |
| SA Smith: | That would show when that install date was? A purchase order from the system? |
| Wright: | I don't have a clue. |
| SA Smith: | What company does he work for on the alarm stuff? |
| Wright: | Alder |
| SA Smith: | How do you spell that? |
| Wright: | A-L-D-E-R I guess. It was after I got broke into and they stole my trailer with a fifteen thousand dollars worth of tools in it. |
| SA Smith: | Alder?? What? |
| Wright: | Securities I guess ….and this Liberal Pd was told about the thief too. |
| SA Smith: | You don't know when, you don't know when did he install? |
| Wright: | I don't recall no. I work with hundreds of people a day. |
| SA Smith: | So whenever that was, was it a long time ago or a short period ago that then you decided to hire Curtis. |
| Wright: | I didn't decide. I didn't even push him off on my brother even tell my brother he should hire him. Nothing. |
| SA Smith: | So how does he get hired? |
| Wright: | My brother asked him one day he was at my office and I was in with a customer and him and my brother talked and he told my brother that he used to work at Eismans in Dodge City Kansas and sell houses for somebody my brother knows, I didn't know the guys name.  The guy that owned Eismans. |

| | |
|---|---|
| SA Smith: | Ok. |
| Wright: | And my brother asked me about it when he left and I said "I don't know Garrett, he told me the same thing but I'm not going to push him off on you, if you want to hire him." I need somebody here to help me cover so, cause I got to come and go and I can't just close up every time I gotta go. I mean, and I do. I have signs that say I'm sorry I gotta leave I mean because I've been doing it there for the last year by myself prior to Curtis coming to work for me. |
| SA Smith: | Ok. So what else is there to know about you guys relationship? |
| Wright: | (sigh) I don't have a clue, business? |
| SA Smith: | As..I assume your supervising what he is doing? |
| Wright: | Well yeah, I watch him occasionally when I'm there I pay attention to what he is doing making phone calls, calling customers. I mean, outside of that I mean I don't (sigh) I don't micro-manage him if that's what you're asking me. |
| SA Smith: | Ok |
| Wright: | I mean.. |
| SA Smith: | So what is it that you wanted to come talk to us about? |
| Wright: | Why I can't open my business this morning when I got meetings with city officials and trying to get a house set up in this town. My brother is pissed because I can't open up and I can't go to the meeting. That's why I came down here because he told me I couldn't go in my office. |
| SA Smith: | He. Who's he? |
| Wright: | The cops sittin out there. |
| SA Smith: | Out sittin out in front. He is under some instructions to tell you that (interrupted) |
| Wright: | I understand that. |
| SA Smith: | Cause we are working on getting a search warrant for your office. |
| Wright: | I understand that. |
| SA Smith: | Why do I need a search warrant for your office? My legal reasons what am I looking for? |

| | |
|---|---|
| Wright: | I don't have a clue. |
| SA Smith: | Not even the slightest? |
| Wright: | No. Not even the slightest. |
| SA Smith: | Back to that respect issue. |
| Wright: | Ok. |
| SA Smith: | Some people don't take this well. Door is behind you, you're free to leave at any point in time. This is all voluntary and you know that. |
| Wright: | I understand. I wouldn't have… (Interrupted) |
| SA Smith: | What's not voluntary? It's not about my time but it is about the seriousness level (hear a phone go off in background) and I just want to make sure that you are absolutely clear that providing the FBI with false information is in and of itself a whole separate federal crime. |
| Wright: | I understand that. |
| SA Smith: | You're aware of that? |
| Wright: | Yes. |
| SA Smith: | And you don't have any idea why we need a search warrant for your business office. |
| Wright: | No. Other than what the cop said last night. |
| SA Smith: | Which is? |
| Wright: | He said that he was, his, his wife told them that he was making bombs...is what the cop told me and I go, not in my office he's not. |
| SA Smith: | What do you know about that? |
| Wright: | What do I know about what? Just what I told you. The cop told me. |
| SA Smith: | Do you know anything additional about Curtis and the bombs. (Overlapping Conversation) |
| Wright: | No, I (overlapping conversation) |
| Wright: | No I don't have a clue. |

