# Exhibit B

266T-KC-7542690-1D26
SEPTEMBER 25, 2016

| | |
|---|---|
| UCE: | 5276 |
| UCE: | |
| UCE: | |
| STEIN: | PATRICK STEIN |
| CHS: | CONFIDENTIAL HUMAN SOURCE |

Preamble

UCE 5276: [00:00:04] This is UCE 5276. Today's date is September twenty fifth, two thousand and sixteen. The time is approximately 12:11 in the afternoon. I'll be meeting with subject last name Stein in order to discuss his possible purchase of explosives and other illegal items.

(Hear car door opening, outside noises distant voices)

UCE 5276: [00:00:35] I'm live, I'm on. OK. I'm on.

(Hear background conversation in distance. Car door opening)

UCE: 00:00:58 You are now on.

UCE: [00:00:59] Perfect. One on?

UCE 5276: [00:01:01] One is on. Three is off.

UCE: Thank you

(hear rustling)

UCE 5276: [00:01:20] Nice day though man. Beautiful out here.
UCE: [00:01:21] Couldn't ask for better weather. Well, wind, ...

1

| | |
|---|---|
| STEIN: | [00:38:42] Right, right. |
| UCE 5276: | [00:38:42] ...And I want to know what's going on cause I ain't gonna give it to any fucking Jihadis to go blow up people I care about...(interrupted) |
| STEIN: | [00:38:48] Sure (giggle)..Uh |
| UCE 5276: | [00:38:50] ya know what I'm saying? So that's why I wanted to meet you, uh. |
| STEIN: | [00:38:52] Well I'm, I'm uh glad to hear that actually. Cause uh ya know just straight up that's exactly uh what this is going for. Not for them...(interrupted) |
| UCE 5276: (OVERLAPPING CONVERSATION) | [00:38:59] I was gonna, I was gonna say you better get the fuck out of my truck if it's going to for... |
| STEIN: | [00:38:59] To to to take them out... |
| UCE 5276: | [00:39:04] Oh is it? |
| STEIN: | [00:39:04] Yeah. |
| UCE 5276: | [00:39:05] Ok, alright. Well I'm cool with that then. |
| STEIN: | [00:39:06] Yeah. |
| UCE 5276: | [00:39:07] Umm Alright Good, really. (Overlapping conversation) |
| STEIN: | [00:39:08] Fuck no dude. Every one of them mother fuckers need to be fucking eradicated. |
| UCE 5276: | [00:39:12] Yep, I agree with ya man. See that? |

18