# Exhibit C



# U.S. Department of Justice

**Thomas E. Beall**
United States Attorney
District of Kansas

May 11, 2017

*290 Carlson Federal Bldg.*
*444 SE Quincy Street*
*Topeka, Kansas 66683-3592*

*TEL (785) 295-2850*
*FAX (785) 295-2853*
*TDD (785) 295-7673*

*Wichita Office*
*1200 Epic Center*
*301 N. Main*
*Wichita, Kansas 67202-4812*

*Kansas City Office*
*Suite 360*
*500 State Avenue*
*Kansas City, Kansas 66101-2433*

Melody Brannon
Kirk Redmond
Federal Public Defender's Office
117 SW 6th Ave, Ste 200
Topeka, KS   66603

James R. Pratt
Pratt Law, LLC
445 North Waco
Wichita, KS   67202

Kari S. Schmidt
Conlee Schmidt & Emerson, LLP
200 W. Douglas, Ste 300
Wichita, KS   67202

RE:   *United States v. Curtis Wayne Allen et al*
       Case No. 16-10141-01/03-EFM

Counsel:

Enclosed with this letter please find two CD/DVDs containing draft transcripts of the remaining recordings. As we discussed, we are providing these drafts to you in order to facilitate your trial preparations, and you agree and acknowledge that these are not final, court-ready transcripts. If you have issues with or corrections for our attribution of statements, we would welcome your assistance. Also enclosed please find a comprehensive and descriptive list of the transcripts provided. You can cross-reference these descriptions to the discovery checklist spreadsheet, previously provided to you, for information related to the disks contents. This information is located under the tab marked "ELSUR Recordings".

As we have discussed, when you would like to review the original and un-redacted audio and/or video, please let me know so we can make arrangements.

Page 2

As always, I hope you'll let me know if you have questions or concerns.

Best regards,

*Anthony W. Mattivi*

Anthony W. Mattivi
Assistant United States Attorney

AWM/ab

Enclosures:
    As above

cc:    *Allen et al.* file
    David Cora
    Risa Berkower
    Scott Nace