# Exhibit D

|  |  |
|---|---|
| FILE NUMBER: | [redacted] |
| DATE: | 06/12/2016 |
| TIME: | 9:30 P.M. |
| LOCATION: | GARDEN CITY, KANSAS/ LIBERAL, KANSAS |
| PARTICIPANTS: | S-73282 (Confidential Source, CHS) |
|  | CURTIS ALLEN (Subject) |
|  | GAVIN WRIGHT (Subject) |
|  | PATRICK STEIN (Subject) |
|  | [redacted] |
|  | SA AMY KUHN (FBI) |
|  | SA ROBIN SMITH (FBI) |

This is Minuteman, I'm recording a Zello conversation starting on from 6/12/16 that took place at 9:30 p.m. with uh, Patrick Stein, Gavin Wright, and Curtis Allen and others of KSF.

(Members are checking into the Zello call)

| | |
|---|---|
| STEIN: | (UI) Thanks for being on men. We'll uh… |
| STEIN: | XO Checking in. |
| WRIGHT: | Sparky checking in number two. |
| CHS: | [redacted] number three. |
| [redacted] | [redacted] and [redacted] number four and five. |
| STEIN: | How's everybody doing tonight? Looks like uh [redacted] and [redacted] you guys had some fun last night. |
| [redacted] | Yeah, they had um, Clay Davenport and Jared Daniels band at the zoo last night for a free concert. |

Page 1 of 26

STEIN: He must be tied up again like he usually is. Ah huh. Yep, I think you're probably right. Um, you know in regards to a plan of some kind, I-I mean I kind of had a plan of my own in place but, I guess I probably ain't gonna be going out Rambo style so, probably would be uh, good to have the whole, everybody you know, in place or in on, you know, what's gonna take place and how, and what have you. Uh, any thoughts from any of you?

CHS: I guess would you (UI) scenario and-and go with it cause there's so many different scenarios but uh, you know, it is, say there was a Isis attack in Garden City, uh, you know. Just went (UI) someone went into Wal-Mart and mowed down one hundred people uh, you know. What would we do? Is that what you mean by getting a plan? I mean, a plan XO?

STEIN: Well I think really for any given scenario at least my thoughts on it would be uh, we go to wherever the incident happens. Obviously, there's gonna be law enforcement, I mean at every level present, taking care of the situation or trying to. And, you know my thoughts are here, once the uh, initial threat is uh, neutralized, however that might be, in my mind I'm ready to just start fucking taking them out. Kick in doors, and I mean just start fucking cleaning house. Go from there.

CHS: I-I could probably agree with you there. Cause I think it's gonna be the start of it, ya know?

Page 11 of 26

STEIN: ⸻ they're at in Garden City, I know where they're at in Dodge City, and there's people that know where they're at in Liberal, you know? So, just be a matter of being geared up, ammo'ed up, gunned up. Fucking start uh, cleaning house. Start cleaning this fucking state up.

⸻ Hey XO, I hate to kind of burst your bubble but you might get a couple of them mowed down, but then your ass is gonna be taken down, arrested, whatever.

STEIN: That's fine. What the hell else we gonna do, ⸻? Sit back and just let the mother fuckers keep doing what they're doing? I mean, there's gotta be a fucking line drawn somewhere.

CHS: If we don't do it, whose gonna do it? I mean, we got a have a plan and we gotta be willing to, we carry a gun uh, you better be willing to put their lives in you know, we know our lives is gonna be in jeopardy. Um, how come nobody else is gonna do it? And, you know, for me to say that, I would be, normally I would be more diplomatic about it. But the way I-I mean the way I seen things uh, I don't know. The way XO explains it to me, you know? Uh, I don't, I-I (UI) say he was wrong. But, we would have to have a plan, you know? For that, you know?

STEIN: Well I agree with you know, the plan part of it. Um, but you know, I'm just kind of mind, how-how long is this shit been going on now, in this country? How

| | |
|---|---|
| | many fucking different times we have to hear about it and see about it before we do something about it? I mean, it's fucking ludacris if you ask me that we've let it go on this long. And we continue to let it go on. I mean, there's got to be a line drawn somewhere, and when that line is crossed, there has to be some kind of action taken. I mean, am-am I wrong in that thought process? |
| WRIGHT: | Not in my eyes XO. |
| CHS: | (UI) said that, I think, I think (UI) exactly right. I can't name one place where somebody's stood up and did something. Uh, you know. We call-call nine one-one you know, after the fact. Cops are there after the fact. You know, it's just, you know, just like any crime. You know? Take, the cops are there to clean up the scene, you know? They ain't gonna, they ain't gonna prevent it. You know? |
| WRIGHT: | Yeah, well, it was a gun free zone too. Even the off duty cop there didn't have a gun. |
| STEIN: | Well if there's any of you on here that actually think that the federal government is gonna do anything to prevent or stop this shit from happening, you might wanna re-think that process a little bit. Because I can promise you they're not. If anything, they're going to amplify it and make it worse. They're doing it every fucking day that they're bringing these fuckers in here by the goddamn plane load. Against the will of the people and the majority of the governors of every state, mind you. Oh, let me |

Page 13 of 26