# Exhibit E

# Exhibit E

FILE NUMBER:                    266T-KC-7542690-1D7

DATE:                           06/14/2016

TIME:                           6:00 p.m. (1800 hours)

RECORDING NUMBER:               1D7

LENGTH OF RECORDING:            03:23:58

LOCATION:                       GARDEN CITY, KANSAS / LIBERAL, KANSAS

PARTICIPANTS:                   S-73282 (Confidential Human Source)

                                PATRICK STEIN

                                ██████████████

                                ██████████████

                                SA AMY KUHN (FBI)

                                SA ROBIN SMITH (FBI)

---

This is SA (Special Agent), this is SA Amy Kuhn. It is June 14th, 2016. It's approximately six (6) o'clock p.m., and I am turning on a recording device to give to Minute Man to go to a meeting with Patrick Stein up by Hutchinson, Kansas.

(non-pertinent until 45:44)

SA KUHN:          (on phone) Hello, okay. Yeah, we're pulling in and you're being recorded just so you know. Bye.

CHS:              (Walking) (music in background) OK, I'm here, they dropped me off (unintelligible). I'm walking through the mall right now. I'll be out there in a second. Uh, I'm walking towards that side. Okay. Hello, Hello, Hey. It's going to be, I might not be able to call you. The phone's going dead okay. Tell mom that okay. I love you, bye.

CHS:              Mm, fuck. Oh, sheez. Talk about a bad fucking day.

STEIN:            Well, I guess so.

CHS:                              (laughs) that's what I'm, that's what I ought to do too man.
                                  Go buy a brand new…

(Hear car slowing, then accelerating Stein says something about finding a street)

STEIN:                            It's saying turn left on Main and I haven't seen fuckin' . . .
                                  okay. Stupid bitch get your shit right.

CHS:                              Pool hall crazy horse saloon. It looks like a nice little town.

STEIN:                            Old little town.

CHS:                              Yeah

STEIN:                            Kinda off the beaten path.

CHS:                              Everybody screwing everybody's wife.

STEIN:                            Everybody knows everybody's shit before they do.

CHS:                              That's how…I worked for UPS outta high school a lot of
                                  them small towns around there the farmers around
                                  Montazuma and shit half the wives the farmers go to some
                                  other farmers house and shit everybody was screwing
                                  everybody.

STEIN:                            Right. Yeah.

CHS:                              Man this is a nice out in the boonies…

STEIN:                            Yeah shit we are what probably six seven miles off the
                                  highway.

CHS:                              Oh yeah. You say he is waiting on the hill?

(Unintelligible) (Unable to hear conversation static interference)

(clears up)

STEIN:                            That ███████ right there. I don't know what she drives.
                                  That's her there.

STEIN:                            Sparky's a part of it too, he couldn't make it tonight. He's
                                  got a, got a big set up in the (unintelligible) down there and
                                  what have ya.

CHS:                              He sound like was game.

STEIN:          He is fucking game on.

CHS:            We know so many of the same fucking people we never knew each other and all that in Garden City.

STEIN:          Right.

STEIN:          There is his parents place.

CHS:            They were known to have money I don't know how they are now. (chuckles) They fucking had money, well their dad did anyway.

CHS:            What's the tag? Where is she from?

STEIN:          ███ is from uh El Dorado

CHS:            El Dorado got ya

STEIN:          I'll be God damn he's got a fucking he got a God damn (unintelligible)

CHS:            Yeah, you didn't see his thing he was setting up? He put on, last week he put it on or a couple weeks ago he was building it. I didn't know that's where we were going but he put it on Facebook.

(hear car stopping, doors opening, door chime ringing, door closing)

STEIN:          There's that sorry fucker.

CHS:            Will that stay charging if I leave it in here?

(conversations in background)

STEIN:          Do you know, have you met (unintelligible)

UNKNOWN:        Yeah he was at (unintelligible)

███             Anybody else showing up just this?

STEIN:          Uh Sparky is uh part of but he's actually got everything set up with the Liberal Paper for the plan kicking it off and he has actually got a meeting with the chamber and business people and shit down there in Liberal, early in the morning. So, so he stayed there. I told him I would just brief him ya

I only maybe five live down there all year round, but uh even the owner of all the acreage and stuff he

Mmmhmm

He he's just like that

I like it 'cuz uh right here we got 2,000 acres that's split up between my folks and my two cousins. It's all tied together with one road which is that road right there you guys went through it. So I've got lot of little land to do whatever I want to on em. I've got another five thousand acres that I have access to ya know with the locals around here. So that gives me a great

CHS: Uh huh

: (unintelligible) location. Plus, I got--

(overlapping conversation) Well that's what I say

—all this water around here.

We need to be just about everywhere

Mmmhmm

Ya know, if we all get ganged into one area.

Well when, when shit hits the fan where's it gonna hit?

Exactly, yeah.

STEIN: Wherever we start it.

ALL: Yes.

Well, is that what you're doing?

STEIN: That's what I'm doing. I ain't necessarily starting anything but I wanna start cleaning house.

CHS: Mmmhmm

STEIN: I'm fuckin' tired of it dude. They're bringing these motherfuckers in by the plane load

Whhh—

STEIN: Everyday

What's the solution though because I don't see a small number being able to stop that?

80