# Exhibit F

|  |  |
|---|---|
| FILE NUMBER: | 266T-KC-7542690-1D10 |
| DATE | N/A |
| LENGTH OF CALL: | 01:24:29 |
| PARTICPANTS: | PATRICK STEIN |
|  | GAVIN WRIGHT |
|  | CURTIS ALLEN |
|  | ▆▆▆▆▆▆ |

---

| | |
|---|---|
| ▆▆▆▆ | ▆▆▆and ▆▆▆▆ checking in, one and two. |
| ▆▆ | ▆▆checking in, number three. |
| ALLEN | This is the Commander checking in, I'm checking right back out. |
| SPARKY | Sparky checking in, number five. |
| ▆ | Well, is there any...had anything going on I guess?...is uh, XO not on there either, tonight? |
| ▆ | I haven't heard him check in. |
| ▆▆▆▆ | ▆▆▆▆checking in late. |
| ▆ | So uh, nobody has any good news, bad news, any news?...Nobody responds, I'm 'onna start singing and you guys aren't going to like that at all. |
| UM | Ah come on, cut us a little bit of slack, here. |
| ▆ | [Chuckle] I give it a little bit of time, but I'm not gettin' no responses, so I just might have to break it out. |
| ▆▆ | And, now would be our cue to sign off. |
| ▆ | Hey, you haven't heard me sing. |
| ▆ | I have a feeling I might want to keep it that way too. |
| ▆ | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ |
| ▆▆ | Well really if we don't [voices in background] have anything to discuss, we're going to go ahead and sign off. We're playing some games with the kids. |

| | |
|---|---|
| UM | Oh hell yes, hell yes. |
| UM | Well you know, I mean, myself I don't have a problem with people givin' money to the Church…what I have a problem with is the goddamn church leadership who are sponsoring these motherfuckers comin' into this country. |
| UM | Yeah, well I guarantee you they do what the people that give 'em money want them to do. |
| UM | That and what that fucking douche bag Pope and the archbishops and the bishops and all the fucking clergy fuckin' tell them to do. |
| UM | Yeah, exactly and they believe these fuck-heads are converting to Christianity or Catholic whatever. |
| ■ | Oh yeah, the Church will take their piece of the pie and…of the money and then use the rest to…to help fund the…refugees. |
| UM | Dan have you heard or seen or anything in terms of uh Catholic charities a lot that you know with this place that you are volunteering for? |
| ■ | All I've heard is uh…rumors on that, I can't confirm that…um you know the [unintelligible] church, I can confirm that…um…I've been told that, but I, I want to, I want to verify it. This other church I can verify. |
| UM | And what one is that? |
| ■ | Oh shit, it's that one, uh it's that one I can't remember the name of, but I-Sparky knows which one I'm talking about uh…oh what'd you say it might be, Sparky? Somethin' Baptist, or hell I don't it's been here for a long time. |
| Sparky | Yeah, it's like Community First Baptist, or somethin' like that. |
| UM | And that's the Church that you can confirm tonight? |
| ■ | Yep, I can, that, I can confirm that that's where they have their um…like little…pantries…not food pantries with stuff where they can get household items um…just anything uh, clothes…blankets stuff like that, when they first arrive. |
| UM | That motherfucker needs burnt to the ground. |
| ■ | And the fucking Mosque at the same time…if not before, go first. |
| Sparky | Yeah, during prayer…time. |