Exhibit G

**Disc 1 of 1**

**Case Number:** 266T-KC-7542690-1D13

**Participants:** S-73282 (CHS), Patrick Stein, Curtis Allen, Gavin Wright, ██████████

**Date of Meeting:** 7/18/2016

**Preamble:** SA Kuhn

---

CHS explained they went to fairgrounds first, left for convenience store then to ████ house.

| | |
|---|---|
| CHS: | (in car) we just went to the convenience store uh- waiting on them. We are on our way out to ████ house. I guess we are gonna be in their house. Um, they will not be there, they will be at the fairgrounds. (Pause) So we're running about 45 minutes late right now. |
| Lakin Meeting: | (Arrival-Group chatting) |
| ██ | I told him if I need to step out, I'm used to it. I've been around MC, I've been around Military, I've been around PD's (interrupted intelligible) |
| Allen: | I don't know. Have you guys told, told her what we're gonna talk about? |
| Male? | I'm not gonna.. (unintelligible) (laughing) |
| Allen: | Well it's probably killin people and going to prison for life. I don't know (laughing) |
| Male? | You think about. |
| Allen: | That's what we're gonna talk about. So if you don't want to be a part of that or know what that in tells... |
| ██ | I don't know shit. (Laughter) |
| Allen: | ok, that's a, I trust ya I do. But we wanted to make sure you knew that's what we're gonna do if we even wanna say that much to ya without knowing. Ya know what I'm getting at? |
| Male? | I don't know if I wanna know to be honest with ya..(laughter group talking) |

| | |
|---|---|
| Wright: | I'm a mobile home salesman |
| Stein: | Cause. We'll never fucking be brought up. |
| CHS; | you guys live in...yeah but you guys live in different towns. |
| ▇▇▇ | I actually the God damn state of Kansas at..used to commission me to go with the arson investigators because they didn't know a fucking thing about electric. Not a fucking thing! |
| CHS: | Can electricians buy dynamite? |
| Wright: | Oh yeah. |
| CHS: | I didn't know that. |
| Wright: | Yup, I can, I can get it. I mean I don't have a license |
| CHS: | Right. |
| Wright: | but I know a guy that does. (giggles) And I can get, matter of fact, I've got a whole bunch of M-80s at home. |
| Allen: | We'll make our own. |
| CHS: | Yeah, well that's what I was .... |
| Allen: | I got that other shit coming. That uh, ammonium nitrate. |
| Wright: | [OV] Symtech? Oh. |
| Allen: | No the uh aluminum powder. |
| Stein: | Anything, I mean...skip that |
| Stein: | It ain't nothing about bragging on yourself or trying to be better than anybody else it's just good to know everybody's |
| Wright: | [OV] Can you build a circuit, on a bomb? |
| Allen: | [OV] I bought 'em already. |
| Wright: | [OV] Huh? |
| Allen: | [OV] I already bought a bunch of 'em years ago, push a button, squibs. |
| Wright: | Oh ok, so they're like little remote circuits. |

27

| | |
|---|---|
| Allen: | Yeah |
| Wright: | Oh ok. That would set off the plastics? |
| Allen: | Yeah. |
| Stein: | Planning and shooting? |
| CHS: | I don't know what you want me to say. |
| Allen: | Leadership, yeah. |
| CHS: | To me you got the ya know experience. |
| ▬ | Military background that's for sure. |
| CHS: | Me, I was brought up around criminals, my brothers, my family. I can think like a criminal. I'm the only one that's never been put in prison. |
| Wright: | Biology in criminology (laughing) |
| (Overlapping conversations) | |
| CHS: | But yea, basically its true. |
| Wright: | I was lucky. Knock on wood.. |
| CSH: | I mean, it's true, they..they..they went to prison and I fucking took the other road but still I mean |
| Wright: | I definitely should have been in trouble a few thousand times. That pussy likes you. |
| ▬ | Yeah |
| Stein: | Mine, I put uh...I'm a good shot. I got some medical background. I was EMT Firefighter for years till I got out of that. |
| (Inaudible) | |
| Stein: | Yes mother fucker(giggle) um planning, coordinating, ya know. Uh growing up as (unintelligible) dude you learn have to make designs. Pretty much anything you wanna make anything out of. If I've go fucking right equipment to do it with. Just let me know. |
| Wright: | I'm a fucking pretty good welder too. I don't know if that matters. Stainless steel, I weld stainless steal |

28

| | |
|---|---|
| Stein: | That incident that happened in Dodge between the two Mexicans and the fucking Somali's the Somali's got their assess waxed. Reason that happened is because right next to the fucking nigger store that they have right there on Front Street is a Mexican bar. It was late at night, mother fucking Mexican were drunk ya? They come out here is these fucking niggers out here that hate fuckin God damn Muslims |
| Wright: | yeah taking all their jobs... |
| Stein: | and they waxed their fucking ass right there and the only reason it got charged as a hate crime is the cops really didn't have a choice because the motherfucker when they were asked "well why did you do it?" They just stupidly straight up said because they were Muslim. |
| (Inaudible-movement causing sound disturbance) | |
| Allen: | So let's work on the list. Give it some thought what we need to do. We just all need |
| (Overlapping Conversation) | |
| CHS: | And that's the most, bout every target except...(interrupted) |
| CHS: | Those maps have uh, every target except the where the land owners and such. |
| Allen: | So we need to do...You guys you guys wanna try to meet once a week until we get something going or? |
| Stein: | At least once a week maybe uh more if we need to. I mean, you know. |
| (overlapping conversation) | |
| Wright: | Where you at? In Ulysis? |
| ■■■ | Yeah |
| Wright: | See I think our center is gonna be more like Sublet for all of us. |
| (overlapping conversation) | |
| Allen: | Well, ye-yeah but I don't know where we could all meet where we could openly talk. |
| ■■■ | Yeah, cause we couldn't talk like this at the fucking restaurants. |
| CHS: | [OV] Yeah, that's true. |

49

| | |
|---|---|
| Wright: | Then my office. |
| Allen: | But then you got these guys driving (unintelligible) |
| Wright: | well that's true yeah and the fucking liberal |
| CHS: | I know you could which it up. |
| Wright: | I said well I've got my office unit that fucking we could meet in there any fucking time, I mean. |
| Stein: | How far are you from Liberal? |
| Allen: | From Ulysis, where is that? |
| Wright: | Forty miles? |
| Allen: | No its fifty six I think. |
| Wright: | Is it to Ulysis? |
| ▬ | Its fifty six to Garden I think it's a little than Ulysis |
| Allen: | No its fifty something because I drive up there all the time. |
| Stein: | So you're an hour out of Garden then? |
| ▬ | I'm an hour from Garden, an hour out of Liberal hour and half out of Dodge. |
| Stein: | See I'm an hour |
| Allen: | Hour and half to Liberal |
| Stein: | I'm an hour forty five to Liberal. Hour and half to hour and forty five. Depends on how I drive it. |
| Allen: | So whatever I mean if we go the Ulysis one day, Dodge, Garden |
| Wright: | I got an office in Garden City that we could use too |
| Allen: | So we could just fuck, change it around like that. |
| Wright: | oh yeah my DNH, I got a key to that son of bitch |
| CHS: | you know what? you you been around Garden have you seen it? Well you probably, well you have too but...I know you grew up in Garden but and you know where everything is at get an eye, hands on we could be maybe just drive around and look |

50