# Exhibit H

| | |
|---|---|
| FILE NUMBER: | 266T-KC-7542690-1D16 |
| DATE: | 08/08/2016 |
| LENGTH OF RECORDING: | 06:23:08 |
| PARTICIPANTS: | SA AMY KUHN |
| | CHS |
| | UNKNOWN FEMALE [UF] |
| | UNKNOWN MALE [UM] |
| | GAVIN WRIGHT |
| | PATRICK STEIN |
| | CURTIS ALLEN |
| ABBREVIATIONS: | PHONETIC [PH] |
| | UNINTELLIGIBLE [UI] |
| | OVERLAPPING VOICE [OV] |
| | SIMULTANEOUS CONVERSATIONS [SC] |

SMITH: It went on.

KUHN: This is SA Amy Kuhn [PH], uh, it's approximately 12:35 p.m. August… What's today? August 8th, 2016. And I'm handing a recording device to Minuteman who is going to go to a meeting with Curtis Allen, Patrick Stein, and Gavin Wright in Liberal, Kansas.

[Rustling and walking sounds]

[Opens and closes vehicle door, starts vehicle]

[Radio in background]

STEIN: New York state or Islamburg [PH].

ALLEN: Yeah. Did you ever call... You never went and checked that place out [UI]?

STEIN: Well I've been by it, but I... There wasn't a goddamn [UI].

ALLEN: [UI] on Google Earth. Didn't you say made a subscription to Google Earth or something? Do you know where it's at? Santa Fe Road [PH]? Yep.

STEIN: [UI]

ALLEN: Santa Fe Road.

STEIN: I know right where it's at.

ALLEN: [UI]

WRIGHT: And it's pretty up to date because I-I actually looked at.... You can see the-the schools being built here in Liberal. So I don't--

ALLEN: Yeah.

WRIGHT: --because I went to it, and I was curious.

STEIN: Can you pull it up here?

WRIGHT: Oh, yeah. It's on that monitor right there.

STEIN: Pull it up.

WRIGHT: My computer.

STEIN: I can show you right where it's at.

WRIGHT: It's clear to the left.

ALLEN: Where is it?

WRIGHT: On the bottom. Google Earth.

ALLEN: But where do you pull up?

WRIGHT: Oh, just a map.

| | |
|---|---|
| CHS: | Wow. |
| ALLEN: | And these are two story ones. |
| CHS: | Interesting. |
| ALLEN: | Yeah. |
| STEIN: | [UI] |
| WRIGHT: | That's the bowling alley. Putt-putt [UI]. |
| ALLEN: | [UI] |
| WRIGHT: | Yeah, putt-putt golf. |
| STEIN: | Do you know how to drop pins everywhere that... |
| WRIGHT: | I know we've been doing it a week maybe. I mean, I'm just figuring it out. |
| STEIN: | [UI] harder than shit. What, you just-- |
| WRIGHT: | Yeah. |
| STEIN: | --drop pins every fucking location where we know them bastards are at. |
| WRIGHT: | Yeah, and print it off. |
| STEIN: | And then fuck, print it off, got a map exactly where every fucking, you know, one of them are. |
| ALLEN: | Well we can draw on there and then [UI] and figure it out. [UI] We can drive in... |
| WRIGHT: | See if we can pin one of them and print it off. |
| STEIN: | Go up there to the pin. |
| WRIGHT: | Yeah. |
| ALLEN: | Untitled place mark. |
| ALLEN: | Okay. |

STEIN:      Cockroach.

WRIGHT:     Yeah.

ALLEN:      Yep.

STEIN:      There it is.

CHS:        Ok.

STEIN:      Now you can--should be able to move it.

ALLEN:      [UI] I think it must've been click there--

STEIN:      Oh.

ALLEN:      --[UI] there.

STEIN:      Got you.

ALLEN:      [Laughs] Take it off now. [UI]

STEIN:      Right click it.

ALLEN:      I am.

STEIN:      Delete.

ALLEN:      Delete.

STEIN:      Yeah. Okay, now--

ALLEN:      [UI] About where were we at? I was goofing around looking at shit. Where is...

STEIN:      Go to the, uh, on Mary Street.

WRIGHT:     Where's the college up there?

ALLEN:      That's what I was looking there.

WRIGHT:     Right there, right here.

ALLEN:      Okay. This right here. These are the empty ones beneath right here.

ALLEN: Yeah, that's what I'm saying.

CHS: --to do anything.

ALLEN: By then it ain't going to matter. By the time you wake up. But at that point, when people are waking up, it's not going to matter.

