# Exhibit I

| | |
|---|---|
| FILE NUMBER: | 266T-KC-7542690-1D17 |
| DATE: | 08/14/2016 |
| TIME: | 9:05 A.M. |
| LOCATION: | GARDEN CITY, KANSAS / LIBERAL, KANSAS |
| PARTICIPANTS: | S-73282 (Confidential Source) |
| | CURTIS ALLEN (Subject) |
| | GAVIN WRIGHT (Subject) |
| | PATRICK STEIN (Subject) |
| | SA AMY KUHN (FBI) |
| | SA ROBIN SMITH (FBI) |

This is SA (Special Agent) Amy Kuhn. I'm here with Special Agent Robin Smith and Minuteman (S-73282), and I am, it's approximately 9:00, 9:05 a.m. on August 14, 2016 and I am handing over the recorder to Minuteman for a recording with members of the Crusaders:

(background noises)

(Car door bell dinging, vehicle starting up and radio playing in automobile)

(S-73282 is driving an automobile)

16:41

| | |
|---|---|
| S-73282: | XO, did you try calling me? |
| (pause) | |
| STEIN: | Yes, I did. |
| S-73282: | I barely heard ya. The radio going, but I turned it down now, so. |
| STEIN: | Are you wanting? (unintelligible) |
| S-73282: | Yeah, I sure am. |
| (pause) | |
| STEIN: | Copy that. |
| (pause) | |

1

| | |
|---|---|
| | architect who designed that. |
| ALLEN: | No, I don't think it was that. |
| S-73282: | Or, some, he was, dude saying he designed (unintelligible) |
| (overlapping conversation) | |
| STEIN: | Probaby fucking Iraqi |
| ALLEN: | It's fucking insanity, you know. |
| S-73282: | Yeah. |
| STEIN: | Alright, motherfuckers!! You get, you, you're done listening. |
| (laughter) | |
| ALLEN: | You got your phone in there? |
| S-73282: | Yeah. |
| ALLEN: | Yeah, I'm putting mine in there. |
| WRIGHT: | Oh, here, oh. Fucking locked that front door too I don't want nobody walking in on us. This is a public place, I can't, if a fucking cop wants to walk in here there ain't nothing we can do about it. |
| (background noises) | |
| S-73282: | I can tell him to get the fuck out of here. |
| WRIGHT: | Yeah. |
| (laughter) | |
| ALLEN: | Here let me grab these paper towels. |
| S-73282: | Oh, that's okay. |
| (background noises) | |
| WRIGHT: | Oh yeah, was there. |
| (overlapping conversation) | |
| ALLEN: | These napkins suck. |
| WRIGHT: | Yeah, they do, they just fucking stick to you (unintelligible). |
| ALLEN: | Okay, somebody's gonna have to cop to buying, the |

| | |
|---|---|
| WRIGHT: | fucking chemistry shit. Ship to their house or not. Yeah. |

(background noises)
(overlapping conversations)

| | |
|---|---|
| STEIN: | Then how big a kit |
| ALLEN: | I don't know, a hundred bucks. |
| STEIN: | Like a, like a kids? |
| ALLEN: | No, man, |
| WRIGHT: | Nah, you can't find, |
| ALLEN: | Need more stuff than that. |
| WRIGHT: | Yeah, and I have some chemicals like, some uh, oh. |
| STEIN: | What chemicals we need? |
| WRIGHT: | Oh, you're gonna need sulphate, you're gonna need a whole bunch of shit that. |
| ALLEN: | Depends on what you're going to build. |
| WRIGHT: | Yeah, yeah. |
| STEIN: | There's a lot, uh, you can make a lot of your own shit, dude. |
| WRIGHT: | Yeah, but problem is finding it. You're out here in the sticks |
| ALLEN: | (unintelligible) Fucking, do all kinds of stuff to it. |
| STEIN: | Well, I know. |
| ALLEN: | You don't like this. You can turn fucking hydrogen pyroxide into certain stuff but you gotta have (unintelligible) |

