# Exhibit J

FILE NUMBER:                             266T-KC-7542690

DATE:                                    9/2/2016

LENGTH OF RECORDINWRIGHT:      08:52:33

PARTICIPANTS:                    SA AMY KUHN (KUHN); SA ROBIN SMITH (SMITH);  MINUTE MAN (CHS); PATRICK EUGENE STEIN (STEIN); GAVIN WRIGHT (WRIGHT); CURTIS ALLEN (ALLEN); RECORDED VOICE 1 (RV1); RECORDED VOICE 2 (RV2) UNKNOWN FEMALE 1 (UF1); UNKNOWN MALE 1 (UM1); UNKNOWN MALE 2 (UM2); EMPLOYEE 1; EMPLOYEE 2; EMPLOYEE 3

ABBREVIATIONS:                    [PH] Phonetic
[UI] Unintelligible
[SC] Simultaneous conversation
[OV] Overlapping voice

---

| | |
|---|---|
| KUHN: | This is SA Amy Kuhn and SA Robin Smith. We are with CHS, approximately 9:10 AM on September 2nd. Uh, we are handing a recording device to CHS to record a meeting with Gavin Wright, Patrick Stein and Curtis Allen. |

[Background noise]

[Car beeping sound]

[Car door opening]

[Toilet flushing]

[Door opening and closing]

| | |
|---|---|
| UF1: | What's up, man? |
| CHS: | Nothing. |
| UF1: | Ready for some football? |
| CHS: | You betcha. |
| UF1: | I know I am. |
| CHS: | [UI] |

CHS:            Well, yeah, uh, the, uh, what I was thinking is, you could use, it, we
                could use it down the line or something. If we're gonna, if it's fucking
                real expensive, uh....

WRIGHT:         Yeah, we'll make our own. We're gonna have to if we don't have ten
                grand to buy shit.

CHS:            I don't know. I have no idea. I, I don't even know what industrial stuff
                costs. I...

STEIN:          Here's the other deal, that, I think they could entertain, possibly. Uh, I
                was hoping that you might have, you know, an idea of prices or
                whatever...

(overlapping)

CHS:            Yeah, no.

STEIN:          ...but that actually, probably needs to be, from here on out, needs to be
                in person.

CHS:            That's. Pretty much how it works.

STEIN:          But, I think we would be... [OV]

WRIGHT:         They trust you if you've been hauling stuff for them.

CHS:            Well these guys. [OV]

WRIGHT:         That's a key deal [OV] there, because,

CHS:            I gotta say this.

STEIN:          Right.

WRIGHT:         A big deal.

CHS:            They've been in the group for a long time. I've known shit they've did
                for weed. I grew up with criminals. I'm the only one in my fucking family
                that didn't go to prison. Okay?

WRIGHT:         Yeah.

CHS:            And I, not that I shouldn't have.

WRIGHT:         You were just smarter and didn't get caught, that's it [chuckles]. I was
                the same way. We all were, man? [chuckles]

ALLEN:          [OV]  Why were you sayin, [UI] to be mad at you.

CHS:            Well, because I was afraid because, I was afraid that you'd be mad
                because you don't want... this was between [OV]

STEIN:          Here's the deal. We're just going to throw it all out there since it's out there.

CHS:            [UI] That's it.

STEIN:          These guys are, they not only deal in what we're talking about, but they deal in fucking dope too. Big time.

ALLEN:          [UI]

WRIGHT:         Most of them do.

STEIN:          Um, you know, it, it's not something I broadcast to everybody and anybody, but I guess since we're all in this pretty much the same level, everybody might as well know. I've been involved in the drug world myself back in the day. I've manufactured, back in the day. Uh, not the stuff that's out there today. Actually, the good shit, back in the day.

WRIGHT:         Yeah. Where you had to have a fucking chemistry lab to do it. Not a bathtub.

STEIN:          Uh, uh that being said, it has been discussed, the possibility of trade out.

WRIGHT:         Cooking some stuff for them.

STEIN:          If they're interested in needing some product. You know. It could be swapped out, at least for partial or...

WRIGHT:         See, I like that idea better because they're breaking the law as much as we are, if that's the case.

ALLEN:          Yeah, exactly.

WRIGHT:         And not just taking money for it.

STEIN:          And we wouldn't have to be so goddamn cash dependent.

ALLEN:          Yeah.

WRIGHT:         Yeah.

CHS:            But I, I can't say it for sure, but I'd say that was a good possibility because when we talked about it, um, that earlier they were wanting...

STEIN:          I was going to make some for them before,

ALLEN:          Meth?

STEIN:          Yes.

WRIGHT:         With P2, or anhydrous.

STEIN:          No, no, no. Not the anhy. I mean, in order to do that today...

WRIGHT:     How do you get ahold of the P2? Because that's how meth was originally made is with phenyl 2-poly propylene, um, in a [UI] laboratory.

STEIN:      You make it, what, you mean the good shit back in the day?

WRIGHT:     Oh yeah, back when I was dealing...

STEIN:      With the Anhy, yeah?

WRIGHT:     No, we didn't get anhydrous stuff. All of our stuff was coming from California, and it was cooked in a laboratory with phenyl-2-poly-propalene is the original ingredient in crank.

STEIN:      This isn't...

WRIGHT:     That's crystal meth.

STEIN:      That's not what, I was making I, We were, we were making up the ante. What we called ante.

WRIGHT:     Yellow, hard rock.

STEIN:      Peanut butter, you know. It was generally kind of a....

WRIGHT:     Brownish color?

STEIN:      Had a light brown color.

WRIGHT:     [OV] Tint, Oh, okay.

STEIN:      You know. Whatever. Burned like a mother fucker when you do it.

WRIGHT;     Yeah, they all do, but...

STEIN:      And, but, Jesus Christ, send you to the fucking moon for about three days on a little bit.

WRIGHT:     Yeah, yeah.

STEIN:      Seriously?

WRIGHT:     Yeah.

STEIN:      Um, no, what I'm talking about is the stuff that's out there today.

WRIGHT:     So, cooking it with anhydrous.

STEIN:      No, no, no, no. This stuff is, has, it, there's no anhydrous, no nothing. It's fucking gun blowing, uh, activated charcoal.

WRIGHT:     So you're using the gun bluing as the chemical?

STEIN:      That's where, right. That's the...

WRIGHT:     That's the chemical that P2 takes place of or anhydrous, either way.

| | |
|---|---|
| STEIN: | Yeah. You mix your batch up. It takes about thirty days to do a batch. |
| WRIGHT: | Yeah. |
| STEIN: | Um, once you get everything inside of the container, you bury it in the fucking ground, then you leave it there for twenty-nine, thirty days. You don't check it, you don't touch it. |
| WRIGHT: | Yeah. |
| STEIN: | You don't do nothing. You just leave it for twenty-nine, thirty days. Go out and dig the mother fucker up. |
| WRIGHT: | And it's a rock. |
| STEIN: | And when you come, when you pull it out of the ground, you know, the way, the way that it forms is like, part of the process is taking it, beer bottles as an example. Cut the bottoms off of them |
| WRIGHT: | Yeah. |
| STEIN: | To where they're open, you know, on the bottom side. And then you take the caps, and you glue them motherfuckers to the top of the container, and you screw them into the caps. And those are hanging off of the lid, okay? |
| WRIGHT: | Uh-huh. |
| STEIN: | And then everything else is down below it. Well, when you get everything mixed up, and the reaction starts taking place, it takes about thirty days for it to complete. But it grows on the inside of those bottles. So when you pull them fucking bottles out, you just unscrew them, tap 'em on a [OV] hard surface. |
| WRIGHT: | And they come out of [UI] |
| STEIN: | Boom, you know, it all comes out, you know. |
| WRIGHT: | Okay. |
| STEIN: | It ain't all one rock, but, I mean it's all crystal, yeah. |
| WRIGHT: | [OV] Hard.  Yeah, yeah, yeah. |
| STEIN: | Uh, and supposedly, the, the batch that I've got will produce, about a pound every fucking batch. |
| CHS: | A pound [UI] |
| STEIN: | A fucking pound, dude is, is... |
| WRIGHT: | Thirty grand. |

ALLEN:              Well, what's the [UI]

[Rustling sound]

WRIGHT:             Well, it don't matter. That's not the way that we do it. But, unless
                    you're selling it to the guy that wants the ounce. That's the only way
                    you're gonna make that money.

