# Exhibit K

266T-KC-7542690-1D25
SEPTEMBER 18, 2016
TIME: 6:06 P.M.

| | |
|---|---|
| STEIN: | PATRICK STEIN |
| ALLEN: | CURTIS ALLEN |
| WRIGHT: | GAVIN WRIGHT |
| CHS: | CONFIDENTIAL HUMAN SOURCE |

| | |
|---|---|
| SA ROBIN SMITH: | Today is September eighteenth two thousand sixteen. This is Special Agent Robin Smith with the FBI. I am here with Minuteman. He is about to travel down to Sublette, Kansas, for a meeting with some or all of the Crusaders, We're not exactly sure who we expect, but we expect Patrick Stein will most likely be there. And...the time is uh, six o six p.m. |
| | (Background noise, dog barking/non-pertinent, Minuteman driving to location) (Counter :33 – 38:15) |
| STEIN: | Right. |
| ALLEN: | Okay. I could do that shit. |
| STEIN: | I'll just give him the address (unintelligible) to. |
| CHS: | Sorry I'm late, but, it ain't like you fuckers never been late before. |
| WRIGHT: | (unintelligible) |
| CHS: | (unintelligible) you for thirty minutes one time. |

1

| | |
|---|---|
| ALLEN: | But I was (unintelligible) I was workin' out twice a day and fuck... |
| WRIGHT: | I'll tell you what, when you tested that shit.... |
| CHS: | Yeah. |
| : | (unintelligible). |
| STEIN: | ..(Unintelligible) get over here in the shade. |
| WRIGHT: | I was bad ass. (Unintelligible) |
| ALLEN: | ...burn the hair off (unintelligible) |
| CHS: | No shit? |
| WRIGHT: | Yeah (chuckles) I went whoah, shit, man, that was fuckin' awesome. (Laughs) |
| ALLEN: | (unintelligible) wondered on it (unintelligible) I knew you said it was you know, good, (unintelligible) Three different batches, the first, that was the first batch, I think (unintelligible) really good stuff, but we didn't get hardly any of it (unintelligible) set back. |
| ALLEN: | Fucked up. |
| CHS: | I don't know, so we kinda me-, so the third one I made another batch of it yesterday and I bet we got it filled one of them |
| | (Someone burps in background) |
| WRIGHT: | Oh yeah? |
| STEIN: | How much? |

| | |
|---|---|
| WRIGHT: | Oh, I would guess there's oh, sixty grams in. |
| ALLEN: | Well, a fuckin' coffee filter full, |
| WRIGHT: | Yeah. |
| ALLEN: | Pretty much. |
| STEIN: | Yeah. |
| ALLEN: | Around. |
| WRIGHT: | First batch I bet we still thirty grams anyway. |
| CHS: | Did it really burn your..... |
| WRIGHT: | Fuck...it was like |
| ALLEN: | I just lit it with a Bick lighter and it burnt all the hair off my finger. I mean it was like, and then was gone, dude. |
| (overlapping) | |
| WRIGHT: | But it was like, whoosh, whoosh. |
| ALLEN: | I mean it was fast as... |
| WRIGHT: | It was probably a fire this big around. |
| CHS: | (laughs) |
| WRIGHT: | And the shit would just disappear. |
| CHS: | (laughs) |
| ALLEN: | I mean and I didn't feel no |
| | (Overlapping) |

6

| | |
|---|---|
| ALLEN: | ….his eyes were like this big.. ol'….(unintelligible) |
| ALLEN: | That's fuckin' cool. |
| ALLEN: | I had seen the guys do it on TV, on Youtube. But I didn't think. |
| | (Overlapping) |
| WRIGHT: | …and I was like whoah, fuck. |
| ALLEN: | But I think it's gonna work. But you all needed a gram of it. |
| STEIN: | Right. You know. But my, but my question…what, what actually does the ignition part because… |
| ALLEN: | Flame… and |
| WRIGHT: | Or electronic, we're, that's why we're gonna try, electronic. |
| STEIN: | That's gotta be impact, you can take a fuckin' torch to that shit, dude and fuckin' (makes noise) |
| WRIGHT: | You can pro'bly take a hammer |
| STEIN: | And it would just melt. |
| ALLEN: | Oh, no, I'm talkin' about, yeah, yeah yeah, for that stuff, yes. |
| STEIN: | Right. |
| ALLEN: | But if it's mixed with uh, if we mix it up right, this will set it off. |
| STEIN: | Okay. |

