# Exhibit L

| | |
|---|---|
| FILE NUMBER: | 266T-KC-7542690 |
| | 1D51 Track 244 |
| DATE: | 10/11/2016 |
| LENGTH OF RECORDING: | 00:09:45 |
| PARTICIPANTS: | CHS |
| | Gavin Wright |

Telephone ringing

Gavin: Hello.

CHS: Hey Gavin.

Gavin: Sir.

CHS: Hey, this is ▮

Gavin: Hey.

CHS: Hey man, I know you probably don't want to talk very much, but uh you doing okay?

Gavin: Oh yeah, I'm fine.

CHS: Okay.

Gavin: Yeah, I'm fine, I just, I mean, they don't, I don't know anything, ▮. So I'm just, I just... I'll just cut ties now.

CHS: (overlapping conversation) What's that?

Gavin: You can get me for now. Uh, hold on a minute. My fuckin' phones about to die.

CHS: Okay.

Gavin: Trying to get it plugged in.

CHS: (overlapping conversation)

| | |
|---|---|
| Gavin: | And I know I'm like ... |
| CHS: | So you know ... (overlapping conversation) |
| Gavin: | What's that? |
| CHS: | So you know, do you know if his, his old lady fuckin' what all that she told the cops? |
| Gavin: | I, well the cop told me I go what the fuck is this all about. And he goes well he threatened somebody's life and I go so what does that have to do with me. Why am I on the ground cuffed and people walking across pointing guns at me. |
| CHS: | Yeah. |
| Gavin: | And then they, they put their guns down and I go and he goes well she says that he's making bombs and I go (overlapping conversation) no I don't know (sound of tone) nothin' about that. And he goes well in your (sound of tone) shop. I go no there ain't nothin' in my fuckin' office but work stuff. |
| CHS: | Oh fuck. |
| Gavin: | I know. And I'm like and that's when he said well I wa can, can you let us go look in there and I go no I can't do that. I'm not the only owner of this place man. |
| CHS: | Yeah. |
| Gavin: | I mean, I can't talk for him. I go, and he goes well I'll get a warrant I go then go get a fuckin' warrant. I don't care. (overlapping conversation) |
| CHS: | (unintelligible) |
| Gavin: | I'm not hiding anything from you guys. |
| CHS: | Right. |
| Gavin: | I mean, uh I don't know nothin' so how the fuck can I tell you anything. |
| CHS: | Yeah, no shit. |

| | |
|---|---|
| CHS: | Well, that's what, that's what I, I've been, I wasn't on, I wasn't on Zello and I just got on there. |
| Gavin: | That's what ▓▓▓▓ said and I'm like you know what I'm just out of the group and I deleted everything and I'm done. I don't know nothin' and that's the way I want to keep it. (overlapping conversation) |
| CHS: | I wonder what the fuck they would want him for even though I mean he's. |
| Gavin: | Well, it's the shit that she's making up man I'm telling you. They need to arrest her. (overlapping conversation) |
| CHS: | Right. |
| Gavin: | Yeah, because she's fuckin' making up shit about him just to get him in trouble. Cuz Curtis never once acted like he was fuckin' whacked out or anything as far as I'm concerned. |
| CHS: | Right, right. |
| Gavin: | I mean, you know, I mean other than that I don't know I'm not his fuckin' doctor. I'm not, you know what I mean. |
| CHS: | Yeah, well fuck. I'd uh, yeah I understand what you're saying about out of the group and shit. But um. |
| Gavin: | Yeah, I'm done so I would just suggest the same thing for now. |
| CHS: | Right. |
| Gavin: | I mean, I'm sorry and I, I'd, I wanna help, I wanna help the Liberty Restoration Committee and try to change this fuckin' country but that's not my how I wanna change it. You know what I mean. |
| CHS: | Yeah. I understand. Hey... |
| Gavin: | So. |
| CHS: | ... but I'm wondering if my, my thing is if she's gonna implicate me and XO (overlapping conversation) |