# Exhibit M

**Recording: 1 of 1**

**Case Number:** 266T-KC-7542690

**Participants:** KBI SA Adam Piland, FBI SA Robin Smith, Gavin Wright

**Date of Interview:** October 12, 2016 08:53 hours                                Pages: 1-16

Preamble by SA Piland

| | |
|---|---|
| SA Piland: | This is special agent Adam Piland today is October twelfth two thousand fifteen, two thousand sixteen at zero eight fifty three hours. Myself and Robin Smith with FBI are getting ready to interview Gavin Wright Liberal Police department. |

Recording being placed on table

Hear movement in room

Background conversation

| | |
|---|---|
| SA Piland: | Come on in have a seat. |
| Wright: | Alright thank you. |
| SA Piland: | Robin, you too. |
| Unknown: | Back by the back wall please. |
| Wright: | Ok. |
| SA Smith: | You prefer Gavin or Mr. Wright? |
| Wright: | Uh my dad (overlapping conversation), my dad was a mister. I'm... |
| SA Smith: | Exactly. |
| Wright: | I still work for a living so... |
| SA Smith: | I'm Robin. |
| Wright: | Robin, I'm Gavin Wright. |
| SA Smith: | I was bringing you some coffee but I gave it to Adam. |
| | (Overlapping conversation) |

1

| | |
|---|---|
| SA Smith: | And you don't have any idea why we need a search warrant for your business office. |
| Wright: | No. Other than what the cop said last night. |
| SA Smith: | Which is? |
| Wright: | He said that he was, his, his wife told them that he was making bombs...is what the cop told me and I go, not in my office he's not. |
| SA Smith: | What do you know about that? |
| Wright: | What do I know about what? Just what I told you. The cop told me. |
| SA Smith: | Do you know anything additional about Curtis and the bombs. (Overlapping Conversation) |
| Wright: | No, I (overlapping conversation) |
| | |
| Wright: | No I don't have a clue. |
| SA Smith: | So you don't know anything else about Curtis Allen? |
| Wright: | No. |
| SA Smith: | Nothing at all? |
| Wright: | Not personally. |
| SA Smith: | You ever go shooting with Curtis Allen? |
| Wright: | No. |
| SA Smith: | You ever attend any kind of group meeting with Curtis Allen? |
| Wright: | No. |
| SA Smith: | He never invited you... |
| Wright: | Not that I know of. |
| SA Smith: | ... to a meeting with a group called Kansas Security Force. (Interrupted) |
| Wright: | No. He's (interrupted) |
| SA Smith: | You're not a member of a militia? |
| Wright: | No. |

| | |
|---|---|
| SA Smith: | You realize that I'm just rolling off and I keep going here Gavin but your digging that hole of untruthfulness that I just mentioned? And I know you are |
| Wright: | (sigh) I'm sorry that you feel that way (overlapping conversation) |
| SA Smith: | You don't have to apologize and it's not a feeling. It's not a feeling. I know. |
| Wright: | I was trying to get into militia with LRC the liberty restoration committee with uh... uh Earnest Lee. |
| SA Smith: | Now, maybe we're getting somewhere. Who is Earnest Lee? |
| Wright: | He is a constitutionalist |
| SA Smith: | What is the Liberty restoration committee? |
| Wright: | It's a constitutional movement that...(Interrupted) |
| SA Smith: | And who put you on to this? It was Curtis wasn't it? |
| Wright: | No it's actually the whole, the everybody in the group. |
| SA Smith: | Who are..Who are those people? |
| Wright: | I don't know them all. I was just trying to get into it. |
| SA Smith: | I'm not asking for the entire phone book. Who are we talking about? |
| Wright: | (sigh) |
| SA Smith: | Who are some of the members? |
| Wright: | I don't have a clue. |
| SA Smith: | You just don't want to tell me. So what is, so what questions do you have for me (Interrupted-Overlapping conversation) |
| Wright: | What do you mean I don't want to tell you? |
| SA Smith: | (Continues conversation) that you think you need to know from us. Before we do a search warrant and find explosives at your place of business. |
| Wright: | You're, (sigh) if they are, I don't have a clue about it. (interrupting) |
| SA Smith: | We just offered you an opportunity. I didn't ask you a question, other than. (interrupting) |

| | |
|---|---|
| Wright: | I understand what you did, but I am not hiding anything. |
| SA Smith: | What do you want to know? |
| Wright: | Nothing. |
| SA Smith: | Ok. |
| Wright: | I want to know why I can't open my business and conduct business? |
| SA Smith: | Gavin, don't lie to me. |
| Wright: | I'm not lying to you. |