1D16 Clip 2 (2).txt

1D16 Clip 2:  transcript 174, time stamp approx. 4:27:44
WRIGHT: But I think--I think it needs it needs to be something big.  Yeah, I do.  And-and
further away from us the better I think, to be honest with you. But I mean, I agree with the deal about Burgess and stuff because I don't like them motherfuckers anyway, and I'd enjoy killing a few of them.

1D17 Clip 1 (1).txt
1D17 Clip 1: from transcript page 32-33, time stamp approx. 1:54:27
WRIGHT: I don't think anything.  I'm just thinking like him, I'm realistically, I need more
ammo.  I need I, I want to survive the problem, I don't wanna go down and get killed and then not being able to change anything.  Because if I'm dead, I can't change shit, man!! (laughs)
(Overlapping conversation)
ALLEN:  That's me, I don't wanna get killed (unintelligible)
S-73282:       I think it's a good idea (unintelligible).
(overlapping conversation)
ALLEN:  Otherwise, I'd go to swear (unintelligible)
WRIGHT: That's it, they trying to shoot motherfuckers right there until they kill me.
ALLEN:  Go smoke a joint.
WRIGHT: That's it.  Listen to fucking AC/DC now.
(overlapping conversation)
STEIN:  Right, right.
WRIGHT: Go downtown, go downtown San Antonio and just start fucking shooting people.

Middle Eastern people cause they're all over, over there, Muslim people, just start fucking weeding 'em out!

```
                        1D17 Clip 2 (2).txt
1D17 Clip 2: from transcript at 110 to 111, time stamp approx. 3:07:27
WRIGHT: Well, she was a little cunt anyway, so.  Well, you know that would hurt him
worse, is to kill her.
STEIN:  The daughter?
WRIGHT: Yep, let him live with it.
STEIN:  Then we can fuck the shit out of her, first.
WRIGHT: Let him live with it.  Make it look like Muslims did it and then he, of
course, he
brought 'em, he helped all that and then look what they did to his daughter.
STEIN:  He probably wouldn't give a fuck.
WRIGHT: I bet he would.
S-73282:        He likes his grandkids.
WRIGHT: Yeah he would.
S-73282:        He likes his fuckin family.
WRIGHT: I bet he would.  I bet that kid means more to him than anything.
(overlapping conversation)
S-73282:        Actually, I can actually find out where she lives …
WRIGHT: Yep, and he would live with that guilt the rest of his fucking life.  He
brought
them motherfuckers in and put 'em in his house and they killed his daughter.
```

```
                       1D17 Clip 4 (4).txt
1D17 Clip 4: from transcript 196, time stamp approx. 4:40:09
WRIGHT: See if they want to put all that bad stuff out there they create people like
you and
me and him and him.  You know what I'm sayin?
STEIN:          I know.
WRIGHT: To where we do bad shit and kill people and.
STEIN:          Right!
WRIGHT: I mean, I'm telling ya.
STEIN:  And, and then we end up either in fuckin prison or dead or.
```