## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    *Plaintiff*, )<br>)<br>vs. )<br>)<br>GAVIN WAYNE WRIGHT, )<br>    *Defendant*. )<br>_____) | Case No. 16-CR-10141-EFM |

### GAVIN WRIGHT'S PROPOSED CASE-IN-CHIEF WITNESSES

COMES NOW Mr. Gavin Wayne Wright, by and through his counsel Kari S. Schmidt and Tyler J. Emerson of Conlee Schmidt & Emerson LLP, and hereby submits his list of proposed witnesses for his case-in-chief:

1. Garrett Wright of Deerfield, Kansas
2. Charles Alicia of Edgerton, Kansas
3. Shannon Kunkel of Wamego, Kansas
4. Lee Raynor of Liberal, Kansas
5. Mir Rashed Anwar a/k/a Mir Anwar Hassan of Onaga, Kansas
6. Dr. Hakimuddin Husainy of Liberal, Kansas
7. Dr. Nargis Husainy of Liberal, Kansas
8. Dr. Amy Cooter, Vanderbilt University of Nashville, Tennessee
9. Adam Williamson of Wichita, Kansas
10. Capt. Jason Ott, Liberal Police Department of Liberal, Kansas
11. Gavin Wright of Beaver County, Oklahoma

Additionally, Mr. Wright would list the following as well: (i) any and all witnesses who may be called by the United States during its case-in-chief, and (ii) any and all witnesses who may be called by co-defendants Curtis Allen and Patrick Stein. Mr. Wright understands he has a continuing obligation to disclose witnesses that he may call during his case-in-chief as they become known and will supplement this list as necessary; and Mr. Wright hereby reserves the right to amend this list both prior to and during trial.

        Respectfully submitted,

        <u>/s/ Kari S. Schmidt</u>
        Kari S. Schmidt, #11524

        <u>/s/ Tyler J. Emerson</u>
        Tyler J. Emerson, #26006