UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Case No. 6:16-cr-10141-EFM

      Plaintiff, ☐
      Government ☐

☐ Evidentiary
☐ Trial
☐ Other

v.

Curtis Allen et. al

      Defendants ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1a | | | | Photographs taken during the execution of a search warrant 1088 Doll Street Wright, KS |
| 2 | | | | Photographs taken during the execution of a search warrant at Boot Hill Casino, Dodge City, KS |
| 3 | | | | Photographs taken during the execution of a search warrant for a truck belonging to Patrick Stein |
| 4 | | | | Photographs taken during the execution of a search warrant 1500 Bluebell Lot 129 Liberal, KS |
| 5 | | | | Photographs taken during the execution of a search warrant execution at 1500 Bluebell Lot 129 Liberal, KS |
| 6 | | | | Photographs taken during the execution of a search warrant for a truck belonging to Curtis Allen |
| 7 | | | | Photographs taken during the execution of a search warrant at Beaver Country Oklahoma latitude/longitude Coordinates 36.997932, - 100.944967 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 8 | | | | Photographs taken during the execution of a search warrant at G&G Mobile Homes, 1250 E. Tucker Road Liberal, KS |
| 9 | | | | Photographs taken during the execution of a search warrant on storage locker unit F002 located at Space Station Storage, 1120 East 2nd Street Liberal, KS |
| 10 | | | | Physical item 1B2, Documents collected from Gavin Wright incident to arrest |
| 10a | | | | Photograph of exhibit 10 |
| 11 | | | | 1D4, audio recording |
| 12 | | | | 1D6, audio recording |
| 13 | | | | 1D7, audio recording |
| 14 | | | | 1D13, audio recording |
| 15 | | | | 1D16, audio recording |
| 16 | | | | 1D17, audio recording |
| 17 | | | | 1D25, audio recording |
| 18 | | | | 1D26, audio recording |
| 19 | | | | 1D39 clip 9, audio recording |
| 20 | | | | 1D59, audio recording |
| 21 | | | | 1D39 track 6, audio recording |
| 22 | | | | 1D12, audio recording |
| 23 | | | | 1D51, audio recording |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 24 | | | | 1D15, audio recording |
| 25 | | | | Physical item, 1B6 Wright MasterCard |
| 25a | | | | Photograph of exhibit 25 |
| 26 | | | | Physical copy of 1B31, documents found in search of 1250 E Tucker Rd Liberal KS |
| 26a | | | | Photograph of exhibit 26 |
| 27 | | | | Physical item, 1B39 handwritten post it note |
| 27a | | | | Photograph of exhibit 27 |
| 28 | | | | Physical item 1B53,, documents found at Space Station Storage unit F002 |
| 28a | | | | Photograph of exhibit 28 |
| 29 | | | | Physical item 1B108, Handwritten notes |
| 29a | | | | Photograph of exhibit 29 |
| 30 | | | | Physical item 1B109, box with notes |
| 30a | | | | Photograph of exhibit 30 |
| 31 | | | | Physical item 1B110, Notebook |
| 31a | | | | Photograph of exhibit 31 |
| 32 | | | | Physical item 1B116, notes |
| 32a | | | | Photograph of exhibit 32 |
| 33 | | | | Physical item 1B117, notes |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 33a | | | | Photograph of exhibit 33 |
| 34 | | | | Physical item 1B123, notes |
| 34a | | | | Photograph of exhibit 34 |
| 35 | | | | Physical item 1B126, handwritten documents |
| 35a | | | | Photograph of exhibit 35 |
| 36 | | | | Physical item 1B127, handwritten documents |
| 36a | | | | Photograph of exhibit 36 |
| 37 | | | | Physical item 1B128, notebook |
| 37a | | | | Photograph of exhibit 37 |
| 38 | | | | Physical item 1B129, maps |
| 38a | | | | Photograph of exhibit 38 |
| 39 | | | | Physical item 1B220, map |
| 39a | | | | Photograph of exhibit 39 |
| 40 | | | | Physical item 1B222, notes |
| 40a | | | | Photograph of exhibit 40 |
| 41 | | | | Physical item 1B232, documents |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 41a | | | | Photograph of exhibit 41 |
