Members of the Jury

Some of your audio files have date indications in their JERS name. To the extent that they do not, we cannot provide any additional information at this stage.

Judge Melgren

04/17/2018

5:15 p.m.

FILED
U.S. District Court
District of Kansas

APR 18 2018

Clerk, U.S. District Court
By_____Cm_____Deputy Clerk