UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS


Case No. 6:16-cr-10141-EFM


☐ Evidentiary
■ Trial
☐ Other


# GOVERNMENT - ADMITTED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 3/27 | 3/27 | 1-16 in with SA Miller | Photographs taken during the execution of a search warrant 1088 Doll Street Wright, KS |
| 2 | 3/27 | 3/27 | 1-4 in by SA Tucker | Photographs taken during the execution of a search warrant at Boot Hill Casino, Dodge City, KS |
| 3 | 3/27 | 3/27 | 1, 5, 6, 11 in by SA Tucker 2-4, 7-12, 14, 16-20, 62, 66 in with SA Schmidt | Photographs taken during the execution of a search warrant for a truck belonging to Patrick Stein |

Case Number: 6:16-cr-10141-EFM

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 4 | 3/26 | 3/26 | 13 in by Harris<br><br>1-17, 22-51, 53-62 in by Schmidt | Photographs taken during the execution of a search warrant 1500 Bluebell Lot 129 Liberal, KS |
| 6 | 3/28 | 3/28 | 1-14, 16 19 in with Ott | Photographs taken during the execution of a search warrant for a truck belonging to Curtis Allen |
| 7 | 4/9 | 4/9 | 1-22 in through Lang | Photographs taken during the execution of a search warrant at Beaver Country Oklahoma latitude/longitude Coordinates 36.997932, - 100.944967 |
| 8 | 3/27 | 3/27 | 1, 2, 16, 22-26, 32, 34, 93, 95, 97, 102, 107, 112, 109, 113, 133, in by SA Tucker<br>40, 41, 137-142 147 By SA Miller<br>24-26, 28, 134 by Harris | Photographs taken during the execution of a search warrant at G&G Mobile Homes, 1250 E. Tucker Road Liberal, KS |
| 9 | 3/27 | 3/27 | 1, 2, 5,6, 7, 9, 11, 17, 18<br>by Tucker<br><br>2, 3, 8, 10- 15, 18-26 by SA Miller | Photographs taken during the execution of a search warrant on storage locker unit F002 located at Space Station Storage, 1120 East 2nd Street Liberal, KS |
| 13 | 3/29 | 3/29 | 13g, h, j, n in through Brody Benson<br><br>13a, b, c, f, l in with Dan Day | 1D7, audio recording |

Case Number: 6:16-cr-10141-EFM                              Page 3 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| 14 | 3/29 | 3/29 | 14-b, c, e-n, p-u, x, y, z aa-hh, jj, kk, mm-ww, yy, zz, aaa-iii, lll, mmm, ooo-uuu in with Dan Day | 1D13, audio recording |
|---|---|---|---|---|
| 15 | 3/29 | 3/29 | 15-b, d-n, o-u, w-z, aa-kk, nn-vv, yy, zz, aaa-ooo in with Dan Day | 1D16, audio recording |
| 16 | 3/29 | 3/29 | 16a-d, g-i, k-z, bb-zz, aaa-hhh, jjj-vvv in with Dan Day | 1D17, audio recording |
| 17 | 3/29 | 3/29 | 17a-k in with Dan Day | 1D25, audio recording |
| 18 | 4/4 | 4/4 | a-g, i, j-m, o-s in through Brian | 1D26, audio recording |
| 19 | 4/4 | 4/4 | Full audio file and clips: e-g, i, j, l-o, q-u in through Brian | 1D39 clip 9, audio recording |
| 21 | 4/4 | 4/4 | d, k, n, l, o in through Brian | 1D39 track 6, audio recording |

Case Number: 6:16-cr-10141-EFM                                    Page 4 of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| 22 | 3/29 | 3/29 | 22b-o, r in with Dan Day | 1D12, audio recording |
|---|---|---|---|---|
| 24 | 3/29 | 3/29 | 24a in with Dan Day | 1D15, audio recording |
| 26 | 3/27 | 3/27 | SA Miller | Physical copy of 1B31, documents found in search of 1250 E Tucker Rd Liberal KS |
| 26a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 26 |
| 29 | 3/28/18 | 3/28 | SA Schmidt | Physical item 1B108, Handwritten notes |
| 31 | 3/28/18 | 3/28 | SA Schmidt | Physical item 1B110, Notebook |
| 32 | 3/28/18 | 3/28 | SA Schmidt | Physical item 1B116, notes |

