IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>CURTIS ALLEN, )<br>PATRICK STEIN, )<br>GAVIN WRIGHT, )<br>    Defendants. )<br>_____) | Case No. 16-10141-01,02,03-EFM |

**SECOND ORDER TO CONTINUE SENTENCING**

This matter comes on for hearing on Patrick Stein and Gavin Wright's Motion to Continue Sentencing. The Court finds, and orders as follows:

1. The sentencing hearings for the defendants is currently scheduled for September 6, 2018, at 1:30 p.m.

2. Counsel for Mr. Stein and Mr. Wright need additional time to prepare and submit their objections to the initial pre-sentencing report.

3. The government does not object to the requested continuance. Mr. Allen does not object to the requested continuance.

THEREUPON, Defendant's Motion to Continue, Doc. 429, is hereby GRANTED and the Court orders that the sentencing hearing is continued until the 2nd day of November, 2018 at 8:30 a.m., courtroom to be determined at a later date.

IT IS SO ORDERED.

Dated this 15th day of August, 2018.

*Eric F. Melgren*
HONORABLE ERIC F. MELGREN
UNITED STATES DISTRICT COURT JUDGE