| | |
|---|---|
| SA Smith: | So you don't know anything else about Curtis Allen? |
| Wright: | No. Not personally. |
| SA Smith: | You ever go shooting with Curtis Allen? |
| Wright: | No. |
| SA Smith: | You ever attend any kind of group meeting with Curtis Allen? |
| Wright: | No. |
| SA Smith: | He never invited you to a meeting with a group called Kansas Security Force. (Interrupted) |
| Wright: | No. He's (interrupted) |
| SA Smith: | You're not a member of a militia? |
| Wright: | No. |
| SA Smith: | You realize that I'm just rolling off and I keep going here Gavin but your digging that hole of untruthfulness that I just mentioned? And I know you are |
| Wright: | (sigh) I'm sorry that you feel that way (overlapping conversation) |
| SA Smith: | You don't have to apologize it's not a feeling. It's not a feeling. I know. |
| Wright: | I was trying to get into militia with LRC the liberty restoration committee with uh… uh Earnest Lee. |
| SA Smith: | Now, maybe we are getting somewhere. Who is Earnest Lee? |
| Wright: | He is a constitutionalist |
| SA Smith: | What is the Liberty restoration committee? |
| Wright: | It's a constitutional movement that…(Interrupted) |
| SA Smith: | And who put you on to this? It was Curtis wasn't it? |
| Wright: | No it's actually the whole, everybody in the group. |
| SA Smith: | Who are..Who are those people? |
| Wright: | I don't know them all. I was just trying to get into it. |
| SA Smith: | I'm not asking for the entire phone book. Who are we talking about? |

| | |
|---|---|
| Wright: | (sigh) |
| SA Smith: | Who are some of the members? |
| Wright: | I don't have a clue. |
| SA Smith: | You just don't want to tell me. So what is, so what questions do you have for me (Interrupted-Overlapping conversation) |
| Wright: | What do you mean I don't want to tell you? |
| SA Smith: | (Continues conversation) that you think you need to know from us. Before we do a search warrant and find explosives at your place of business. |
| Wright: | (sigh) if they are, I don't have a clue about it. |
| SA Smith: | Just offered you an opportunity. I didn't ask you a question. |
| Wright: | I understand what you did, but I am not hiding anything. |
| SA Smith: | What do you want to know? |
| Wright: | Nothing. |
| SA Smith: | Ok. |
| Wright: | I want to know why I can't open my business and conduct business? |
| SA Smith: | Gavin, don't lie to me. |
| Wright: | I'm not lying to you. |
| SA Smith: | Then lets back this up and let's start from square one.(Gavin sighs) How exactly do you know Curtis Allen? |
| Wright: | He put a security system into my office that's where I met him. |
| SA Smith: | And you said you have known him about an hour-year and a half. Give or take |
| Wright: | About give or take, Yeah. |
| SA Smith: | Ok. So does that mean I am to assume that's when the security system was installed? |
| Wright: | Well no it was after that because I had gotten my third, fourth house in and my-my trailer was parked out there by the house cause I was finishing the inside of it and I came in the next morning and my trailer |

|||
|---|---|
| | was gone. Somebody had stolen my trailer and I reported it to the police and they came out and they done their, whatever investigations and it was like fifteen thousand dollars worth of tools taken out of it. |
| SA Smith: | So you put in the alarm system because of that? |
| Wright: | Yes. |
| | (Hear hand tapping on the table) |
| SA Smith: | Ok. Do you mind waiting on us a few minutes? I want to know when the trailer theft was. We sitting in the PD and we are gonna figure it out |
| Wright: | yeah, they have that. They found my trailer like a week and half later out in the middle of a field over off of Bluebell road and the cop called me and told me to come get it. |
| SA Smith: | Ok. |
| Wright: | And I went and got it and brought it back to my office but nothing was in it. |
| SA Smith: | Ok. Let me see what I can't dig up. |

(Recording ends at 22:30)