CHS: So I can't--I can't let what could happen a year from now or six months ago dictate what we fucking do now. I mean, you just can't do it.

STEIN: We got to do something that's going to accomplish something.

CHS: Right, I mean... Wh-wh-what... Like okay...

STEIN [OV] I understand [UI].

CHS: We got to start--you got to start off like that manifesto. I mean, it's small, but it's big like fucking open--that would open...

ALLEN: Yeah, but your... What are you going to do to make that happen?

CHS: Okay.

ALLEN: If we're going to do that we agree that we need to the manifesto. Whatever actions we take...

CHS: First of all, I think we need to come up with a manifesto. Brainstorm wha-what-what...

STEIN: I think before that we need to figure out what are we trying to accomplish by doing a manifesto? That's what I want to know.

ALLEN: We're going to try to trigger the other like-minded people across the nation to fucking stand up and start doing the same thing we're doing.

CHS: Exactly.

STEIN: Against the UN--or the--

ALLEN: Muslims.

STEIN: --cockroaches.

ALLEN: Muslims and Government.

| | |
|---|---|
| WRIGHT: | Yep. |
| CHS: | What else--what else is there to do? |
| ALLEN: | Well, I guess the government. Because that covers the UN and Muslims. |
| WRIGHT: | Yeah, exactly. |
| ALLEN: | But whatever action we take to get the manifesto out there. If we do it and we're hitting mosques or we're killing, you know-- |
| CHS: | I think the first-- |
| ALLEN: | --landlords or whatever. |
| WRIGHT: | Yeah, yeah, yeah. |
| ALLEN: | Then that would probably be the actions that they think. |
| CHS: | When we talked about taking the landlords there. I mean, that would put fear in so many... When we talked about taking, uh, what's his name-- |
| WRIGHT: | [redacted] |
| CHS: | --[redacted] Taking him you know, and leaving that--and that leaving the manifesto. How much fear would that put in fucking people, you know-- |
| WRIGHT: | Not to rent to them. |
| CHS: | --not to rent. That's just one thing. That's just a small... That's-that's playing a psychological games with them. But the real--it's really happening. It's got to start somewhere. It's--it's like a fuse, you know. Set a fuse off and-- |
| WRIGHT: | I agree. Start the fire. |
| CHS: | --so I think we can't-can't be at the bl-- be blinded what--by everything. There's too many other fucking obstacles that can over, you know, that could come up. We got to stay focused. |
| ALLEN: | That's what I'm saying. What this thing doesn't mean anything to me. I mean, I already believe it anyway. |
| CHS: | Yeah. |

|  |  |
|---|---|
|  | know. But I think--don't you start on the--on the manifesto with goals like that? That's fucking perfect. I mean, it's going to take several things to probably meet up to that, you know. |
| STEIN: | I know one thing that'll shut down any goddamn state anytime, anywhere and that's electricity. You take out the fucking power grid in a state that state shuts down, done. |
| ALLEN: | Yeah. |
| STEIN: | Period. I mean, you go from 20th Century to fucking stone ages, instantly. |
| WRIGHT: | I'm sure. Well and a lot of places got 24 hours-worth of power-- |
| CHS: | Security, yeah. |
| WRIGHT: | --but still. |
| STEIN: | [UI] |
| WRIGHT: | [OV] All the state buildings got generators. |
| STEIN: | [OV] Oh, they'll have generators, yeah. Because if you go out-- |
| WRIGHT: | [OV] But the fuel will go out eventually. |
| ALLEN: | They're not going to shut the state down like that. |
| STEIN: | [OV] No, no, no I know what you're saying. |
| ALLEN: | All I'm saying is all of sudden it just wakes up all at the same time. |
| CHS: | Exactly. |
| STEIN: | Oh. |
| CHS: | Yeah, yeah. |
| ALLEN: | You know what I'm saying? I mean, everybody in Kansas goes like, what the fuck? Where did that come from? I'm saying, something major that fucking everybody in the state-- |
| WRIGHT: | I agree. |

ALLEN: --everybody. Even the little kids, they're going, what happened?

WRIGHT: What the fuck was that?

CHS: Why, yeah, exactly.

ALLEN: But we have to do it in a way to where they don't play it off.

WRIGHT: That's it.

ALLEN: Or like some fucking nut--fucking redneck with a fucking--with a fucking goddamn hundred pounds of fertilizer just fucking [UI].

WRIGHT: That's right, that's right.

ALLEN: [Laughs] You know, that hates his wife or something, you know. We need to do it in a way to where with that manifesto--

CHS: You'd have--you'd have a second--a second thing.

ALLEN: Yeah, so.

CHS: You know, go down the list, you know.