(overlapping conversation)

| | |
|---|---|
| WRIGHT: | You gotta have beakers ... |
| ALLEN: | (unintelligible) cool it, you know, distill it, and that kind of stuff. |
| STIEN: | Right |

27

| | |
|---|---|
| WRIGHT: | This way you don't have to. This way you just, we need, su-a teaspoon of sulphate in it and then you just, you're done. I mean. (laughs) That's, I see his point, just quicker to, I mean. |
| ALLEN: | Well, it's not quicker, it's just a whole(unintelligible) |
| (overlapping conversation) | |
| STEIN: | Are you talking about the material to make it ourselves, or? |
| ALLEN: | Yeah. |
| STEIN: | The ability to just buy it ready to go? |
| ALLEN: | No. We make it ourself. |
| WRIGHT: | Yeah. |
| S-73282: | It's stuff you can just buy? Even the electrical? |
| WRIGHT: | Well, it's a, in small amounts. |
| (overlapping conversation) | |
| ALLEN: | You can buy stuff in small amounts but it's fucking expensive, dude. |
| WRIGHT: | Yeah. |
| ALLEN: | It's like two or three ounces of potassium fluoride is like thirty-eight bucks. |
| S-73282: | Shit |
| WRIGHT: | Yeah. |
| STEIN: | I say when you buy … |
| ALLEN: | Buy a fucking gallon of fucking stump pull or stump grinder, or whatever that shit is, and make, and get a quart of it out of that. You know? Stuff like that. |
| WRIGHT: | Well, and I know that, uh, iodine too is potassium formagnomine, and that shit's expensive when you buy it, but if you go right down here to the fucking |

28

|  |  |
|---|---|
|  | Wal-Mart and buy medical, it's cheap. I mean you can buy fucking big old jar of it for like fucking two bucks. |
| ALLEN: | But it's not a high enough concentration. To be used for an explosive. |
| WRIGHT: | I understand, yeah, but you could... |
| ALLEN: | You've got to distill it down |
| WRIGHT: | Yeah, you could make it a high enough concentration, yeah. |
| ALLEN: | You have to have a way to do that. You know, a lot of those chemicals you can't put 'em in an aluminum pan or steel pan, |
| (overlapping conversation) | |
| WRIGHT: | Yeah, they got to be stored in something special. |
| ALLEN: | But I've been watching a bunch of videos on it, I don't want it shipped to my house because I already ordered up a bunch of aluminum powder, you know, and sooner or later it's going to be flagged up like this motherfuckers (unintelligible). |
| (overlapping conversation) | |
| WRIGHT: | Well, we can order it. Here is a business too and have them bring it here and then where are they gonna go? Find us? |
| ALLEN: | Yeah. |
| WRIGHT: | I mean from here? Cause I don't have, all of my mail comes here, nobody even knows I live where I live, I mean. All of my, uh, shit's in my brother's name, all of my fucking utilities and I put all of that shit in my brother's name so. |
| STEIN: | My favorite tune on the whole album right here. |
| ALLEN: | They can't, I mean |

29

|||
|---|---|
| | because that would be a good, that's why I have it is surveillance it has a fucking, it's got like three or four different uh scr-uh, lenses that you can attach to it- |
| S-72382: | Right. |
| WRIGHT: | But one of them is like this fucking long so- |
| S-72382: | Well yeah. |
| STEIN: | What do you have? |
| WRIGHT: | It's uh, like a digital thirty five millimeter camera but it has three or four different lens attachments and you can fuck them, you could put them tanker trucks like they're across the street on it and take a picture of it, and keep him away from being right fucking next to the building. He could go down the highway and pull over and take the picture of the back of the building. |
| S-72382: | You could go through that fucking motel, yeah. |
| WRIGHT: | Without being right there you know what I'm saying. And people seeing you driving around, that's not good. |
| STEIN: | (background) I mean, right. |
| S-72382: | See like one of those, either that Somalian Mall, or the store it's gonna send a message, it's all Muslim. |
| WRIGHT: | That's it. We don't wanna kill nobody else. |
| S-72382: | (unintelligible) we, we, (unintelligible). Like to take out that Mosque, but there might be, yeah there might be uh- |
| WRIGHT: | (unintelligible) |
| ALLEN: | They said their going to build a Mosque up there or? |
| S-72382: | No, well, not yet, not yet. Just the one they use for- |