CHS:                Retail.

WRIGHT:             When you're selling a pound, you're gonna take the [OV]

STEIN:              You're just gonna be [UI] right... run it.

WRIGHT:             a deduction it, because they don't, Yeah. [OV]

STEIN:              It's just like anything else. You're buying, buying quantity, and getting it
                    a lot cheaper. [OV]

ALLEN:              Yeah, Yeah.

WRIGHT:             Well, and then you're not dealing but with one guy.

STEIN:              That's right.

WRIGHT:             This guy's dealing with the other twenty people.

STEIN:              That's right.

WRIGHT:             And that makes a difference because then he only knows,

STEIN:              Yup. That's right.

WRIGHT:             And that's the way to do it, I think.

STEIN:              But the reason, initially, that I was wanting to do that is I've been
                    fucking trying to brainstorm and come with ways to come up with cash,
                    not only for myself, but for the group.

WRIGHT:             Well

STEIN:              For people who ain't got guns, ammo, the gear they need, the food
                    they need. All of that. And it was gonna go, you know...

ALLEN:              Dude, if we can do this on a mass quantity, we can start the ammo plant
                    and fucking everything.

WRIGHT:             Mm Hmm

CHS:                Well, when we were talking about this, they were very fucking
                    interested.

WRIGHT:             They were all over it.

CHS:                We were just waiting for...

ALLEN:                You've done it like this before though.

STEIN:                I've never made what is out there today. I've never made that. I've got the recipe. I've talked to people who have made it. It's really a, it's a hell of a lot more simple process than what I was doing.

WRIGHT:               Yeah. Yeah, yeah.

CHS:                  And what they're wantin' is the purity that you know.

STEIN:                Right.

CHS:                  the purity cause you, you could make. I don't know a lot about this yet, but I, I'm learning. It's the, you know, purity. You can buy some cheap shit that people make in their backyard.

WRIGHT:               Well, and the way he's talking about it is the pure stuff because you...

CHS:                  Yeah, exactly.

WRIGHT:               Can't carry the minerals with it.

CHS:                  Exactly, exactly. [OV]

WRIGHT:               That's right. It's just the evaporation or the reaction. [OV]

CHS:                  Yeah the ice, the, I mean, the fuckin So it's not, well... right, right,. [OV]

STEIN:                [UI] Right. [OV]

WRIGHT:               The [UI], the fumes, it's the, it's the fumes off of the reaction.

ALLEN:                [UI] goes in it.

STEIN:                Gun bluing, activated charcoal, uh, RC car fuel. Which is, isn't that just methanol?

WRIGHT:               Uh, or, yeah, it could be.

ALLEN:                [UI] ethanol or alcohol.

WRIGHT:               I think it's alcohol, er-huh, alcohol based fuel.

STEIN:                That and a little bit of aluminum foil. And then nickel rods, all go together.

WRIGHT:               In one pile.

STEIN:                You lay the nickel rods out and then you put your mixture on top of it, and then put your foil in a little container with the RC car fuel. That starts the reaction.

WRIGHT:               Yeah. [OV]

STEIN:                Close that fucker up.

| | |
|---|---|
| ALLEN: | Would you lose the nickel rods. Or do you gotta clean it? Can you clean them up later and re-use them? |
| STEIN: | I don't know. |
| WRIGHT: | I'll bet the chemical reaction takes the rods. |
| STEIN: | I think it takes the nickel rods, yeah, I think the... [OV] |
| WRIGHT: | And then it causes it to explode. [OV] |
| ALLEN: | [UI] Use all of it or, nickel rods are expensive. |
| WRIGHT: | Ah, you can get five pounds over here at Big R [PH] for... |
| STEIN: | Yeah, it's [OV] [UI] |
| WRIGHT: | Welding rod for like, oh, It's like thirty bucks for a five pound... |
| ALLEN: | So it's not pure nickel then? |
| STEIN: | Well, [UI] nickel. |
| WRIGHT: | Well, that's what a welding rod is, pure nickel. Yeah, it's... |
| ALLEN: | Well, I guess I'm thinking of something bigger than a welding rod. |
| CHS: | If you did, it'd be worth, uh, whatever the cost. [UI], |
| ALLEN: | Yeah. |
| CHS: | So... |
| WRIGHT: | Yeah, even if we invested 500 bucks into it |
| ALLEN: | [UI] big ol' rocks. [OV] |
| WRIGHT: | [OV], you're gonna make thirty grand, or [UI], I don't know. When I was buying pounds, they were like sixteen thousand dollars a pound, but that was back in the fucking '80s. |
| CHS: | See, yeah, that's, that's... |
| WRIGHT: | I mean... |
| CHS: | And we're talking, and basically, we were, we were, they were ready to go when we were talking about this. |
| ALLEN: | Did they say what they would pay? |
| CHS: | Uh, depend on the purity. They would... [OV] |
| STEIN: | Yeah, we never, we never got that far. |
| WRIGHT: | Yeah. |

ALLEN:        [UI] Yeah. [OV]

STEIN:        They wanted a, they wanted a sample. [OV]

CHS:          They wanted, they wa-, yeah, they, yeah. [OV]

WRIGHT:       They wanted a sample.

STEIN:        Before we went any further. [OV]

WRIGHT:       Yeah, you can't blame that. Yeah. [OV]

STEIN:        Which, that's normal. [OV]

ALLEN:        I say we do it...

WRIGHT:       I think so too. [OV]

ALLEN:        I say we do it once... [OV]

WRIGHT:       We've got a backhoe out at my place right now. [OV]

ALLEN:        What do you [UI] cause it's gotta be airtight?

WRIGHT:       [OV] bury it fucking [UI], out there easily.

ALLEN:        [UI]

STEIN:        [UI] It actually works good with a fuckin' cooler dude.

CHS:          Oh yeah.

WRIGHT:       I mean, dig, dig it up [UI] and poke [UI] in the holes.

CHS:          I didn't know, even know that's how you did it.

STEIN:        Not the great big one either. I mean, it's you know like [UI] the midsized one [OV].

ALLEN:        [UI] [OV]

WRIGHT:       Well, the only way I know how to do it is in beakers in a laboratory. [OV]

CHS:          Right. See, that's how, that's how I know people like to [UI]. My brothers, uh,

STEIN:        Really [UI] [OV]

ALLEN:        Yeah. [OV]

STEIN:        Glue the caps... [UI] [OV]

CHS:          Stepbrothers, they used to fucking...