7

| | |
|---|---|
| ALLEN: | That's why I'm makin' this up. |
| WRIGHT: | And compress it. |
| ALLEN: | Well, I know. But |
| WRIGHT: | It'd have to be compressed. |
| STEIN: | It, it's, you know, that, that was, that's the whole point behind shootin' it with a high power, it's the fuckin' impact.... |
| CHS: | Yeah. |
| WRIGHT: | ...that fuckin' ignites it. Well, that ignites to that little p-c he had, it was, I mean I felt the percussion of it and I was standin' pro'bly from he, me to him and he did it right in front of me. |
| CHS: | Man, you're lucky your clothes didn't catch on fire. |
| WRIGHT: | It was, it, but it was instantaneous... |
| ALLEN: | But dude, I didn't, it was just a fuckin', it wasn't even as big... |
| (overlapping) | |
| WRIGHT: | Fuck |
| (overlapping) | |
| ALLEN: | ...as big as my pinky nail. |
| CHS: | (unintelligible) |
| ALLEN: | Yeah. |

8

| | |
|---|---|
| WRIGHT: | I would guess if you crushed up an aspirin and half of it might have been what he set. |
| CHS: | That's. |
| STEIN: | Oh fuck. |
| WRIGHT: | I mean it was nothin', man. |
| CHS: | Well... |
| WRIGHT: | He goes let's try this. |
| ALLEN: | I said I just picked some up. And I didn't wanna do it outside we, I was gonna do it outside, but the wind was fuckin' blowin' so bad. |
| CHS: | Oh, you (unintelligible) |
| WRIGHT: | Yeah. |
| WRIGHT: | Well, we did it in the fuckin' stove. |
| ALLEN: | Yeah, over the stove. (laughs) (unintelligible) a piece of plastic, man. |
| CHS: | Is your insurance covered? (laughs) |
| ALLEN: | How the fuck, that's where we been makin' the shit, (unintelligible). |
| | (overlapping) |
| WRIGHT: | (laughs) That's as bad as, that sounds about like these motherfuckers cookin' dope... |
| | (overlapping conversation |

9

| | |
|---|---|
| STEIN: | ...(unintelligible) blowin' 'em up. |
| WRIGHT: | I'm gonna go, fuck, I don't know what he was doin' in there. (laughs) |
| | (laughing) |
| ALLEN: | Well, I shoulda stopped by, we'll stop by on the way home. 'Cause it's till all layin' out on the fuckin' counter. |
| WRIGHT: | Yeah, my brother came back last night, or today, so, I bet he's tired, he ain't, he spent all week up there, man. He ain't gonna come down here, (unintelligible). |
| STEIN: | Right, right. |
| CHS: | You just spend the weekend up there, or.... |
| WRIGHT: | If at all, yeah. |
| CHS: | (unintelligible) |
| WRIGHT: | Friday, went up Friday morning. Okay, so tell us what you're....... |
| CHS: | Okay, here's, here's what I found out, you might wanna (unintelligible) my people, my guys (chuckles) I like to call 'em, uh, they got a job for me to do this week, uh, sometime within' this week. Uh, I don't know when, but it's gonna be a week, within the week. They got this, well, you know, a wish list, they very, sound very, they said they, they could help us out, uh, what, what the deal is, there's what, there's a few unknowns right here, I don't know when exactly this week, it's gonna be this week...they are going to give me like a twenty-four hour call or knows, or what, what the fuck I'm gonna do and we're gonna meet up, so, it's, I can tell you that, I, I have |