| 42 | | | | Physical item 1B233, notes |
| 42a | | | | Photograph of exhibit 42 |
| 43 | | | | Physical item 1B240, documents and notes |
| 43a | | | | Photograph of exhibit 43 |
| 44 | | | | Physical item 1B112, notes |
| 44a | | | | Photograph of exhibit 44 |
| 45 | | | | Physical item 1B219, documents |
| 45a | | | | Photograph of exhibit 45 |
| 46 | | | | Physical item, 1B29 Anarchist Cookbook and handwritten note |
| 46a | | | | Photograph of exhibit 46 |
| 47 | | | | 1A22, audio recording of jail call placed by Patrick Stein |
| 48 | | | | Photographs |
| 49 | | | | Videos for 1D39 clip 6 |
| 52 | | | | Physical Item 1B5, fertilizer |
| 53 | | | | Physical Item 1B6, fertilizer |
| 54 | | | | Physical Item 1B7, fertilizer |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 55 | | | | Physical Item 1B8, fertilizer |
| 56 | | | | Physical Item 1B9, fertilizer |
| 57 | | | | Physical Item1B10, fertilizer |
| 58 | | | | Physical Item 1B13, detonator collected at G&G |
| 59 | | | | Physical Item 1B18, chopsticks |
| 60 | | | | Physical Item 1B125, cellophane for chopsticks |
| 61 | | | | Physical Item 1B253, tape for chopsticks |
| 62 | | | | Physical Item 1B19, thermometer |
| 63 | | | | Physical Item 1B20, goggles |
| 64 | | | | Physical Item 1B21, freeze plugs |
| 65 | | | | Physical Item 1B24, hydrogen peroxide 35% |
| 66 | | | | Physical Item 1B27, Tracphone |
| 67 | | | | Physical Item 1B28, receipts |
| 67a | | | | Photograph of exhibit 67 |
| 68 | | | | Physical item 1B44, gun case |
| 69 | | | | Physical item 1B118, gun |
| 70 | | | | Physical item 1B278, ammunition and magazine |
| 71 | | | | Physical item 1B45, fuse |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 72 | | | | Physical item 1B46, notebook |
| 72a | | | | Photograph of exhibit 72 |
| 73 | | | | Physical item 1B100, blue prills fertilizer |
| 74 | | | | Physical item 1B101, Sig Sauer |
| 75 | | | | Physical item 1B102, ammunition |
| 76 | | | | Physical item 1B103 , magazine, ammunition, and holster |
| 77 | | | | Physical item 1B152, CDs labeled "Bomb counter measures" and "Anarchist cookbook" |
| 78 | | | | Physical item 1B165, aluminum powder |
| 79 | | | | Physical item 1B191, .50 caliber rifle |
| 80 | | | | Physical item 1B202, hotplate magnetic stirrer box and black leather notebook |
| 81 | | | | Physical item 1B275, envelope of receipts |
| 82 | | | | Physical item 1B276, receipt |
| 83 | | | | Physical item 1B277, receipt |
| 84 | | | | Physical item 1B278, magazine and ammunition |
| 85 | | | | Search warrant paperwork for Beaver Country Oklahoma latitude/longitude Coordinates 36.997932, -100.944967 search |
| 86 | | | | Space Station Storage records |
| 87 | | | | Paperwork for execution of search warrant at Space Station Storage, 1120 East 2nd Street Liberal, KS |
| 88 | | | | Evidence recovery log from search warrant executed at G&G Mobile Homes, 1250 E. Tucker Road Liberal, KS |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 89 | | | | Paperwork for execution of search warrant for truck belonging to Patrick Stein |
| 90 | | | | FBI sketch of 1088 Doll Street Wright, KS |
| 91 | | | | Paperwork for execution of search warrant at 10088 Doll Street Wright, KS |
| 92 | | | | Physical item 1B108, handwritten notes |
| 92a | | | | Photograph of exhibit 92 |
| 93 | | | | Physical item 1B108, yellow legal pad |
| 93a | | | | Photograph of exhibit 93 |
| 94 | | | | Physical item 1B108, aerial photographs |
| 94a | | | | Photograph of aerial photographs |
| 95 | | | | Physical item 1B222, notes |
| 95a | | | | Photograph of exhibit 95 |
| 96 | | | | Physical item1B222, notes |
| 96a | | | | Photograph of exhibit 96 |
| 97 | | | | Physical item 1B222, notebook |
| 97a | | | | Photograph of exhibit 97 |
| 98 | | | | Physical item 1B233, handwritten notes |