Case Number: 6:16-cr-10141-EFM

## EXHIBIT LIST - Continuation Sheet

| 34 | 3/28/18 | 3/28 | SA Schmidt | Physical item 1B123, notes |
|---|---|---|---|---|
| 35 | 3/26 | 3/26 | Harris<br><br>Ott 3/28 | Physical item 1B126, handwritten documents |
| 35a | 3/26 | 3/26 | Harris | Photograph of exhibit 35 |
| 36 | 3/26 | 3/26 | Harris<br><br>Ott 3/28 | Physical item 1B127, handwritten documents |
| 36a | 3/26 | 3/26 | Harris | Photograph of exhibit 36 |
| 37 | 3/26 | 3/26 | Harris<br>Ott 3/28 | Physical item 1B128, notebook |
| 37a | 3/26 | 3/26 | Harris | Photograph of exhibit 37 |

Case Number: 6:16-cr-10141-EFM                                    Page 6 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| 38 | 3/28 | 3/28 | Ott | Physical item 1B129, maps |
|----|------|------|-----|---------------------------|
| 39 | 3/27 | 3/27 | SA Miller | Physical item 1B220, map |
| 39a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 39 |
| 40 | 3/27 | 3/27 | SA Miller | Physical item 1B222, notes |
| 40a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 40 |
| 41 | 3/27 | 3/27 | SA Miller | Physical item 1B232, documents |
| 41a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 41 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 42 | 3/27 | 3/27 | SA Miller | Physical item 1B233, notes |
| 44 | 3/28 | 3/28 | Schmidt | Physical item 1B112, notes |
| 45 | 3/27 | 3/28 | SA Miller | Physical item 1B219, documents |
| 46 | 3/27 | 3/27 | SA Miller | Physical item, 1B29 Anarchist Cookbook and handwritten note |
| 47 | 4/9 | 4/9 | 47a in through SA Tucker | 1A22, audio recording of jail call placed by Patrick Stein |
| 48 | 4/2 | 4/2 | Dan Day | Photographs |
| 49 | 4/4 | 4/4 | Brian | Videos for 1D39 clip 6 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 52 | 4/5 | 4/5 | Brian | Physical Item 1B5, fertilizer |
| 53 | 4/5 | 4/5 | Brian | Physical Item 1B6, fertilizer |
| 54 | 4/5 | 4/5 | Brian | Physical Item 1B7, fertilizer |
| 55 | 4/5 | 4/5 | Brian | Physical Item 1B8, fertilizer |
| 56 | 4/5 | 4/5 | Brian | Physical Item 1B9, fertilizer |
| 57 | 4/5 | 4/5 | Brian | Physical Item1B10, fertilizer |

Case Number: 6:16-cr-10141-EFM                                          Page 9 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| 58 | 3/27 | 3/27 | SA Tucker | Physical Item 1B13, detonator collected at G&G |
|----|------|------|-----------|--------------------------------------------------|
| 59 | 3/27 | 3/27 | SA Tucker | Physical Item 1B18, chopsticks |
| 60 | 3/27 | 3/27 | SA Miller | Physical Item 1B125, cellophane for chopsticks |
| 62 | 3/27 | 3/27 | SA Miller | Physical Item 1B19, thermometer |
| 63 | 3/27 | 3/27 | SA Miller | Physical Item 1B20, goggles |
| 65 | 3/27 | 3/27 | SA Miller | Physical Item 1B24, hydrogen peroxide 35% |
| 66 | 3/26 | 3/26 | Lula Harris | Physical Item 1B27, Tracphone |

Case Number: 6:16-cr-10141-EFM                              Page  10  of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| 71 | 3/28 | 3/28 | Miller | Physical item 1B45, fuse |
|---|---|---|---|---|
| 72 | 3/26 | 3/26 | Harris<br><br>Miller 3/28 | Physical item 1B46, notebook |
| 72a | 3/26 | 3/26 | Harris | Photograph of exhibit 72 |
| 74 | 3/28 | 3/28 | Schmidt | Physical item 1B101, Sig Sauer |
| 75 | 3/28 | 3/28 | Schmidt | Physical item 1B102, ammunition |
| 76 | 3/28 | 3/28 | Schmidt | Physical item 1B103 , magazine, ammunition, and holster |
| 77 | 3/26 | 3/26 | Harris<br><br>Miller 3/28 | Physical item 1B152, CDs labeled "Bomb counter measures" and "Anarchist cookbook" |
| 78 | 3/28 | 3/28 | Ott | Physical item 1B165, aluminum powder |