STEIN: What list?

CHS: Well that we got to [UI].

WRIGHT: Well give them a list of targets.

CHS: The list of the--of the manifesto that we got--if we're going to do it. If we're making a manifesto that's what we need to do. Brainstorm and come up, concentrate on that. I mean--I mean [UI].

STEIN: [UI] mani-manifesto is exactly what we're talking about.

CHS: Right. So I mean...

ALLEN: What action could we take to where we get the mani... What happens... What we're going to have to do is something that's going to be big enough to where when we drop the manifesto off at all these radio stations, newspapers, and everything [UI]. When they look at it they're going to be like, holy fuck we got to print this tomorrow.

ALLEN: I left the one I had at home. He didn't bring his back, so.

WRIGHT: Mine are at home, so.

ALLEN: I'll probably run out and buy one.

WRIGHT: Bu we printed off, what-what fucking 1,000 pages the other day, probably. Every fucking manual you could think of. How to build guns--

ALLEN: I want to look at that one--

WRIGHT: --how to fucking whatever, make-make explosives, triggers, fucking....

ALLEN: But yeah all of that is still on your computer, I'll guarantee it.

WRIGHT: Nope, I already got rid of it all.

ALLEN: Oh, did you? I was going to say.

WRIGHT: Just like I'll do with your fucking Google Earth shit when you leave. Because I don't want that shit on my computer.

ALLEN: [UI]

WRIGHT: Yeah. Yeah, I got rid of the... I got... Now I didn't--I didn't wipe the hard drive--

ALLEN: Yeah.

WRIGHT: --but I deleted it from the history--

STEIN: You mean--

WRIGHT: --and...

STEIN: You mean with cloth?

WRIGHT: Yeah. That's what I meant with a cloth. [Laughs]

STEIN: That bitch should've been fucking just thrilled.

WRIGHT: Fucking, I'm fucking throwing shit at my TV when she said that. I'm going, you've got to--your fucking-why-why bitch? [Laughs]

ALLEN: [UI] she saying is she had those saps [PH].

WRIGHT: Or the Mexicans [UI].

ALLEN: [UI] fucking action allies, fucking white van with a uniform shirt on [UI]. Fucking put a fucking ladder on the building, of any building in the country, and walk around the building [UI] and everybody knows.

WRIGHT: No, then they pay attention, you know.

ALLEN: Yeah, you just need a little action [UI] or something like that.

STEIN: Right, right.

ALLEN: W-T-F-U Electric.

WRIGHT: Yeah [laughs].

ALLEN: [UI] as fuck. You got that on video? Where's that WTFU [UI]?

STEIN: Right.

WRIGHT: [Laughs] WTFU.

ALLEN: Wake the fuck up.

WRIGHT: Yeah.

ALLEN: [Laughs] But so, I mean, you could do that and walk around National Beef and fucking I don't know, we could do all kinds of shit, or any place you know.

CHS: So we got the ability to do that. I mean, that's something that's possible, right? I mean, if we found a target, to take something out?

ALLEN: What do you mean?

CHS: We can get the shit to take it out.

ALLEN: Yeah.

CHS: Yeah, that's...

WRIGHT: We could make the shit.

ALLEN: We could make some [UI].

CHS: That's what I mean.

WRIGHT: Yeah. Yeah, we'd have to make it. Because you-you ain't going to buy this shit or you're going to get set up.

ALLEN: No, make it.

WRIGHT: [OV] Yeah, you're going to get set up--

ALLEN: [OV] I mean, w-what would it take to I mean...

WRIGHT: --you buy--you got to buy TNT or something, or C-4.

CHS: [UI] yeah.

WRIGHT: Somebody is going to turn your ass in.

CHS: Right. Unless we buy from [UI].

ALLEN: Denver, Colorado or somewhere like that to where we know they got--they got... And I know where it's at in one place.

STEIN: What?

ALLEN: Where you can go get dynamite.

WRIGHT: Well I know the VA in Pueblo [PH] has P2. Feminole [PH] two polypropylene which is a fucking corrosive. They use it to blow fucking bridges and shit up with it. They get it in 55 gallon drums. And alls it takes is ounces. I mean, that they use it to cool x-ray equipment. And Pueblo is the only, uh, hospital in-in this area that has that x-ray equipment still. Everybody else has upgraded their shit to the newer stuff.

ALLEN: And what's it called?

WRIGHT: Feminole two polypropylene is what it's called.

ALLEN: How you make an explosive out of it?

WRIGHT: P2. Huh?

ALLEN: How do they make an explosive out of it?

WRIGHT: It's a--it's-it's a corrosive liquid.