(simultaneous conversation)

| | |
|---|---|
| STEIN: | And then. |
| WRIGHT: | Or no, that's third. I'm sorry, you're right that Eighth Street. |
| S-72382: | (unintelligible) |
| ALLEN: | That would be cool too. Pull four cars up in here and each of them have five hundred pounds in the seat or two hundred fifty pounds in the trunk. |
| S-73282: | You see, you can, you can. |
| WRIGHT: | (unintelligible) |
| S-73282: | What I'm saying is you can get around those uh lights, the lights (unintelligible). |
| STEIN: | Yeah, that's Mary. This is the Mosque on the south side. |
| S-73282: | You could go anywhere- |
| STEIN: | Right here. This wall is where they keep fucking driving into it and knocking it down. And then over here J One, wherever apartment J One is, I bet it's this right here- |
| WRIGHT: | There's another one. |
| STEIN: | Is the Burmese Mosque. |
| WRIGHT: | Oh okay. |
| STEIN: | But that whole complex is full of fucking cockroaches. |
| STEIN: | Now does- |
| WRIGHT: | So the bypasses is over here. |
| STEIN: | No, bypass is way over here. |
| S-73282: | Yeah, it's up here, this is north. |
| WRIGHT: | Oh. |
| S-73282: | Yeah that, that's north and this is south. |
| WRIGHT: | Oh okay. Oh okay. So what's this one here? |

| | |
|---|---|
| | dude. |
| S-73282: | That would, you know, that would |
| STEIN: | Not even joking. |
| S-73282: | That might be fucking- |
| STEIN: | If you ask me that motherfucker is more guilty than these cocksuckers are. |
| WRIGHT: | Who's that? |
| S-72382: | Uh, ████ |
| WRIGHT: | Oh yeah. |
| STEIN: | The landlord. |
| WRIGHT: | Of being greedy. |
| STEIN: | Of being a royal fucking piece of shit, un-American, no good cock sucker that needs to go away. |
| WRIGHT: | Problem is they'll just replace him with some other no good cocksucker that don't- |
| S-73282: | You put the fear, well, and you put the fucking fear- |
| STEIN: | Who's going to fucking replace him? He owns the motherfucker. |
| S-73282: | If they knew why he got killed, the fucking- |
| WRIGHT: | Well and that's the where the fucking yeah, you'd want them to know why you got killed. |
| S-73282: | Right. |
| WRIGHT: | That's right. You mother fuckers and you all (unintelligible)- |
| S-73282: | You know why- |
| WRIGHT: | -any of you people rent to these motherfuckers we're going to start knocking you all off. |
| S-73282: | Yeah, that's what I mean, I (unintelligible)- |
| STEIN: | What would be even better is if it's all done on the same day. |
| WRIGHT: | Yeah. And he was visiting(overlapping)- |

71

| | |
|---|---|
| STEIN: | You blow his goddamn complex to fucking pieces and take his fucking head off at the same time. |
| WRIGHT: | I wonder if he visits the complex ever. |
| STEIN: | Oh, fuck him |
| S-72382: | Oh, His office is on you know, south Main Street. Uh- |
| WRIGHT: | It would be nice to get him there when the fucking truck went off. |
| STEIN: | Yep. |
| WRIGHT: | Take em all out with his guns. |
| STEIN: | Although I would like some information out the bastard before we cap his ass but, I mean doesn't have to be |
| WRIGHT: | Yeah see he don't have anything to say. I-I'd have to listen to be honest with you. (laughs) |
| STEIN: | The only thing I'd wanna know is the- |
| WRIGHT: | You might want to pull his fingernails out or something. |
| STEIN: | -the ties, their ties to the government. How-how their paying him. How he's getting fucking rich and cause see, that just that, all that does is that leads us to another fucking avenue of no good un-American cocksuckers that need taken out. |
| WRIGHT: | I understand that but they're fucking thousands of them but I think the statement is what we're looking at more than anything. |
| S-72382: | Statement, that's to me, fuck yeah, if you make a statement. That would make a- |
| STEIN: | I know. |
| S-72382: | That would make a statement, I guarantee (overlapping). |