STEIN:        ...bottoms out of the lid?

| | |
|---|---|
| CHS: | Well, with a... |
| STEIN: | Bottles? |
| WRIGHT: | Bunsen burners and... |
| CHS: | Yes, and all that shit. [OV] |
| WRIGHT: | Yeah, yeah, yeah. |
| CHS: | [UI] |
| WRIGHT: | Exactly.  You're getting the same chemical reaction. [OV] |
| CHS: | That's the only thing I've seen. [OV] |
| STEIN: | [OV] Take the piss out of the [UI]. You know? To where there's no leaks at all, but it's [UI] |
| WRIGHT: | Well, and the reason people have found other ways is because [OV] you can get caught with a fucking laboratory. |
| CHS: | Oh yeah? |
| WRIGHT: | And this way you can move around and do whatever. I mean...  [OV] |
| CHS: | Yeah, exactly. |
| STEIN: | [OV] ...And once you have that done you just put the motherfucker in the ground and wait thirty days. [chuckles] |
| CHS: | And they're, and I tell you, I tell you... |
| WRIGHT: | We've got the ground [UI] [OV] |
| ALLEN: | Dude we've go to [UI], cause we ain't got that much time [OV] |
| CHS: | Cause there is...There is no fucking... |
| WRIGHT: | We've got the ground too... [OV]. And I got a backhoe out there right now.  We can dig a fuckin' hole and bury something. [OV] |
| ALLEN: | [OV] [UI]bury something, you don't have to be ten feet deep. |
| WRIGHT: | Well, no, but you want the whole can buried. Right? [OV] The whole, the whole fifty-five gallon drums. |
| ALLEN: | [OV] they're just doing that for safety right, not to get caught. |
| STEIN: | [OV] They, claim, they say that you want it below frost level, but, we're in the middle of freaking summer. |
| WRIGHT: | Yeah, yeah, yeah. |
| ALLEN: | For a few more days. |

| | |
|---|---|
| STEIN: | As long as it's not wintertime, we're ain't gotta worry about that. |
| WRIGHT: | Yeah, well, the frost level ain't gonna drop that far in thirty days... |
| STEIN: | Right. |
| ALLEN: | No |
| WRIGHT: | Yeah. Yeah. |
| STEIN: | We would just need to get it deep enough that to where it's a consistent temperature. |
| WRIGHT: | Yeah. |
| STEIN: | And you know we're not, we're not just this far below ground because, it gets up to 110 and you know, yet... |
| WRIGHT: | Yeah. |
| STEIN: | It's gonna... |
| WRIGHT: | It'll blow that fucker... |
| STEIN: | It's gonna warm that shit up, you know, and there's |
| WRIGHT: | Cause a violent reaction. |
| STEIN: | And temperature is critical, you know. |
| WRIGHT: | Yeah. Well, in that thing we were looking at, making temperature they say too is critical. They have it in ice water and they, I mean, you can't let it get abo, above a certain temperature or it will go boom. |
| CHS: | I tell you this, there's no shortage of, need, for consumer... |
| ALLEN: | [OV] fucking drug in the US right now. |
| CHS: | Yeah, I mean, they're fucking, that's why, they were talking... |
| WRIGHT: | Heroin. |
| STEIN: | They were basically, whatever the fuck I can provide,  [OV] |
| CHS: | ...Like it's whatever, if he could get ten pounds, they'd do it. |
| WRIGHT: | Heroin, heroin... [OV] |
| STEIN: | [OV] As long as it was pure... |
| WRIGHT: | [OV] ...Is big too, right now. |
| CHS: | [OV] If they could get ten pounds, I mean. |
| STEIN: | [OV] Which would be huge. |

| | |
|---|---|
| ALLEN: | [OV] That's fucking several hundred thousand dollars though... |
| CHS: | [UI] Yeah, that's what I'm saying. If they could get it, they would take it too. |
| WRIGHT: | [UI] And they have the money, trust me. |
| ALLEN: | Oh fuck, yeah. |
| WRIGHT: | They have the money. |
| STEIN: | It's gone as soon as they get it. |
| CHS: | They... |
| WRIGHT: | Yeah. |
| STEIN: | I mean, that's basically what they want. |
| WRIGHT: | Cause we're gonna quadruple their money... |
| STEIN: | Mm-hmm. |
| WRIGHT: | So they don't care. |
| STEIN: | Right. |
| WRIGHT: | I mean if it costs them a hundred grand, they're gonna make five hundred grand, so they're, you know, I mean... [OV] |
| ALLEN: | [OV] Well, we need to get this going. Because, we ain't got enough time, guys. This is gonna happen in less than a hundred days. |
| CHS: | And what, and what I, what I was, you know, I mean, I, you, you want me, is like, is C4, cause they, I know you were talking about what other stuff that... |
| STEIN: | C4. |
| CHS: | I, I know nothing about it. I don't know how you set it off. I don't know jack shit about it. Uh, is that what you would want? I mean, is that, do you know, I mean, I don' t know. |
| STEIN: | You probably know more about it then... |
| CHS: | Or is there something else? |
| ALLEN: | [OV] Well, what you want to do. |
| STEIN: | Dude, I would, you know what? I want that fucker, I mean... |
| ALLEN: | [OV] I mean if we're going to blow a building up, like we were talking, you're not gonna do it with C4. |
| STEIN: | No? |

ALLEN:          We don't want 10 people involved.

STEIN:          Then...

CHS:            Alright.

WRIGHT:         We can't dictate what they want us to do.

CHS:            Right, right.

WRIGHT:         When we want what they want, and they want what we have.

CHS:            So, okay.

STEIN:          The street works both ways, cause...

WRIGHT:         Yeah.

STEIN:          And you gotta be able to go both ways. [OV]

WRIGHT:         But I like the idea of trading drugs instead of money.

STEIN:          Yeah, it is.

WRIGHT:         Cause then, that's gonna keep us from getting set up.

ALLEN:          I guarantee there are fucking moles in that outfit. More than there is this one.

CHS:            Probably.

STEIN:          Oh, their deal?

CHS:            Well, there, that's the reason they, they had to shut down some labs.

STEIN:          The fucking heat's been hard down there.

CHS:            Over in, over in...

STEIN:          From what they said.

CHS:            Houston, southern, er, uh, Oklahoma. They, they, I don't know the whole area, but Oklahoma City's a big part, but, uh, there for a while they... [OV]

ALLEN:          Goddamn, brother. You think███████... [UI]

WRIGHT:         You got it worse than fucking we do. Holy shit.

CHS:            Yes, goddamn.

ALLEN:          Those were fucking [UI]

CHS:            Yes.

STEIN:          [OV] You should have stayed in the car. [UI]

CHS:        [OV] you gave him a mission, he-he would do it, but...

WRIGHT:     A suicide mission is the only one [chuckles] I'd give him.

STEIN:      Yeah.

WRIGHT:     And I'd want to be there to make sure it was a suicide mission.

STEIN:      Right.

WRIGHT:     [chuckles] So, if he thinks I'm running, [chuckles]

ALLEN:      [OV] all those car bombs in Iraq?

WRIGHT:     I'm gonna go, "Ha!" [chuckles]

ALLEN:      They have chicken wires. They call them chicken wires. And that's when you're fucking getting ready to blow it up, if you chicken out [chuckles] if you get up off that seat...

STEIN:      Oh, right.

ALLEN:      Or they have your hands wired to the steering wheel.

STEIN:      Gotcha, right.