10

|  |  |
|---|---|
|  | some bad motherfuckers but they, you'd be, I mean they been in business, you know, they're not, they, they know how to run a business, they been doin' this for a long time. |
| ALLEN: | I understand. |
| CHS: | So, |
| STEIN: | The problem is is we all have jobs a-and, it's a little bit difficult to just jump on a fuckin' short notice and, |
| ALLEN: | ...Just to go meet with some people |
| STEIN: | ...and you know what I'm sayin'? |
| CHS: | Right, well, I hear ya. |
| WRIGHT: | They could possibly get us caught. |
| STEIN: | Yeah. |
| CHS: | Well, okay, that's, that's somethin'... |
| ALLEN: | I'm more worried about that. (chuckles) 'Cause I don't know 'em, you know what I mean? |
| CHS: | Okay, well....you don't well, and this is a chance. |
| ALLEN: | Is it the same guy you always deal with? |
| CHS: | Yeah, it's the people, yes, same people I always deal, that I deal with. They um, and this is how they work, I can't fuckin'... |
| WRIGHT: | Yeah, I understand. |
| CHS: | I don't have no leeway in the shit. |
| ALLEN: | I understand. |

| | |
|---|---|
| WRIGHT: | But I understand I guess, I |
| CHS: | They, they, they, they don't know your name, they don't |
| ALLEN: | Did you tell 'em that we might be makin' some stuff to trade, maybe or somethin' like that? |
| CHS: | They, they, what I told 'em, I didn't tell 'em you were makin' the stuff to trade, they... |
| ALLEN: | Speakin' insinuated... |
| CHS: | They might be able to help, I don't know how much, I don't know with all figures they don't have no exactly off this list what you want and everything, that's what they wanna find out, and what the, what they do um, like this, 'cause they're gonna get with me this week, you know, and this, once they, once they, you guys talk to 'em, basically what you guys have to do is sell them I guess, you know, I mean you're gonna have to convince them, they're not gonna just gonna fuckin' walk up and, and say okay, yeah, we'll deal with ya, (unintelligible) I'm vouchin' for ya, that's gettin' ya to the door, I'll, you know what I'm sayin'. |
| ALLEN: | No, I understand. And tell 'em, I would tell 'em honestly, while we're workin' another route, and you know... |
| CHS: | And.... |
| ALLEN: | If this other thing works out, we won't need 'em anyway. I think except for the money deal if we wanna sell 'em a bunch of that stuff... |
| CHS: | Yeah, that, that, that's, you know... |
| ALLEN: | I know you said they were interested in (unintelligible). |

14

| | |
|---|---|
| WRIGHT: | I just tryin' to, yeah, I was tryin' to deter him. (Laughs) |
| ALLEN: | I shoulda said yeah, I'll pro'bly be out first thing in the morning. |
| CHS: | What do you think I'm saying here, you think it's, you, you wanted to try and uh, or what, I mean, 'cause this is the... |
| ALLEN: | Yeah, tell 'em we need to do whatever they wanna do |
| WRIGHT: | That's it, yeah. |
| ALLEN: | Just tell 'em our side of it, you know, we'd rather not have a meeting, but. |
| WRIGHT: | Yeah, but. |
| CHS: | Right. Right. |
| WRIGHT: | We'll do what we got to do. |
| ALLEN: | The less people know each other 'cause the less.... |
| | (Overlapping) |
| CHS: | names are comin' out and |
| STEIN: | I would say it's at a minimum if they wanna meet somebody besides you, one of us could go and the other two would not. |
| WRIGHT: | Yeah, but I don't wanna be two and four. I'd rather be four and four. |
| STEIN: | Oh, absolutely, I agree there. You see, that's one of the reasons I was like I'd really feel a lot better if you're cousin was there. |