| 98a | | | | Photograph of exhibit 98 |
| 99 | | | | Physical item 1B28, handwritten notes |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 99a | | | | Photograph of exhibit 99 |
| 100 | | | | Physical item 1B28, post-it note |
| 100a | | | | Photograph of exhibit 100 |
| 101 | | | | Physical item 1B28, red notebook |
| 101a | | | | Photograph of exhibit 101 |
| 102 | | | | Physical item 1B28, green notebook |
| 102a | | | | Photograph of exhibit 102 |
| 103 | | | | Physical item 1B29, Anarchist Cookbook |
| 103a | | | | Photograph of exhibit 103 |
| 104 | | | | Physical item 1B46, printout |
| 104a | | | | Photograph of exhibit 104 |
| 105 | | | | Physical item 1B46, binder 1 |
| 105a | | | | Photograph of exhibit 105 |
| 106 | | | | Physical item 1B46, binder 2 |
| 106a | | | | Photograph of exhibit 106 |
| 107 | | | | Physical item 1B46, binder 3 |
| 107a | | | | Photograph of exhibit 107 |
| 108 | | | | Photographs of text messages |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 109a-b | | | | Photographs of Telegram messages |
| 110a-j | | | | Photographs of WhatsApp messages |
| 111a-m | | | | Photographs of WhatsApp messages |
| 112a-b | | | | Photographs of Signal messages |
| 113a-o | | | | Photographs of Signal messages |
| 114 | | | | 1D1, audio recording |
| 115 | | | | 1D2, audio recording |
| 116 | | | | 1D3, audio recording |
| 117 | | | | 1D8, audio recording |
| 118 | | | | 1D9, audio recording |
| 119 | | | | 1D10, audio recording |
| 120 | | | | 1D11, audio recording |
| 121 | | | | 1D14, audio recording |
| 122 | | | | 1D18, audio recording |
| 123 | | | | 1D19, audio recording |
| 124 | | | | 1D20, audio recording |
| 125 | | | | 1D21, audio recording |
| 126 | | | | 1D22, audio recording |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 127 | | | | 1D23, audio recording |
| 128 | | | | 1D24, audio recording |
| 129 | | | | 1D35, audio recording |
| 130 | | | | 1D60, audio recording |
| 134 | | | | Photographs taken from the execution of a search warrant at G&G Mobile Homes, 1250 E. Tucker Road Liberal, KS |
| 135 | | | | Chemical Field Test Results from G&G search |
| 138 | | | | KBI/KBI recorded interview of Gavin Wright |
| 139 | | | | Physical CD, FBI recorded interview of Patrick Stein |
| 140 | | | | FBI Lab Report |
| 141a | | | | Declaration form and account and phone line info for 10885 Larned Ave, Wright KS |
| 141b | | | | Phone records, roaming outgoing calls |
| 141c | | | | Phone records, roaming incoming calls |
| 141d | | | | Phone records, outgoing calls |
| 141e | | | | Phone Records, incoming calls |
| 142a | | | | Incoming MMS 9-16 to 10-17 for Phone Number 6202775512 |
| 142b | | | | Outgoing MMS 9-16 to 10-17 for Phone Number 6202775512 |
| 142c | | | | Roaming Incoming mobile calls 9-16 to 10-17 for Phone number 6202775512 |
| 142d | | | | Roaming Outgoing   mobile calls 9-16 to 10-17 for Phone number 6202775512 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 142e | | | | Incoming mobile calls 9-16 to 10-17 for phone number 6202775512 |
| 142f | | | | Outgoing mobile calls 9-16 to 10-17 for phone number 6202775512 |
| 142g | | | | Incoming SMS 9-16 to 10-17 for phone number 6202775512 |
| 142h | | | | Outgoing SMS 9-16 to 10-17 for phone number 6202775512 |
| 143a | | | | United Wireless billing invoice dated 9-1-20 |
| 143b | | | | United Wireless billing invoice dated 10-1-20 |
| 144 | | | | Photographs of mortar and pestle |
| 145 | | | | Photographs of FBI weapons used in undercover operation |
| 146 | | | | Diagram of undercover operations |
| 147 | | | | FBI Explosives and Hazardous Devices Report |
| 148 | | | | Vehicle tracker data 08/31/2016 to 10/15/2016. |
| 149 | | | | Sketch of 312 W. Mary Street, Garden City, KS |