Case Number: 6:16-cr-10141-EFM                    Page 11 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 80 | 4/3 | 4/3 | Sgt. Olsen | Physical item 1B202, hotplate magnetic stirrer box and black leather notebook |
| 86 | 4/9 | 4/9 | 86-1,2,3,8,9,in with Burtzloff | Space Station Storage records |
| 90 | 3/27 | 3/27 | SA Miller | FBI sketch of 1088 Doll Street Wright, KS |
| 92 | 3/28 | 3/28 | Schmidt | Physical item 1B108, handwritten notes |
| 93 | 3/28 | 3/28 | Schmidt | Physical item 1B108, yellow legal pad |
| 94 | 3/28 | 3/28 | Schmidt | Physical item 1B108, aerial photographs |
| 95 | 3/27 | 3/27 | SA Miller | Physical item 1B222, notes |

Case Number: 6:16-cr-10141-EFM

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 95a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 95 |
| 96 | 3/27 | 3/27 | SA Miller | Physical item1B222, notes |
| 96a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 96 |
| 97 | 3/27 | 3/27 | SA Miller | Physical item 1B222, notebook |
| 97a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 97 |
| 99 | 3/27 | 3/27 | SA Miller | Physical item 1B28, handwritten notes |
| 99a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 99 |

Case Number: 6:16-cr-10141-EFM                     Page 13 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 100 | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Physical item 1B28, post-it note |
| 100a | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Photograph of exhibit 100 |
| 101 | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Physical item 1B28, red notebook |
| 101a | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Photograph of exhibit 101 |
| 102 | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Physical item 1B28, green notebook |
| 102a | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Photograph of exhibit 102 |
| 103 | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Physical item 1B29, Anarchist Cookbook |

Case Number: 6:16-cr-10141-EFM

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 103a | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Photograph of exhibit 103 |
| 104 | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Physical item 1B46, printout |
| 105 | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Physical item 1B46, binder 1 |
| 105a | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Photograph of exhibit 105 |
| 106 | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Physical item 1B46, binder 2 |
| 106a | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Photograph of exhibit 106 |
| 107 | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Physical item 1B46, binder 3 |

Case Number: 6:16-cr-10141-EFM                    Page  15  of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 107a | 3/26 | 3/26 | Harris | Photograph of exhibit 107 |
| | 3/27 | 3/27 | Miller | |
| 108 | 4/4 | 4/4 | Brian | Photographs of text messages |
| 109a-b | 4/4 | 4/4 | Brian | Photographs of Telegram messages |
| 110a-j | 4/4 | 4/5 | Brian | Photographs of WhatsApp messages |
| 111a-m | 4/4 | 4/5 | Brian | Photographs of WhatsApp messages |
| 112a-b | 4/4 | 4/5 | Brian | Photographs of Signal messages |

Case Number: 6:16-cr-10141-EFM

## EXHIBIT LIST - Continuation Sheet

| 113a-o | 4/4 | 4/4 | Brian | Photographs of Signal messages |
|---|---|---|---|---|
| 127 | 3/29 | 3/29 | 127a, b, g, j, k, m, n, q-z, aa-gg, ii-zz, aaa-zzz, bbbb-zzzz, aaaaa-hhhhh, iiiii-lllll, qqqqq in with Dan Day | 1D23, audio recording |
| 129 | 3/29 | 3/29 | 129a-q, s-x, z | 1D35, audio recording |
| 130 | 4/2 | 4/2 | Dan Day | 1D60, audio recording |
| 134 | 3/27 | 3/27 | 1-13 (All) in with SA Tucker | Photographs taken from the execution of a search warrant at G&G Mobile Homes, 1250 E. Tucker Road Liberal, KS |
| 138 | 4/9 | 4/9 | Piland | KBI/KBI recorded interview of Gavin Wright |

**EXHIBIT LIST - Continuation Sheet**

| 144 | 4/2 | 4/2 | Dan Day | Photographs of mortar and pestle |
|---|---|---|---|---|
| 145 | 4/5 | 4/5 | 1, 8, 12, 19, 24, 32, 40, 48, 54, in through Brian | Photographs of FBI weapons used in undercover operation |
| 146a | 4/4 | 4/4 | Brian | Diagram of undercover operations |
| 152 | 3/26 | 3/26 | Blackburn, pages 1 and 2 withdrawn | Photographs of 312 W. Mary Street, Garden City, KS (interior and exterior) |
| 167e | 4/5 | 4/5 | Barrow | FBI Photos from Lab Report 2016-03429 |
| 174 | 4/3 | 4/3 | 001-005 in with Sgt. Olsen | Photographs of taken during the execution of a search warrant for truck belonging to Curtis Allen |