72

| | |
|---|---|
| STEIN: | Oh you got him as a friend? |
| S-72382: | Yeah. Yeah. |
| ALLEN: | What street is this? |
| STEIN: | Eighth, or no- |
| S-73282: | No, this this is- |
| STEIN: | I'm sorry. |
| ALLEN: | This is Eighth here. |
| STEIN: | Yeah. |
| S-73282: | Can you see, uh fuck I can't read that |
| STEIN: | Can you read that? |
| S-73282: | No. |
| STEIN: | I mean- |
| S-73282: | I'd have to |
| ALLEN: | I mean it says, says something about one, thirty nine north or something I. S. to north or- |
| S-73282: | It's a little, it's uh- fuck I never go down that street. I mean, just a little- |
| WRIGHT: | Well, we can pull it up on the Google Earth too, an- |
| STEIN: | Like one ninety north? |
| ALLEN: | About what it looks like, let's go, let me go check it out. (unintelligible). I just want to know cause next time I'm up there I'm going to go through there. |
| WRIGHT: | Should be already open. |
| STEIN: | It's just, it, it's right across- |
| S-73282: | I mean you can- |
| STEIN: | The Street from the other Mosque, that's where, that's where we sat and did a bunch of surveillance that night. |
| S-73282: | Oh Laurel. |
| WRIGHT: | Laurel. |
| S-73282: | Laurel. |

| | |
|---|---|
| S-73282: | Yeah, see it's Laurel Street. |
| STEIN: | This probably don't say Laurel. |
| S-72382: | East Laurel. |
| ALLEN: | Did you take all the uh marks off? |
| WRIGHT: | Yes, I did. I don't need that shit on my computer. |
| S-73282: | (unintelligible) |
| WRIGHT: | All the pens that we had, I could just see my fucking brother. |
| WRIGHT: | Did we ever get that printed off? Did you print that map off after you put all them pens out? |
| WRIGHT: | No, I don't think so. |
| ALLEN: | Do what? |
| S-73282: | Oh, no. |
| STEIN: | When, When you put all them pens out, the other day, did you print if off? |
| ALLEN: | Print what off? |
| STEIN: | Member when you's setting all the pens? |
| ALLEN: | No I didn't print it off. |
| STEIN: | Right here's that box. |
| ALLEN: | (unintelligible) right here. |
| WRIGHT: | Yeah. |
| STEIN: | That right there? |
| ALLEN: | Yeah. |
| S-72382: | You know, there's that other Somalian building on Main street, or Mary that doesn't too, too hard to- |
| STEIN: | Oh hell it's even, it's even fucking (unintelligible). Right there's the Mosque. Right there. |
| S-72382: | Oh yeah, I Google Earth-ed it, and it, it showed. |
| STEIN: | It's labeled on here, too. |
| S-72382: | Oh, is it? |
| STEIN: | Yeah. |