ALLEN:      Usually when they blow one of those car ups, even if you're a volunteer, your fucking hands, they'd still be taped to the steering wheel and wiring them to the steering wheel. [chuckles]

STEIN:      Right, right

ALLEN:      [OV] And if you [UI] of that thing to jump out at the last second it would go on off...

STEIN:      Right, right.

WRIGHT:     [chuckles]

CHS:        [UI] the other thing, [UI] be, well actually it is, where the mo-, thought the mosque was, it's in the bot-the building over.

STEIN:      [UI] totally [UI].

CHS:        You took it, yeah, you put, if you put, uh, Google Earth, it'll even put the address, the, the name of stuff.

STEIN:      Yeah, that complex is shaped... [UI]

ALLEN:      You talking about the Burmese or the other?

CHS:        No, no, the South side.

STEIN:      The complex is shaped like a U and then that...

| | |
|---|---|
| WRIGHT: | Sand niggers... |
| STEIN: | [OV] That one building is right in the middle... |
| WRIGHT: | [OV] they're all fucking sand niggers. |
| STEIN: | Where it, where it used to be the mosque right here. |
| WRIGHT: | I about killed a nigger this morning. |
| STEIN: | Now it's over here. First, first part. |
| WRIGHT: | The mother fucker drove through my yard. I was outside yelling at him. |
| CHS: | Drove through your...? |
| WRIGHT: | Fuck yeah! Drove through the ditch. [OV] Fuck, yelled at the black mother fucker, and then he comes inside, and I'm going Curtis we're going to have to go, we're going. |
| STEIN: | Mm-hmm. I think so. |
| WRIGHT: | [OV] He comes in and goes, "We're sorry, I'm sorry, sir. I didn't..." [chuckles] |
| ALLEN: | [UI] He was just test driving that vehicle, I bet. |
| CHS: | They're fucking, every... [OV] |
| WRIGHT: | Some black guy drove through my drive-fucking yard. |
| STEIN: | Oh, uh-huh? |
| WRIGHT: | Down through the ditch and out. |
| CHS: | Every fucking...[OV] |
| WRIGHT: | I went outside and fucking... |
| STEIN: | [UI]? |
| WRIGHT: | No, right here! |
| STEIN: | Oh, right here? |
| WRIGHT: | Fuck yeah! |
| ALLEN: | So he drove in through the ditch and up the hill [OV]? |
| WRIGHT: | No, he drove in, turned this way, and up through the ditch and around and back out to the driveway. When he, when I yelled at him right there were he was stopped by the mailbox, he had just came out of the ditch and back up onto the road. And I was like, "What the fuck are you doing you, dumb mother fucker?" |

ALLEN:          [UI] mother fucker. [UI]

WRIGHT:         Well, he gets out, and I thought, "It's on, Curtis." [chuckles] And I told
                Curtis, "It's going, I'm going in to get my gun and I'm gonna shoot that
                black mother fucker."

STEIN:          [UI] Who was it, a cockroach?

ALLEN:          No [UI]

WRIGHT:         No, he was a nigger.

STEIN:          No?

WRIGHT:         Big black mother fucker though.

STEIN:          Right.

WRIGHT:         And he came in and apologized.

ALLEN:          [OV] He was [UI] "Dude, I'm sorry." [UI] and apologized, and...

WRIGHT:         But he was a big mother fucker too. When I seen him get out of the
                truck I went, "Oh shit." [chuckles] "It's on."

ALLEN:          Damn it!

WRIGHT:         "It's on like Donkey Kong." [chuckles]

CHS:            [OV] his fucking...

ALLEN:          Yeah.

STEIN:          Of course. Yeah.

WRIGHT:         Oh yeah, he was a thug. You could tell. Or a wanna be thug. Yeah,
                exactly. I thought for sure he was bringing a gun in, that's why I went in
                and got my nine millimeter and went, and was standing by the door
                when he came in. And I heard him go, told Curtis, he goes, "Man, I'm
                sorry. I didn't know. I went, I, and..."

STEIN:          Right.

WRIGHT:         And Curtis is like, he blew it off and told him, "Well, we just thought you
                were gonna drive down in the ditch and hurt yourself. We just tried to
                stop it."

STEIN:          Right.

WRIGHT:         "I mean, but...but you can't see the fucking ditch there? Come on, I
                mean, your fucking truck went like this. [chuckles] Get out of there."

STEIN:          Was he fucked up, or...?

STEIN:          So there's, there's seven. Seven right there.

CHS:            [OV] I thought that, I went down that list, only, remember I sent you a list of everybody on their group, well several people. Uh, their names and shit. But, but, half the people on that list don't know they're on there.

STEIN:          Yeah.

CHS:            ████, yeah, he was going to quit after this too.

STEIN:          Right.

CHS:            But.

STEIN:          But, anyway. So, are you gonna, you gonna go back, crawling on your knees? Say, thank you so much for...

CHS:            Yeah.

STEIN:          [UI] let me back in.

WRIGHT:         But let's, divide up what we need to do this. And each one of us gets something. That way, does, you know what I'm saying? Like, I go buy the nickel rod, and you go buy the, you know what I'm saying? That way it all ain't under one canopy.

ALLEN:          [UI][OV}

CHS:            Yeah, yeah, yeah, that, that, that, then we can do different cities.

STEIN:          Uh, it's not...

WRIGHT:         That's it, and it should be harder to trace, I agree.

STEIN:          And the only thing in the recipe's C3.

WRIGHT:         Yeah, I agree.

STEIN:          Everything else is like, up here.

ALLEN:          Well write down what we need to do.

WRIGHT:         That's right, and what, like we said [burp]. [UI] If each one of us get a, A chemical, or what we need from a different city, [UI] it's not gonna look good if one of us goes and buys it all. You know what I'm saying? It's gonna be harder to trace, I guess.

CHS:            Hell yeah, [UI]

STEIN:          [OV] Anyway, boy, I tell you.

WRIGHT:         I can get the beer bottles, probably tonight, after I'm done here. [loud thud] [chuckles] Oh, sorry. [coughs]

| | |
|---|---|
| STEIN: | If uh, I really wish that there was a way that we could get fucking pseudo from Mexico in bulk. Cause, dude... |
| ALLEN: | Pseudo? |
| STEIN: | That's how you make, that's how you make, that's how you make it good. [OV] |
| ALLEN: | Pseudoephedrine, Sudafed. |
| WRIGHT: | Pseudoephedrine, er, ace, uh, acetaminophen, or whatever the fuck they call it? |
| STEIN: | Pseudoephedrine. |
| WRIGHT: | Yeah. |
| STEIN: | That's the shit that they, I mean, it used to be over the counter everywhere. |
| WRIGHT: | Yeah, but they flag you now if you go in and buy fucking three or four bottles of it. [OV] |
| CHS: | Yeah. [OV] |
| STEIN: | That's. |
| ALLEN: | [UI] can't pull the drug, but, you can use the chemical in it, what's the chemical? |
| STEIN: | Well, it's the amphetamine, the ephedrine. |
| WRIGHT: | Yeah. |
| CHS: | Yeah. |
| ALLEN: | Ephedrine? |
| STEIN: | Yeah. |
| WRIGHT: | So can we come up with just the ephedrine without buying the fucking, no [OV] |
| ALLEN: | [UI] |
| CHS: | No, [UI] get caught. |
| STEIN: | Not this [UI] |
| CHS: | [OV] Cause people are paying... |
| WRIGHT: | No, not in this country? |
| STEIN: | Well... |