34

| | |
|---|---|
| ALLEN: | Well, I think that's why... |
| WRIGHT: | if that's the case, I, I don't, and maybe they have a data thing they can check us all out, I don't know, but... |
| STEIN: | Well, it could be somethin', too |
| WRIGHT: | I wouldn't want anymore exposure than we need. |
| CHS: | Um hum, all I know is |
| ALLEN: | To be honest with ya, I really .... |
| CHS: | You know he's gonna be out in the boonies where nobody's gonna, it'll be somewhere close to Garden. I wouldn't, you know, some place like this is (unintelligible) |
| ALLEN: | Yeah. |
| CHS: | So.  Uh, I it's cool with, I don't know, you want me to give you a call and tell ya? |
| WRIGHT: | Yeah, we'll figure it out then. |
| STEIN: | Well, we ain't, we ain't gonna pass up the opportunity if they're here. |
| WRIGHT: | That's right, yeah. |
| CHS: | 'Cause this is like, pro'bly be the first, the way I understand it, this'll be the meeting, first meeting, you know?  And then things can happen quick. |
| (unintelligible) | |
| STEIN: | You, you just relay some of our concerns and our thoughts, |
| ALLEN: | Yeah. |

36

| | |
|---|---|
| STEIN: | ...see what they say... |
| WRIGHT: | They say tough shit, then we'll do it. |
| STEIN: | Then say we'll, you know... |
| ALLEN: | (unintelligible) we'll do what we gotta do then. Just tell 'em our side of it. And tell 'em they should understand why and it should be, you know, but if, I think if the guy, see, see my side of it? |
| CHS: | Yeah, I understand. |
| ALLEN: | If you go to them and you tell these guys, hey these guys don't wanna meet nobody, they just wanna go through me. That would tell, that would be |
| CHS: | They're gonna say fuck no forever. |
| ALLEN: | Unless, huh? |
| CHS: | Oh, go ahead. |
| ALLEN: | Well, see, if it was me, that would, that would, that would be, that would be more of what I would want than somebody chompin' at the bit, we gotta meet, we gotta meet in the person. |
| STEIN: | 'Cause you won't... |
| ALLEN: | 'Cause then they gotta meet, cause then why would, |
| CHS: | Right. Exactly. |
| ALLEN: | ... you know, you see what I'm sayin'? That tells me well why would we have to meet? You know? |

37

CHS: But yeah, and they don't want to know you, they don't fuckin' know you guys any...

STEIN: Part of it, part of it,

ALLEN: (unintelligible)

CHS: I'm vouching.

WRIGHT: I understand.

STEIN: Part of it could be, too,

WRIGHT: I understand.

STEIN: And, you know, I could, I could see this, I, I might even be the same way. I-is, if I'm getting' ready to, you know, move in to some business transactions with some new people that I don't know, never met, I might wanna see the f-, I wanna, I like to look people in their fuckin' eyes...

(overlapping)

ALLEN: I understand.

WRIGHT: I understand that.

STEIN: ... 'cause I can tell a lot by that. You know?

CHS: See, and what I'm thinkin' down the line even, I mean this fuckin' could be...

WRIGHT: Yeah.

STEIN: You know what I mean?

CHS: ...HUGE.

WRIGHT: Yeah, I agree.

38

| | |
|---|---|
| ALLEN: | I understand. |
| STEIN: | Look you straight in the eye, talk til you fuckin', you know? And |
| ALLEN: | Tell 'em how we feel and see what they say. |
| WRIGHT: | Yeah. We'll do what we gotta do, yeah. |
| (overlapping) | |
| CHS: | Yeah. |
| | (Overlapping) |
| ALLEN: | We'll do it, but we wanna do somethin' (unintelligible) |
| | (Background noise while walking – unintelligible) |
| CHS: | All right, man. |
| WRIGHT: | We'll do what we gotta do. |
| CHS: | (unintelligible) 'cause I'm gonna...and hope the fuck I (unintelligible) |
| STEIN: | You got what? |
| CHS: | I hope the fuck I have a (unintelligible). |
| STEIN: | Well, don't be (unintelligible) |
| CHS: | Well, I ain't, they got everything right now. |
| STEIN: | (unintelligible) |
| CHS: | (unintelligible) |

39