| 150 | | | | Incoming and outgoing call data for Verizon Wireless phone number 6206406879, with subscriber information |
| 150a | | | | Billing invoice for Verizon Wireless phone number 6206406879 |
| 150b | | | | Verizon Wireless subpoena return acknowledgement |
| 150c | | | | Records subpoena for Verizon Wireless phone number 6206406879 |
| 151 | | | | Incoming and outgoing call data for Verizon Wireless phone number 7852136156, with subscriber information |
| 151a | | | | Verizon Wireless subpoena return acknowledgement |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 151c | | | | Subpoena for Verizon Wireless phone number 7852136156 |
| 152 | | | | Photographs of 312 W. Mary Street, Garden City, KS (interior and exterior) |
| 153 | | | | Diagram of 312 W. Mary Street, Garden City, KS |
| 154 | | | | Property layout for 312 W. Mary Street, Garden City, KS |
| 155 | | | | Physical CDs of images and video of 312 W. Mary Street, Garden City, KS |
| 155a | | | | Still photographs of aerial video of 312 W. Mary Street, Garden City, KS |
| 156 | | | | FBI Lab Report: Explosives Unit Chemistry |
| 157 | | | | Physical item, CD of Pen Register and Cellular Site data for telephone number 620 682 5185 |
| 158 | | | | Physical item, CD of Pen Register Cellular Site data and Precision Location data for telephone number 316 992 4253 |
| 159 | | | | Physical item, CD of Pen Register Cellular Site data and Precision Location data for telephone number 620 391 7001 |
| 160 | | | | Administrative and examination records for FBI EU-Chemistry exams |
| 161 | | | | FBI EU notes concerning ANFO and UNi |
| 162a-d | | | | Physical item, CDs containing PayPal account information and transaction logs |
| 163 | | | | Physical item, DVD-R containing communications and business records provided by PayPal Holdings |
| 164a | | | | PayPal certification of Records |
| 164b | | | | Access authorization from PayPal |
| 164c | | | | Subpoena to PayPal |
| 165 | | | | FBI Explosives and Hazardous Devices Report |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 166 | | | | FBI documents relating to vehicle test explosion |
| 167a | | | | FBI Lab report 2016-03429-12, Scanned 1A |
| 167c | | | | FBI Lab report 2016-03429-8, Scan of Physical 1A |
| 167d | | | | FBI Lab report 2016-03429-13, Scan of Physical 1A |
| 167e | | | | FBI Photos from Lab Report 2016-03429 |
| 168 | | | | FBI Lab Report, Lab No. 2016-03429-27 |
| 169 | | | | FBI Range Test of a 300 lb. Large Vehicle Bomb, Lab No. 2016-03429-13 |
| 170 | | | | FBI Hazardous Device Report, Lab No. 2016-03429-8 |
| 171 | | | | FBI Lab Report, Lab No. 2016-03429-5, dated 2/28/2017 |
| 172 | | | | FBI Hazardous Device Report, Lab No. 2016-03429-17 |
| 173 | | | | FBI Lab Report, Lab No. 2016-03429-12 |
| 174 | | | | Photographs of taken during the execution of a search warrant for truck belonging to Curtis Allen |
| 175a | | | | Search Warrant Paperwork for Curtis Allen property |
| 175b | | | | Search Warrant Paperwork for Curtis Allen property |
| 176 | | | | FBI photographs taken during the execution of a search warrant at 2399 and 2451 Road 10 Liberal, KS |
| 177 | | | | KBI photographs of taken during the execution of a search warrant at 2399 and 2451 Road 10 Liberal, KS |
| 178a | | | | FBI search warrant paperwork for search executed at 2399 and 2451 Road 10 Liberal, KS |
| 178b | | | | KBI search warrant paperwork for search executed at 2399 and 2451 Road 10 Liberal, KS |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 179 | | | | FBI Structural Overpressure Effects Chart |
| 180 | | | | Photograph of the FBI Laboratory |
| 181 | | | | Introduction to Explosives PowerPoint |
| 182 | | | | Physical CD containing Facebook search warrant return, received by FBI on 2/21/18 |
| 183 | | | | FBI RCFL report dated 12/20/16 |