Case Number: 6:16-cr-10141-EFM                          Page 18 of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 177 | 3/26 4/9 | 3/26 4/9 | 1-3 in by Harris All in through Piland Pgs 1-19 | KBI photographs of taken during the execution of a search warrant at 2399 and 2451 Road 10 Liberal, KS |
| 179 | 4/9 | 4/9 | Barrow | FBI Structural Overpressure Effects Chart |
| 180 | 4/5 | 4/5 | Barrow | Photograph of the FBI Laboratory |
| 181 | 4/5 | 4/5 | Barrow | Introduction to Explosives PowerPoint |
| 187a | 3/29 | 3/29 | Dan Day | Physical handwritten note by CHS dated 9/2/2016 |
| 196 | 3/28 | 3/28 | SA Miller | Physical item 1B50, black tactical gear |

Case Number: 6:16-cr-10141-EFM

**EXHIBIT LIST - Continuation Sheet**

| 197 | 3/27 | 3/27 | SA Miller | Physical item 1B60, Remington .300 mag with attachments |
| 199 | 3/27 | 3/27 | SA Miller | Physical item 1B62, Bushmaster XM-15 .223 caliber assault rifle |
| 200 | 3/27 | 3/27 | SA Miller | Physical item 1B63, Bushmaster XM-15 .223 caliber assault rifle |
| 202 | 3/27 | 3/27 | SA Miller | Physical item 118, Bear Creek Arsenal Model BCA15 .223 caliber assault rifle |
| 203 | 3/28 | 3/28 | Schmidt | Physical item 1B152, CDs titled Bomb Countermeasures and Anarchist Cookbook |
| 209 | 4/9 | 4/9 | Piland | Physical Item 1B177, Springfield Model SAR-8, 7.62mm assault rifle |
| 210 | 4/9 | 4/9 | Piland | Physical item 1B189, Century Arms GP/WASR-10/63, 7.62mm assault rifle |

Case Number: 6:16-cr-10141-EFM

## EXHIBIT LIST - Continuation Sheet

| 211 | 4/9 | 4/9 | Piland | Physical item 1B191, .50 Caliber rifle |
|---|---|---|---|---|
| 287 | 4/4 | 4/4 | Dan Day | 1D51 track 244 |
| 288 | 4/4 | 4/4 | Dan Day | 1D51 track 247 |
| 298 | 4/2 | 4/2 | Dan Day | Still shots from 1D33, Stein with black firearm |
| 300 | 4/9 | 4/9 | Lang | KC-2071676 1B 11 1B12 and 1B 13, Assault Rifle with attachments Assault style rifle with attachments |
| 303a | 3/26 | 3/26 | Blackburn | Aerial Photograph of apartments |
| 303b | 3/26 | 3/26 | Blackburn | Aerial Photograph of apartments |
| 303c | 3/26 | 3/26 | Blackburn | Photograph of apartments |

Case Number: 6:16-cr-10141-EFM                               Page 21 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| 304 | 3/26 | 3/26 | Harris | Digital scale |
|---|---|---|---|---|
| 304a-c | 4/2 | 4/2 | Dan Day | Photographs of the Gavin Wright, Patrick Stein and Curtis Allen |
| 305a | 4/5 | 4/5 | SSA Jason Miller | Pages from Lab Report 2016-03429-5 Scanned Physical 1A |
| 306 | 4/4 | 4/4 | Sealed (In for Identification) | Still photograph of video of Stein with UCE |
| 307 | 4/4 | 4/4 | Dan Day | Clip from 1D51 track 85 |
| 309 | 4/9 | 4/9 | Tucker | Gavin Wright PayPal records |
| 311 | 4/11 | 4/11 | Amy Kuhn | Clip from 1D66 |
|  |  |  |  |  |

|  |  |  |  |  |
|---|---|---|---|---|

Case Number: 6:16-cr-10141-EFM                           Page 22 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Case No. 6:16-cr-10141-EFM

☐ Evidentiary
■ Trial
☐ Other

# ALLEN - ADMITTED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 900 | 4/3 | 4/3 | Day | Map of Western Kansas |
| 902-a | 4/12 | 4/12 | N/A | Map of Garden City, Kansas #2 (SEALED FROM PUBLIC) |
| 909 | 4/2 | 4/2 | A-P in by Day | CHS payment and expense receipts |

Case Number: 6:16-cr-10141-EFM                     Page 23 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 912 | 3/26 | 3/26 | A-I, K, L by Harris | Pictures of Allen's Home |
| 916 | 3/26 | 3/26 | A, B, C by Harris | Pictures of Allen's Yukon |
| 919 | 4/9 | 4/9 | Barrow | PyroDirect Hobby Fuse for sale |
| 920 | 3/27 | 3/27 | Tucker | Walmart Aluminum Powder |
| 926 | 3/27 | 3/27 | Harris | FBI payment receipt for $15,000 |
| 927 | 4/11 | 4/11 | O'Kane | Kansas Small Business Development Center Records |