79

| | |
|---|---|
| WRIGHT: | They're the moderate ones Goddamn it. |
| S-73282: | That's (unintelligible) |
| WRIGHT: | Aint you ever fucking listen to the radio and T.V.? |
| ALLEN: | This is the hard working moderate ones, you know. |
| WRIGHT: | Christ. |
| STEIN: | Yeah. |
| ALLEN: | We gotta fucking teach every week when you come here or what |
| WRIGHT: | (Laughs) |
| S-72382: | See you know, if we were, this, it even sent. |
| STEIN: | If I send you something on like an email- |
| S-72382: | Send a letter to a rescue. |
| STEIN: | Can you print it off? |
| WRIGHT: | Yeah, don't you have one? I thought you had a printer at home, you said? |
| STEIN: | I do. |
| WRIGHT: | Well what the fuck- |
| STEIN: | Laurel, that's he was saying it was, Laurel. |
| S-73282: | (overlapping)Uh B |
| ALLEN: | (overlapping) No this is B |
| WRIGHT: | Why you want me print it off then? |
| STEIN: | Huh? |
| ALLEN: | (unintelligible) |
| STEIN: | Because I was going to get everybody a copy |
| S-73282: | (overlapping) Yeah, I thought it said Laurel. |
| ALLEN: | Hold on a second. |
| WRIGHT: | Oh yeah right now, yeah, oh yeah- |
| STEIN: | I didn't have time to- |
| WRIGHT: | Oh yeah (overlapping) send it to my Yahoo account. |
| S-73282: | Fuckin |

83

| | |
|---|---|
| WRIGHT: | That'd be ▓▓▓▓@yahoo.com. |
| ALLEN: | This is North B, this is North C. |
| WRIGHT: | Yeah. (unintelligible) |
| STEIN: | Right. |
| S-73282: | (overlapping) I thought that said. |
| WRIGHT: | (overlapping) And I can get on that computer right there and print it. |
| ALLEN: | (overlapping) There's C, and North B, not Eighth Street |
| S-73282: | Right. |
| ALLEN: | Eighth Street |
| S-73282: | (unintelligible) |
| ALLEN: | Mm hmm |
| STEIN: | I'll go out and, and uh- |
| S-73282: | I mean, |
| ALLEN: | This is North C, this is North B. |
| STEIN: | Oh okay. |
| ALLEN: | I think that's what we oughtta work on. Blowin' that mother fucker twice. |
| S-72382: | I think you would (unintelligible). |
| ALLEN: | And taking out as many of the out buildings as we can. |
| WRIGHT: | That's it. I agree. That one center one? |
| STEIN: | This one right here. |
| WRIGHT: | Yeah |
| S-73282: | Just a |
| STEIN: | Did ya see where the other one was. |
| ALLEN: | You know what I think would be cool? |
| WRIGHT: | What's that. |
| STEIN: | That's the other one. Across the street. |
| ALLEN: | Get one of these big ol' fucking city steel dumpsters |

84

| | |
|---|---|
| | with steel lids. |
| WRIGHT: | Yeah. |
| ALLEN: | Just pack that motherfucker full. |
| WRIGHT: | Park it in the alley. |
| ALLEN: | And fucking, yeah, just have em put a padlock on it. |
| WRIGHT: | That's a good fucking idea cause- |
| ALLEN: | Nobody can get in there, Put the Dodge City or Garden City sign on it- |
| STEIN: | That's what I need to get pictures of. |
| ALLEN: | Garden City dumpster and pull up there and set it down |
| S-72382: | Of the- |
| WRIGHT: | Where the dumpsters sittin. |
| S-73282: | Sit, yeah. That'd be fi-, I don't even remember it- |
| ALLEN: | And fuckin |
| STEIN: | You're talkin just your regular dumpster? |
| ALLEN: | Yeah. |
| WRIGHT: | Yeah. I know where Garden City, their fucking deals at- |
| S-73282: | Oh yeah, yeah. |
| WRIGHT: | We could go steal one. |
| STEIN: | Lock it |
| S-72382: | Yeah. |
| WRIGHT: | And just fucking haul it off and pack it full of shit, and take it back and set it- |
| S-73282: | You know what, I don't even know where they keep their dumpsters. I've never seen em up there. |
| WRIGHT: | We need to look at that though. |
| ALLEN: | I think we still have one down here in the back of, fuck you can drive around here within a couple, miles well, cause they run a rural route here. You |