| | |
|---|---|
| CHS: | People are paying, to make up small batches, they'll have people buy, and go in and buy a ten dollar case, [OV] |
| ALLEN: | Oh, I understand. [OV] |
| CHS: | And they'll pay, pay them twenty dollars. |
| WRIGHT: | Yeah. |
| CHS: | A lot of people make money, but they, you gotta use your driver's license. |
| WRIGHT: | Yeah, yeah, yeah. |
| CHS: | [OV] Takes a shitload of... |
| WRIGHT: | And then, sure they'll track it if you buy too many. [OV] |
| STEIN: | Fuck yeah. I got a buddy of mine who's sitting down in fucking jail right now in, uh, Wellington. |
| WRIGHT: | Cause he got caught buying it? |
| STEIN: | And he, he was only ma, making it for himself! He wasn't out. He wasn't |
| WRIGHT: | Yeah... |
| STEIN: | Manufacturing it and taking it out and selling it. |
| WRIGHT: | They don't want you making it at all. |
| STEIN: | He was making it for himself, man. [OV] |
| WRIGHT: | Yeah. |
| STEIN: | That's exactly what they did, cause they went on a run one day, him and his wife... |
| ALLEN: | Mm-hum. Bunch of other towns, buying the shit up. |
| STEIN: | All in the same town. He went to one place and she went to another... [OV] |
| ALLEN: | He's stupid then [OV] |
| WRIGHT: | Yeah, see that's why I'm thinking we can spread it out over three or four... [OV] |
| STEIN: | And then the went to another. |
| CHS: | I don't know if I'd want to do that, that I'd... |
| STEIN: | [OV] Well all these pharmacy's computers are all connected. |
| CHS: | [OV] ...cause they're so computerized... |

WRIGHT:        Yeah.

STEIN:         So...[OV] [UI]

CHS:           I, I...[UI]

WRIGHT:        Why [UI] shit we do in a week... [UI] [OV] ... if we do it [UI] and buy some tomorrow and.

CHS:           Yeah...

STEIN:         By the time [UI]

CHS:           Yeah...[OV]

STEIN:         You'll be gone [UI]

WRIGHT:        five days later and buy something over there. [UI]

CHS:           And you can... [UI] ... they, they looked it up and...

STEIN:         And the cops are already there waiting on them...

CHS:           [OV] Oh this, this fall, I, I mean, fucking, it, it's for, stuffy nose. I use that shit, you know, for the stuffy, er, a stuffy nose.

WRIGHT:        Yeah, yeah. [UI]

STEIN:         Sudafed.

CHS:           Yeah, Sudafed. And, and my whole family is [UI] and I, I went, went through two boxes, and they're like, "You can't buy no more. You just bought, on this date, and this date."

STEIN:         Yeah.

CHS:           You gotta do, it's, I don't know what the period is. What's, you can only buy so much, in a thirty day period.

STEIN:         So much every, thirty days.

WRIGHT:        Yeah, I'd say, I think it's probably every thirty days.

ALLEN:         [OV] [UI] you can get a doctor's prescription...

CHS:           Yeah.

ALLEN:         [OV] ...but that's gonna cost you a hundred bucks right there.

CHS:           You gotta, you can have somebody else go. I just have somebody else go in and get it, but...

STEIN:         But you can still get it down in Mexico, like you can buy it by the fucking bucket full down there.

| | |
|---|---|
| WRIGHT: | Oh hell, you can buy anything by the bucket full there. |
| STEIN: | [OV] As long as you can get it across. |
| CHS: | Get it across. |
| ALLEN: | [UI] too. |
| STEIN: | As long as you can get it across, you know, that's the main thing. |
| CHS: | Yeah. |
| ALLEN: | Yeah. |
| WRIGHT: | ████████goes down there and buys her husband's Lipitor down there cause she can buy a whole year's supply for like the same as a month's supply here in the states. |
| ALLEN: | Yeah. |
| STEIN: | How does she get it back up here? |
| WRIGHT: | Carries it in her purse. I go, "████, you realize that's drug smuggling?" [OV] |
| STEIN: | They never. |
| ALLEN: | Yeah. |
| WRIGHT: | She goes, "Oh, they're not looking for us old people." [chuckles] And obviously they're not... |
| ALLEN: | [UI] [OV] |
| WRIGHT: | ...cause she ain't in jail yet. [OV] [chuckles] |
| ALLEN: | You know when I was in high school... [OV] |
| WRIGHT: | I'm like, I go, "God damn. You're gonna get busted." [chuckles] |
| ALLEN: | [OV] used to go down there, and he-they would in this small town, but they would get everybody's list of drugs... |
| STEIN: | Huh, right. |
| ALLEN: | [OV] ... Old people and everybody, |
| WRIGHT: | Yeah. [coughing] |
| ALLEN: | ... and they would drive to fucking Mexico and pick it all up and bring it back up. |
| WRIGHT: | They go over to uh, to uh, El Dorado and buy their shit. Cro- they go cross somewhere else, and then go down to El Dorado and get it... |

| | |
|---|---|
| WRIGHT: | [OV] Ah... |
| CHS: | Well, we got Home Depot and Menard's here. |
| ALLEN: | But a big square trash can with a pry off top? |
| CHS: | I don't know, Home Depot might have one. |
| WRIGHT: | Yeah, see I would guess they're gonna be more fucking near to residential shit than the commercial shit. |
| CHS: | Yup. |
| WRIGHT: | I know where we can go... |
| CHS: | [OV] Well.... |
| WRIGHT: | [OV] ...and take a few trash cans out of the fucking zoo [grinding sound] or somewhere. We can get them someplace. |
| STEIN: | [OV] Yeah. |
| CHS: | [OV] Yeah. |
| WRIGHT: | They got them downtown right here. |
| ALLEN: | [OV] Get one of the big old concrete mother fuckers. [UI] |
| CHS: | [OV] Oh, what's the place there, cash and carry? |
| WRIGHT: | [OV] Yeah, yeah, yeah, yeah... [UI] fucking... [UI] |
| CHS: | [OV] That place where cash and carry used to be. Do they carry [UI], do they carry shit like that? |
| WRIGHT: | Mmm, no, they're all residential shit too, but I get stuff from them. Of course, I don't know, I never ordered commercial. |
| ALLEN: | There's tractor, that tractor supply store. |
| WRIGHT: | They might have, might... |
| CHS: | Oh, behind Walmart? |
| WRIGHT: | They might because farmers, but farmers don't fucking use lids and shit on their trash cans, man, that's... |
| ALLEN: | [OV] If this was the building side, this would be the building side here, you'd wanna go in there. You'd wanna do this. You'd wanna build a false bottom in it. Then you'd wanna build something like this over it, and put your charge right here. And then on this side, the face of it, you know what I'm talking about here? It would be here, then if you go down and [UI] below, you know what I'm saying? Then put a plastic bag in there as |

a liner, that way the blast is gonna go that way, instead of just straight up. But this would be, this, that's what, how you make the charge.

WRIGHT:     [OV] Oh, I see what you're saying.

ALLEN:      [OV] Yeah. Even if you just come back in like this...

WRIGHT:     [OV] Shape it to where it blows that direction.

ALLEN:      Yeah.

WRIGHT:     Once it starts going that way...

ALLEN:      It's going.

WRIGHT:     Yeah, it's not stopping.

ALLEN:      [OV] Then if you stop this metal out right here, it's gonna make it just go right that way.

WRIGHT:     Yeah. Cause it's a path of least resistance.