| 183a | | | | Physical CD containing RCFL report dated 12/20/17 |
| 184 | | | | FBI RCFL report dated 2/6/17 |
| 184a | | | | Physical CD containing RCFL report dated 2/6/17 |
| 185a | | | | Liberal County Contractor's License information for Gavin Wright |
| 185b | | | | Liberal County Journeyman-Electrical license for Gavin Wright |
| 185c | | | | Liberal County Journeyman-Electrical license contact information for Gavin Wright |
| 186a | | | | Manhattan County Journeyman-Electrical license file for Gavin Wright |
| 186b | | | | Manhattan County Journeyman-Electrical license details for Gavin Wright |
| 187 | | | | Photograph of handwritten note by CHS, dated 9/2/2016 |
| 187a | | | | Physical handwritten note by CHS dated 9/2/2016 |
| 188 | | | | Set of photographs taken from the execution of a search warrant on a Space Station Storage unit D032 |
| 189 | | | | Physical item 1B43, aluminum power found in Space Station Storage unit D032 |
| 190 | | | | Physical Item 1B144, gun case found in Space Station Storage unit D032 |
| 191 | | | | Physical item 1B44, ammunition found in Space Station Storage unit D032 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 192 | | | | Physical item 1B44, magazines found in Space Station Storage unit D032 |
| 193 | | | | Physical item 1B45, fuse |
| 194 | | | | Physical item 1B46, notebook |
| 195 | | | | Physical item 1B49, gun parts and magazines |
| 196 | | | | Physical item 1B50, black tactical gear |
| 197 | | | | Physical item 1B60, Remington .300 mag with attachments |
| 198 | | | | Physical item 1B61, ammunition and bandoleer |
| 199 | | | | Physical item 1B62, Bushmaster XM-15 .223 caliber assault rifle |
| 200 | | | | Physical item 1B63, Bushmaster XM-15 .223 caliber assault rifle |
| 201 | | | | Physical item 1B71, metal tools |
| 202 | | | | Physical item 118, Bear Creek Arsenal Model BCA15 .223 caliber assault rifle |
| 203 | | | | Physical item 1B152, CDs titled Bomb Countermeasures and Anarchist Cookbook |
| 204 | | | | Physical item 1B155, AR15 part |
| 205 | | | | Physical item 1B162, silencer parts |
| 206 | | | | Physical item 1B164, freeze plug tool |
| 207 | | | | Physical item 1B165, aluminum powder |
| 208 | | | | Physical item 1B171, SKS 7.62 assault rifle |
| 209 | | | | Physical Item 1B177, Springfield Model SAR-8, 7.62mm assault rifle |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 210 | | | | Physical item 1B189, Century Arms GP/WASR-10/63, 7.62mm assault rifle |
| 211 | | | | Physical item 1B191, .50 Caliber rifle |
| 212 | | | | Paperwork for execution of search warrant at G&G Mobile Homes, 1250 E. Tucker Road Liberal, KS |
| 213 | | | | Audio recordings of Zello communications, pertinent call 015736_00000005 |
| 214 | | | | Audio recordings of Zello communications, pertinent call 015736_00000006 |
| 215 | | | | Audio recordings of Zello communications, pertinent call 015736_00000013 |
| 216 | | | | Audio recordings of Zello communications, pertinent call 015736_00000015 |
| 217 | | | | Audio recordings of Zello communications, pertinent call 015736_00000017 |
| 218 | | | | Audio recordings of Zello communications, pertinent call 015736_00000019 |
| 219 | | | | Audio recordings of Zello communications, pertinent call 015736_00000026 |
| 220 | | | | Audio recordings of Zello communications, pertinent call 015736_00000028 |
| 221 | | | | Audio recordings of Zello communications, pertinent call 015736_00000029 |
| 222 | | | | Audio recordings of Zello communications, pertinent call 015736_00000030 |
| 223 | | | | Audio recordings of Zello communications, pertinent call 015736_00000031 |
| 224 | | | | Audio recordings of Zello communications, pertinent call 015736_00000032 |
| 225 | | | | Audio recordings of Zello communications, pertinent call 015736_00000034 |