Case Number: 6:16-cr-10141-EFM

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 930 | 3/26 | 3/26 | Harris | Lula Trailer Title DMV |
| 931 | 3/28 | 3/28 | Miller | Unit F002 Space Station Storage Unit Inventory-Evidence Log |
| 932 | 3/28 | 3/28 | Ott | USMC Book |
| 933 | 3/28 | 3/28 | Ott | USMC Book |
| 934 | 4/3 | 4/3 | Day | Day Authorization for FBI to use recording devices on 2016-01-20 |
| 936 | 4/3 | 4/3 | Day | DD FB posting on trial |

Case Number: 6:16-cr-10141-EFM

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 939 | 4/3 | 4/3 | Day | DD FB posting on trial |
| 942 | 4/3 | 4/3 | A-E by Day | Audio Recordings |
| 944 | 4/10 | 4/10 | Kuhn | Audio Recording |
| 951 | 4/12 | 4/12 | Fully Admitted in Court Hearing | Audio Recording |
| 954 | 4/5 | 4/5 | Brian | Audio Recording |
| 955 | 4/10 | 4/10 | A-K and e-mail by Kuhn | Set of maps |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 957 | 4/12 | 4/16 | Rule 1006<br>Remove all calls in which there was no name listed in receiver column; Defense counsel and Government must meet to discuss accuracy of remaining calls; calls made to persons other than defendants (including FBI agents) will be excised as well. Admitted as revised. | Summary of Dan Day phone calls under Rule 1006 |

Case Number: 6:16-cr-10141-EFM                     Page  27  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Case No. 6:16-cr-10141-EFM

☐ Evidentiary
■ Trial
☐ Other

# STEIN - ADMITTED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1097 | 3/28 | 3/28 | Benson | Resignation from KSF on Facebook |
| 1098 | 3/28 | 3/28 | Benson | Facebook post regarding Muslims |
| 1099 | 3/28 | 3/28 | Benson | Facebook friend request to Patrick Stein |

**EXHIBIT LIST - Continuation Sheet**

| 1045f | 4/4 | 4/4 | Dan Day | Clip – recorded conversation with Patrick Stein |
|---|---|---|---|---|

Case Number: 6:16-cr-10141-EFM

**EXHIBIT LIST - Continuation Sheet**

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Case No. 6:16-cr-10141-EFM

☐ Evidentiary
■ Trial
☐ Other

# WRIGHT - ADMITTED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1100 | 3/26 | 3/26 | Harris | Video file of G&G Office (Adam Williamson videography) |
| 1102 | 3/28 | 3/28 | Miller | G&G Search Receipt for Property and hand-drawn sketch of layout 10-20-2016 |
| 1107 | 4/4 | 4/4 | A and B by Day | Audio file of recorded phone calls between Dan Day and Gavin Wright |

Case Number: 6:16-cr-10141-EFM

**EXHIBIT LIST - Continuation Sheet**

| 1108 | 4/4 | 4/4 | A and B by Day | Audio file of recorded phone calls between Dan Day and Gavin Wright |
|------|-----|-----|----------------|-------------------------------------------------------------------|
| 1125 | 4/9 | 4/9 | 18-31, 31-33, 36-59 by Lang | Photos of search of Wright's home |
| 1126 | 4/9 | 4/9 | Lang | Search warrant return |
| 1127 | 4/11 | 4/11 | Kuhn | Transcript regarding Earnest Lee |
| 1128 | 4/11 | 4/11 | Kuhn | Return on warrant for search of Wright's truck |

Case Number: 6:16-cr-10141-EFM                         Page 31 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Case No. 6:16-cr-10141-EFM

☐ Evidentiary
■ Trial
☐ Other

# EXHIBIT LIST – EXHIBITS NOT ADMITTED

| Exhibit Number | Date Identified | Date Offered | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|---|
| 1301 | 4/12 | 4/12 | N/A | N/A | October 5, 2016 transcript |
| 1302 | 4/12 | 4/12 | N/A | N/A | July 18, 2016 transcript |
| 903 | 4/10 (Not Identified by Number) | N/A | N/A | Kuhn | Source Open 10-9-2015 |

Case Number: 6:16-cr-10141-EFM

**EXHIBIT LIST - Continuation Sheet**

| | | | | | |
|---|---|---|---|---|---|
| 905A, B | 4/3 | N/A | N/A | Day | Admonish 10-20-15<br>Admonish 1-13-16 |
| 912-J | 3/26 | N/A | N/A | Harris | Bluebell Ln Sales Book |
| 918 | 4/9 | N/A | N/A | Barrow | Grainger Nitric Acid |