85

| | |
|---|---|
| ALLEN: | What does go down, immediately goes out. |
| WRIGHT: | It would be nice to be able to get into the tunnels underneath the building and put shape chargers all over the bottom of that fucking building and just blow the building up, but. |
| S-73282: | So, if we had like four cars, park em, we could park em there, fuckin do this (unintelligible) get fucking back everywhere, you know, back home or whatever and then like that night or something, is that what you were, had in mind? |
| ALLEN: | Well when it's, whenever it's busiest. |
| S-73282: | Whenever it's the busiest. |
| ALLEN: | Yeah. |
| STEIN: | Well I wish I knew all the prayer times in that fucker. |
| ALLEN: | Yeah. |
| WRIGHT: | There's gotta be a list. |
| S-73282: | Well, I think at fucking |
| ALLEN: | Well |
| S-73282: | Friday, I know Friday's are one of the busiest, 1:30, that's what, I mean, there is… |
| ALLEN: | It's all the same everywhere. |
| S-73282: | Yeah. |
| WRIGHT: | Yeah. |
| ALLEN: | We can find the prayer times online. |
| S-73282: | Well hell |
| ALLEN: | It depends on how busy this one gets. (unintelligible) at a time, you know. |
| S-73282: | If you're talking about taking getting some of these out, you sh-, in this building right here, you're still taking thirty people out. |

97

| | |
|---|---|
| WRIGHT: | Yeah, but you, and all the people that are in them other buildings are going to be over there praying. |
| ALLEN: | (unintelligible) fucking people in the |
| S-73282: | Oh yeah. |
| WRIGHT: | Oh hell yes, you'll have everybody in that whole complex in that prayer room, I guarantee you that. |
| ALLEN: | Probably some guys out here on the sidewalk facing East. |
| S-73282: | Oh yeah. |
| WRIGHT: | (laughing) |
| ALLEN: | Gotta pray to the East. |
| (laughter) | |
| ALLEN: | Towards Mecca. Or it don't do you no good. |
| STEIN: | I would almost say like this one here, where it's right here on the corner of this building? There's one right there. If we're going to use two we put one right there. |
| S-73282: | Well, then would it be better, I mean? Is it, say no absolutely, I know they don't use the exact same time? I know they're probably supposed to. But they don't pray at the exact same time. Cause I've been through here at the same time on. |
| ALLEN: | On this one and that one? |
| S-73282: | Yeah, I mean. |
| ALLEN: | Well, if we're not doing it at the same time, ain't going to be no reason to do it? |
| S-73282: | No, no, I mean do it at the same time, but they don't, you're saying that everybody is going to be over here praying? |
| ALLEN: | Well and all these guys would be over here, right? |
| S-73282: | Right. Right. |

98

| | |
|---|---|
| WRIGHT: | fucking gowns, |
| | That bullshit. |
| STEIN: | and start learning fucking Islam dude because everybody's gonna sit back because we don't wanna get killed and it's all gonna happen right in front of our eyes. |
| (overlapping conversation) | |
| WRIGHT: | I didn't say you had to sit back, that's why I'm here. |
| STEIN: | Just like it has been, and it's, wha-what are you gonna do? No, I know this. This isn't like, taking our fucking country back from the Feds though. |
| S-73282: | I understand, I understand what you're saying |
| WRIGHT: | It's a start. |
| (overlapping conversation) | |
| ALLEN: | No, I know what you're saying. |
| WRIGHT: | Waking people up. We can't do it ourselves. We're gonna have to have all of these fucking people involved with us. |
| ALLEN: | Yeah, I know. |
| WRIGHT: | I mean the only way to get 'em involved is to wake 'em up and. |
| S-73282: | So what, I mean, |
| (overlapping conversation) | |
| STEIN: | This is just a beginning. |
| ALLEN: | That's what all this is about, trying to get people to wake up. |
| WRIGHT: | That's it. |
| S-73282: | What you're saying is just like joining the military, you're willing to give your life ... |
| ALLEN: | (unintelligible) looking into domestic terrorism or whatever, but we're going after (unintelligible) |

130