ALLEN:      Yeah.

CHS:        Can you give me like, like, I can go, I can go look at like the tractor supply and all that shit, but approximate measurements? I mean...

ALLEN:      I have no idea.

WRIGHT:     [OV] Probably sixteen inch square...

CHS:        [OV] I mean, can we get it? I...Sixteen foot...

WRIGHT:     [OV] ...maybe eighteen inch square. Four foot tall.

ALLEN:      Metal.

CHS:        Metal ones. You want metal ones?

WRIGHT:     Well, the ones I've seen are actually rock.

CHS:        Rock, okay.

ALLEN:      [OV] Like in the old high school bins.

WRIGHT:     [OV] Yeah.

CHS:        [OV] Yeah, yeah.

WRIGHT:     [OV] That, that, that...

ALLEN:      [OV] You can still get them. Or even those round ones, dude. It don't matter.

CHS:        Right.

| | |
|---|---|
| STEIN: | Are we gonna do both of them, at the same time? Or just one? |
| WRIGHT: | Are we even gonna be able to come up with everything by then? |
| ALLEN: | That's it. |
| WRIGHT: | I mean... |
| STEIN: | Well, if I, if, well, i-well I ain't gonna know nothing until... |
| WRIGHT: | We got... [UI] |
| STEIN: | Till we, till we've got, uh... |
| WRIGHT: | [OV] ...to trade for it but obviously... |
| CHS: | [OV] I can... |
| ALLEN: | [OV] Well, we ain't gonna [UI] |
| WRIGHT: | [OV] No, but... |
| CHS: | [OV] Then, yeah, then we can start off with that. We don't even need it. But, if I can, I can talk to the [UI], you know? |
| STEIN: | Where's the triple beams? At your house? |
| WRIGHT: | Yeah, they're in my house. |
| STEIN: | Um, and the aluminum powder's at your house? |
| ALLEN: | No, it's mine. |
| STEIN: | Uh, those two things we need like ASAP, so that, so I can weigh it up and find out exactly how much aluminum powder we're gonna need versus how big we want to make it. Like, if we make two of them, a hundred fifty pounds... |
| WRIGHT: | [OV] Then yeah [UI] |
| STEIN: | [OV] ...that's three hundred pounds of material, that's for the one building. |
| WRIGHT: | Yeah. |
| STEIN: | One in front, one in back. |
| ALLEN: | A hundred pounds apiece? |
| STEIN: | A hundred and fifty apiece. |
| ALLEN: | Is that what you want to try? |
| STEIN: | Well that's what I, that's just what I put down. I mean, it's not in concrete, it's just... |

ALLEN:          All depends on the can. [UI] I mean...

WRIGHT:         [OV] Yeah.

STEIN:          [OV] Well, yeah, but...

WRIGHT:         [OV] Depends on how much we can get in the can.

STEIN:          [OV] But, so that means if, if we're gonna do both at the same time,
                we're gonna have six hundred pounds of material. So then I know, okay,
                I got six hundred pounds of fertilizer. Then I can figure out e-exactly
                how much powder we're gonna need in order to make six hundred
                pounds work. You follow me?

WRIGHT:         Um-hmm.

ALLEN:          Then you need, if you could, since you're, and this a, you know, cause
                they'll, as soon as they figure that out, they're gonna look at everybody
                that bought aluminum powder in the United States.

WRIGHT:         [OV] They'll know.

ALLEN:          [OV] They'll know where you're from. [UI] started out in Kansas.

WRIGHT:         [OV] Yeah.

STEIN:          [OV] Yeah.

ALLEN:          [OV] And they'll see that I've bought it, because I ordered shit off of
                eBay. You know?

STEIN:          [OV] [UI] ...usually Garden.

ALLEN:          [OV] Yeah, Paypal or whatever. But, so what...

WRIGHT:         They can't trace the powder though.

CHS:            [OV] But, yeah.

ALLEN:          No, but you can trace the sale.

WRIGHT:         [OV] Sale, yeah.

ALLEN:          [OV] You know? But, so, they'll come to me and talk to me. But before
                they even do that, they're gonna look into me and they're gonna see I'm
                part of the militia. Then they're gonna see that you're part of the militia.
                Then they're gonna pull your shit up, and it's gonna show, well this guy
                just bought a bunch of fucking...

STEIN:          [OV] He just bought a thousand pounds of fertilizer.

WRIGHT:         Yeah.

ALLEN:          Well, I'm a farmer.

WRIGHT: [OV] [UI] be fucking pissed then.

STEIN: [OV] What's the game plan there?

ALLEN: If it don't go off?

STEIN: No, on detonation.

ALLEN: [UI]

STEIN: Well, what are we planning on using? A blasting cap?

ALLEN: Well, we ain't gonna get them probably in time [banging sound]. What do you think? I doubt it. So we can make a blasting cap up. But we need to test them.

STEIN: That's what you need a hot plate and shit for?

ALLEN: Yeah.

WRIGHT: And we've got all that now.

ALLEN: Yeah.

WRIGHT: It got here the other day. Matter of fact, you could use...

ALLEN: [OV] [UI] Cause when they pull all this up...

WRIGHT: Yeah.

ALLEN: [OV] And they're like, "Dude, this guy bought the aluminum, he bought..." And I mean, it'd be like fucking storybook. [UI]

WRIGHT: That's it.

STEIN: [chuckles] Right.

CHS: [OV] Okay.

WRIGHT: He bought all the chemicals.

CHS: [OV] But, if he bought...

WRIGHT: [OV] And he bought all the fucking equipment to make it [chuckles], the string...

STEIN: [OV] Oh, and this guy's [rustling sounds] working over at the [UI]

ALLEN: Yeah.

WRIGHT: Yeah.

CHS: I fucking, he has a...

| | |
|---|---|
| WRIGHT: | See, I've never looked at that Walmart. |
| CHS: | Oh, right, [UI]. |
| ALLEN: | So let's say that was, what would that be? A gram? I think it's gonna be... |
| STEIN: | Two... |
| WRIGHT: | Uh, probably more like a couple grams, probably. Cause your, your a hundred and... |
| STEIN: | Well this... |
| ALLEN: | Well that should be on the Internet. But these [UI] how many grams. But aluminum powder might be more. |
| WRIGHT: | Yeah. |
| STEIN: | For four pounds of fertilizer we need nine grams of uh, aluminum powder. |
| WRIGHT: | Oh, and see nine grams ain't shit. |
| ALLEN: | So how many [UI] thirty, thirty-one grams to an ounce? |
| WRIGHT: | There's, no, there's hundred and forty-four grams. There's, there's eight grams to a quarter, so there would be sixteen, thirty-two grams to an ounce. |
| CHS: | Okay. |
| WRIGHT: | So there would be sixty-four, a hundred and twen-, er, six point sixty-four would be a hundred and twenty-eight grams to a pound. [background music] |
| CHS: | Say again? |
| ALLEN: | A hundred and twenty-eight. |
| WRIGHT: | A hundred and twenty-eight grams to a pound, cause there's seven or eight grams in a quarter ounce. |
| STEIN: | So, a hundred and twenty-you're right. |
| WRIGHT: | Yeah, and not that I know, you know... [chuckles] |
| CHS: | [OV] Alright, damn, you're doing, you got this good in your head. |
| WRIGHT: | [OV] Oh, [UI] got the math right here, brother. [chuckles] I just need the quarter pounds and the half pounds, and... |
| CHS: | [OV] [UI] said something besides [UI] |

WRIGHT:        No, actually, that would be a quarter pound.

ALLEN:         It's five hundred and twelve grams to a [UI].

WRIGHT:        No.

CHS:           It's a lot.

ALLEN:         Well, I know it.

WRIGHT:        A quarter ounce is eight grams. So, if you do...

ALLEN:         Oh, I put thir-yeah, so...

WRIGHT:        Four quarters to an ounce, that's...

ALLEN:         No.

WRIGHT:        Six, thirty-two grams to an ounce.

ALLEN:         Thirty-two grams...so there's five hundred...

WRIGHT:        There's sixteen ounces in a pound.

ALLEN:         Yes, so there's five hundred and twelve grams per pound.

WRIGHT:        Yeah, that's right. So you'd have to take the thirty-two times the sixteen ounce, er, sixteen ounces in a pound. That would give you your five...

ALLEN:         Thirty-two times [UI] or thirty-two times sixteen.

WRIGHT:        Yeah, thirty-two times sixteen.

STEIN:         Five twelve?

WRIGHT:        Yeah.

STEIN:         Take five twelve, divide that by nine.

ALLEN:         You can get fifty-six point nine, so fifty-six point nine...

WRIGHT:        Grams...

ALLEN:         Uh, no. You would get fifty-six point nine one-pound servings, or, how many pound servings? For, four-pound servings. So you can treat four pounds, er, four pounds, fifty-seven times, basically.

WRIGHT:        Yeah.

ALLEN:         You can make up fifty-seven batches of [UI]

STEIN:         [OV] Take that times four.

ALLEN:         Fifty-six point nine?

STEIN:         The fifty-six point nine, uh, times four.

WRIGHT:      Two hundred and twenty-four.

ALLEN:       Why twenty-four?

STEIN:       Because, uh...

WRIGHT:      Be one twelve, one twelve [UI].

STEIN:       Well, that's fifty-four batches.

ALLEN:       Fifty-six point nine batches.

STEIN:       Fifty-six batches of...

ALLEN:       Fifty-seven.

STEIN:       [tapping sound] Of four pounders.

ALLEN:       Yeah.

STEIN:       So, if you have fifty-six batches of four pounders, that tells me how many pounds that uh...

ALLEN:       [OV] Ammonium...

STEIN:       [OV] ...how much ammonium nitrate, you follow me?

ALLEN:       Well, if you did five hundred and twelve, or you did nine grams per p-, uh...

WRIGHT:      Two hundred and twenty-seven pounds of ammonium nitrate in, uh, what did the five twelve, that was a pound?

STEIN:       Yeah.

WRIGHT:      Of the powder?

ALLEN:       That's five hundred and twenty-five. Five hundred and twelve grams per pound.

WRIGHT:      Yeah.

STEIN:       It, uh, it don't take much of that [UI]

ALLEN:       [OV] No. So take seven hundred and twelve and [OV]

STEIN:       [OV] What, what this is doing is, a pound will do two hundred and twenty-seven fucking pounds of goddamn fertilizer.

ALLEN:       [OV] Divide twelve [UI] by nine [UI] fifty-seven point [UI]

WRIGHT:      Yeah, that's right.

STEIN:       So each...

| WRIGHT: | So one pound, or one pound bottle, that'll do two charges at a hundred and twenty pounds apiece. |
|---|---|
| ALLEN: | [OV] So one pound will do fifty-seven. |
| WRIGHT: | Or, a hundred and twenty-five pounds apiece. |
| CHS: | Right. |
| WRIGHT: | I mean, it'll do two charges. |
| STEIN: | One pound will do two hundred and twenty-seven pounds of fertilizer. [UI] |
| ALLEN: | So you get five hundred twelve grams per pound. |
| WRIGHT: | Um-hum. |
| ALLEN: | Right? |
| WRIGHT: | [OV] Yup. So all you need... |
| ALLEN: | [OV] Divide five hundred and twelve by nine. |
| STEIN: | Um-hum. |
| WRIGHT: | Three times four-. |
| STEIN: | Be like fifty-two. |
| WRIGHT: | Thirty-two |
| ALLEN: | That's fifty-six point eight. |
| WRIGHT: | Actually it's like seven point eight grams per, uh... |
| CHS: | So that gives you... |
| WRIGHT: | Per quarter ounce. |
| STEIN: | Yeah, it ain't exact. |
| WRIGHT: | Yeah, it ain't exact, but eight grams is...[UI] |
| ALLEN: | So we're gonna round it up to fifty-seven. So, five hundred and twenty five, five hundred and twelve grams per pound for doing nine grams per pound. |
| STEIN: | Quarter pound. |
| ALLEN: | Quarter pound? See, that's what I'm not getting. I'm not doing that. So if you did five hundred and twelve grams per [UI] |
| STEIN: | Well, if you don't want to do it that way, take, uh... |

| | |
|---|---|
| ALLEN: | How much? |
| STEIN: | Take, uh... |
| ALLEN: | Four divided by nine? |
| STEIN: | Yeah. |
| ALLEN: | So you need, basically, a half a gram per pound, right? |
| WRIGHT: | Yeah, so sug-, now it's about a sugar pack full. |
| STEIN: | Yeah. |
| CHS: | Yeah. |
| WRIGHT: | Cause the gram's about two sugar packs' full would be pretty close. I mean, which isn't shit. I mean, Christ, eight pounds of that shit, fuck, you could mix up a couple thousand pounds' worth with the fucking fertilizer. [rustling sounds] |
| ALLEN: | So, it would be... |
| STEIN: | Well, we're getting [UI] |
| ALLEN: | [OV] ...nine grams per four pounds it would be nine into four, or four into nine? |
| CHS: | Right. |
| WRIGHT: | Yeah. |
| CHS: | So it'd be, um, no, let's see, it'd be four divided by nine. It'd be point four four grams. So it'd be half a gram... |
| WRIGHT: | Yeah. Per pound. |
| ALLEN: | [OV] Per pound. |
| ALLEN: | [OV] So if you did point five times.... |
| WRIGHT: | [OV] See, I think Curtis has a good idea going down and buying a pound and seeing how much they put... |
| ALLEN | [OV] [tapping sound] So you have seventy-five grams of powder... |
| CHS: | [OV] Yeah. |
| WRIGHT: | [OV] Take the packet out and [UI] label on the packet probably telling you exactly how many [UI], you know what I mean? |
| ALLEN: | [OV] [UI] For a hundred and [UI]. |
| CHS: | [OV] Yeah. [UI] |

WRIGHT:      The container will say a pound of fucking tannerite and then there's a...

ALLEN:       [OV] [UI] ...and then use half a gram per pound, that's half. So it'd be seventy-five.

WRIGHT:      [OV] [UI] ...half an ounce of fucking aluminum powder in it. You know, I mean...

ALLEN:       Is that right?

CHS:         That'd be easy to do.

WRIGHT:      [OV] Yeah, it'd be easier to figure it up from there, cause, make a mass recipe [UI]

ALLEN:       [OV] So shit...

STEIN:       [OV] Uh, here, I can tell you exactly.

ALLEN:       [OV] Seventy-five grams. So, seventy-five, that means, you're not even gonna use a pound of aluminum powder for a hundred and fifty pounds.

STEIN:       [OV] No, uh, uh...

WRIGHT:      [OV] ...two hundred pounds.

STEIN:       [OV] ...a pound will do two hundred and, about two hundred and twenty-five pounds of fertilizer.

ALLEN:       That's what I'm saying.

WRIGHT:      Yeah, so you will have...

STEIN:       I can tell you exactly here.

WRIGHT:      A hundred and thirteen pound charges.

CHS:         That's a lot [UI]

STEIN:       You say there was five hundred and twelve grams?

ALLEN:       One hundred and twenty-five, about [UI] per pound?

STEIN:       Per pound?

CHS:         That's true. That's, uh, accurate.  A lot more than [UI].

ALLEN:       I don't think so. That can't be right.

STEIN:       Yes.

WRIGHT:      [OV] Thirty-two times four

CHS:         [OV] Fuck it, let's go [UI] [rustling sounds]

| | |
|---|---|
| WRIGHT: | [OV] ...is like a quarter pound. So, thirty-two times four would be sixty-four... |
| STEIN: | [OV] You got to think too, your grams are, that's enough. |
| WRIGHT: | [OV] ...and sixty-four would be a hundred and twenty-eight? |
| STEIN: | [OV] That right there is like, freaking, you know... |
| ALLEN: | [OV] That's what I'm saying. |
| WRIGHT: | [OV] [UI] times four. That's the right way. I mean, any way you fucking add it up. |
| STEIN: | Yeah. [UI] weighs nothing. |
| CHS: | I mean... |
| ALLEN: | Oh I know. I've done it too. |
| STEIN: | [OV] So, we got two thousand forty-eight grams there. |
| ALLEN: | [OV] I think a package of sandwich bags if I remember right weighs a tenth of a gram. |
| CHS: | [OV] A tenth of a gram [chuckles] |
| ALLEN: | Yeah, I remember twenty toothpicks in a gram. |
| CHS: | [chuckles] |
| WRIGHT: | Yeah, but see we always weighed them before and then dumped it in the bag. |
| STEIN: | [OV] Two hundred and twenty-seven [UI] |
| CHS: | [OV] [UI] A little bit of profit. |
| WRIGHT: | Yeah. |
| ALLEN: | Huh? |
| STEIN: | Two hundred and twenty-seven pounds. Per pound of powder. |
| ALLEN: | Damn. |
| WRIGHT: | So you got about a, fifty, hundred pounds... |
| STEIN: | So, if you got eight, you said there was what, eight pounds in there? |
| WRIGHT: | Yeah. He said he has eight, eight one-pound tubes, right? |
| STEIN: | So... [UI] |
| WRIGHT: | Right? |

ALLEN:          [OV] No, it says on the packages.

WRIGHT:         [OV] Oh, oh.

ALLEN:          [OV] Two five-pound packages.

STEIN:          [OV] Oh, it's ten pounds?

ALLEN:          Yeah.

STEIN:          Oh fuck.

WRIGHT:         Yeah, see, you like...

STEIN:          Well hell, I can buy tons of it. We got enough powder for a fucking ton. We can do a thousand fucking pounds a side.

WRIGHT:         Well, and then, like you said when they come investigate it...

CHS:            [OV] Invader, go home.

WRIGHT:         [OV] ...and they see it, and there's a little bit gone out of it, we shoot it every fucking weekend, man.

CHS:            [OV] Yeah.

WRIGHT:         [OV] We make this shit up and...

ALLEN:          [OV] Yeah, I can just give you the aluminum powder after we make the [UI] up.

STEIN:          [OV] No, sir. I...[UI] ...oh yeah!

WRIGHT:         [OV] [chuckles] [UI] ...have a sign on your fucking [UI]

STEIN:          [OV] [UI] Right! [chuckles] Yeah! [UI] ...neon sign, you know, [chuckles]...arrow's pointing down.

WRIGHT:         [OV] [UI] ...yeah. [chuckles]

CHS:            [OV] [UI] Yeah. [chuckles]

ALLEN:          [OV] But we don't want them...

WRIGHT:         [OV] Sombedoy's gotta call, man.

ALLEN:          [OV] ...because, every aluminum powder... [UI] ...probably has the powder [UI] ...so, if they had that bag that pumps screws out of there and... [UI]

WRIGHT:         [OV] [UI] ... us, man. [chuckles] What the hell's the matter with you? [chuckles]

CHS:            Right, yeah.

ALLEN:        Yeah.

CHS:          That wouldn't work. [UI]

ALLEN:        Yeah it would. But they're not round. They're round, right?

CHS:          They have, yeah, they're round.

WRIGHT:       Yeah, see and the round one's gonna be tough to...

CHS:          That's right.

WRIGHT:       [OV] ...to manufacture and put shit in there.

ALLEN:        [OV] [UI] ...like this, and most of that blast's gonna hit the building and go up.

CHS:          [OV] Okay.

WRIGHT:       [OV] Yeah.

ALLEN:        I mean, it might knock the wall in. But most of that is gonna everywhere.

WRIGHT:       [OV] Yeah, it's only gonna kill the ones right next to the wall. We want to take the whole fucking building out.

ALLEN:        [OV] ...fucking building down.

WRIGHT:       [OV] We want the roof to fall in on them. If, if the blast doesn't kill them the fucking roof does.

ALLEN:        [OV] If we had a fucking bomb, you know, we could take fucking, I mean we could make a shaped charge out of anything.

WRIGHT:       Yeah.

ALLEN:        You know, and put it in it, you know. Or whatever. You know? But if we, if that, if that building, you know, it runs like this or whatever, you know what I'm saying? Here's the front of it. You said the door's in the end of it? The main door?

CHS:          Uh, the very, very front one, f-coming in the driveway.

ALLEN:        Okay, so here's the street. [UI]

CHS:          The door, so, if this is the longways, the door would...

ALLEN:        This is longways.

CHS:          Okay. Is this Mary Street?

ALLEN:        No, this is the, this is the parking lot.

CHS:          Oh, okay.

CHS:            Yup.

UM:             That's it. All they can do is say no. Of course, [OV] kill you but they
                might. If they're that type of guy, who knows? [chuckles]

P:              Now, if they specifically ask you, well is there a possibility that maybe
                we could do some trade for this? Well sure. Tell them, "hell yeah."

UM:             We would prefer to trade. We don't have that kind of cash laying
                around. You know, I mean, we're not drug dealers. Yeah, we're not drug
                dealers. [chuckles]

UM2:            Drug dealers is the only ones that have that kind of money laying
                around.

(radio playing)

WRIGHT:         Blasting caps would be the biggest deal though cause from what I've
                seen on that, making them is the hardest part, I think, of the explosive,
                is the blasting cap.

CHS:            To make it? Is it hard?

WRIGHT:         No, you can do it. But it's, it's the hardest part, I think. Because it's the
                most unstable. Cause it's so easy to set it [UI]

CHS:            You think it's feasible to get this stuff done in a week from today?

UM:             No.

CHS:            So...

UM:             Not even close.

WRIGHT:         No. Not even if we [OV] had a hundred pounds of C4 laying right here
                on the fucking table.

CHS:            It'd still take time to [UI]

WRIGHT:         That's the baddest part because it's, because cooking it's gonna take
                more time than that. Curing it takes 30 days for the crank. Yeah, I mean
                it, some of that stuff you have to wait, let set for a week after you make
                it. And let it dry out and let it, and then you put the cap on it and it's a
                done deal. You know what I mean? But some stuff you have to let it sit
                for two or three days and filter through a fucking...

UM:             [UI]

WRIGHT:         And then take this piece and make something else that has to set for a
                fucking day or two or 24 hours.

UM:             No wonder why it's so expensive.