| 226 | | | | Audio recordings of Zello communications, pertinent call 015736_00000035 |
| 227 | | | | Audio recordings of Zello communications, pertinent call 015736_00000037 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 228 | | | | Audio recordings of Zello communications, pertinent call 015736_00000043 |
| 229 | | | | Audio recordings of Zello communications, pertinent call 015736_00000045 |
| 230 | | | | Audio recordings of Zello communications, pertinent call 015736_00000046 |
| 231 | | | | Audio recordings of Zello communications, pertinent call 015736_00000047 |
| 232 | | | | Audio recordings of Zello communications, pertinent call 015736_00000048 |
| 233 | | | | Audio recordings of Zello communications, pertinent call 015736_00000049 |
| 234 | | | | Audio recordings of Zello communications, pertinent call 015736_00000050 |
| 235 | | | | Audio recordings of Zello communications, pertinent call 015736_00000051 |
| 236 | | | | Audio recordings of Zello communications, pertinent call 015736_00000052 |
| 237 | | | | Audio recordings of Zello communications, pertinent call 015736_00000055 |
| 238 | | | | Search warrant paperwork for search conducted in parking lot of Boot Hill Casino, Dodge City, KS |
| 239 | | | | Search warrant paperwork for truck belonging to Patrick Stein |
| 240 | | | | 1D51 track 10 |
| 241 | | | | 1D51 track 17 |
| 242 | | | | 1D51 track 22 |
| 243 | | | | 1D51 track 24 |
| 244 | | | | 1D51 track 28 |
| 245 | | | | 1D51 track 30 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 246 | | | | 1D51 track 31 |
| 247 | | | | 1D51 track 57 |
| 248 | | | | 1D51 track 79 |
| 249 | | | | 1D51 track 85 |
| 250 | | | | 1D51 track 100 |
| 251 | | | | 1D51 track 101 |
| 252 | | | | 1D51 track 103 |
| 253 | | | | 1D51 track 104 |
| 254 | | | | 1D51 track 107 |
| 255 | | | | 1D51 track 112 |
| 256 | | | | 1D51 track 121 |
| 257 | | | | 1D51 track 123 |
| 258 | | | | 1D51 track 127 |
| 259 | | | | 1D51 track 139 |
| 260 | | | | 1D51 track 141 |
| 261 | | | | 1D51 track 144 |
| 262 | | | | 1D51 track 150 |
| 263 | | | | 1D51 track 151 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 264 | | | | 1D51 track 156 |
| 265 | | | | 1D51 track 157 |
| 266 | | | | 1D51 track 159 |
| 267 | | | | 1D51 track 161 |
| 268 | | | | 1D51 track 162 |
| 269 | | | | 1D51 track 165 |
| 270 | | | | 1D51 track 166 |
| 271 | | | | 1D51 track 169 |
| 272 | | | | 1D51 track 171 |
| 273 | | | | 1D51 track 172 |
| 274 | | | | 1D51 track 175 |
| 275 | | | | 1D51 track 178 |
| 276 | | | | 1D51 track 179 |
| 277 | | | | 1D51 track 181 |
| 278 | | | | 1D51 track 182 |
| 279 | | | | 1D51 track 201 |
| 280 | | | | 1D51 track 202 |
| 281 | | | | 1D51 track 204 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 282 | | | | 1D51 track 232 |
| 283 | | | | 1D51 track 238 |
| 284 | | | | 1D51 track 239 |
| 285 | | | | 1D51 track 240 |
| 286 | | | | 1D51 track 241 |
| 287 | | | | 1D51 track 244 |
| 288 | | | | 1D51 track 247 |
| 289 | | | | 1D51 track 249 |
| 290 | | | | 1D51 track 250 |
| 291 | | | | 1D51 track 253 |
| 292 | | | | 1D51 track 256 |
| 293 | | | | 1D51 track 257 |
| 294 | | | | 1D51 track 261 |
| 295 | | | | 1D51 track 264 |
| 296 | | | | 1D51 track 268 |
| 297 | | | | 1D51 track 271 |
| 298 | | | | Still shots from 1D33, Stein with black firearm |
| 299 | | | | Demonstrative Chart |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 300 | | | | KC-2071676 1B 11 1B12 and 1B 13, Assault Rifle with attachments Assault style rifle with attachments |
| 301 | | | | Business Cards |
| 302 | | | | **Receipt** |
| 303a | | | | Aerial Photograph of apartments |
| 303b | | | | Aerial Photograph of apartments |
| 303c | | | | Photograph of apartments |
| 304 | | | | Digital scale |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |