# EXHIBIT 1

| | |
|---|---|
| FILE NUMBER: | 266T-KC-7542690-1D7 |
| DATE: | 06/14/2016 |
| TIME: | 6:00 p.m. (1800 hours) |
| RECORDING NUMBER: | 1D7 |
| LENGTH OF RECORDING: | 03:23:58 |
| LOCATION: | GARDEN CITY, KANSAS / LIBERAL, KANSAS |
| PARTICIPANTS: | S-73282 (Confidential Human Source) |
| | PATRICK STEIN |
| | BRODY BENSON |
| | SHELBY LEWIS |
| | SA AMY KUHN (FBI) |
| | SA ROBIN SMITH (FBI) |

This is SA (Special Agent), this is SA Amy Kuhn. It is June 14th, 2016. It's approximately six (6) o'clock p.m., and I am turning on a recording device to give to Minute Man to go to a meeting with Patrick Stein up by Hutchinson, Kansas.

(non-pertinent until 45:44)

| | |
|---|---|
| SA KUHN: | (on phone) Hello, okay. Yeah, we're pulling in and you're being recorded just so you know. Bye. |
| CHS: | (Walking) (music in background) OK, I'm here, they dropped me off (unintelligible). I'm walking through the mall right now. I'll be out there in a second. Uh, I'm walking towards that side. Okay. Hello, Hello, Hey. It's going to be, I might not be able to call you. The phone's going dead okay. Tell mom that okay. I love you, bye. |
| CHS: | Mm, fuck. Oh, sheez. Talk about a bad fucking day. |
| STEIN: | Well, I guess so. |

| | |
|---|---|
| STEIN: | Right. |
| CHS: | instead to just blowing it off and saying . . . |

(hear beeps and voice say "anybody on?")

| | |
|---|---|
| CHS: | Yeah you there? You got a copy? |
| STEIN: | I gotcha. |
| CHS: | Okay, XO has gotcha now. |
| STEIN: | (on phone) Where are you at Commander? (pauses) OH hell, okay. Well haven't heard from ya all day, been tryin' to get ahold of ya and couldn't so I was getting a little bit concerned. I gotcha. Did you get the, uh, messages that I sent to you with the address and everything? I think I sent it over Messenger. Got a meeting over here at eight o'clock, West of Hutch. Uh out here by Brody's. Gonna start putting a plan together. Roger that, Fuck he's still clear up by Topeka. |
| CHS: | Oh shit. |
| STEIN: | Really that ain't a whole, that ain't very far really, I mean. |
| CHS: | Hell yeah Topeka's only |
| STEIN: | He gets to Wichita, you know, and then . . . it ain't, it's not all that far. |
| CHS: | Did he get the messages? |
| STEIN: | See I don't (unintelligible) |
| CHS: | (overlapping) (unintelligible |
| STEIN: | He is paying the toll right now at the . . . on the turnpike. |
| CHS: | Thirty-one percent. |
| STEIN: | Helluva deal. |
| STEIN: | Fucking service all the way across this mother fucker is so God damn sketchy that . . . |

34

| | |
|---|---|
| BENSON: | So. Right when you called me today, you was all hot and bothered and I said wait til you get off the damn phone. |
| STEIN: | Still am hot and bothered. Um, fuckin' went to straight voicemail again. |
| CHS: | Curtis |
| STEIN: | Yeah |
| CHS: | Well |
| STEIN: | Well, I think you probably got a gist of why I was even calling. |
| BENSON: | Yeah, I got a gist. I just didn't want to call and talk— |
| STEIN: | Yeah |
| BENSON: | —about it on the phone or nothing. |
| STEIN: | Well, I wasn't gonna ya know go into details. I was just uh (unintelligible) out basically. |
| BENSON: | That's trying to put (unintelligible) |
| STEIN: | So, um I'll just put it this way guys I'm fuckin' done. I'm done waiting on somebody else to do something 'cuz it ain't gon fuckin' happen. I don't see it happening. We know the god damn feds ain't gon do shit. They're part of it. |
| LEWIS: | They're part of it. |
| STEIN: | We know. We |
| LEWIS: | (overlapping conversation) I was listening to Tom Brady on the way out here and the guys talking about all the little powder puffs running from each donut shop to donut shop. (laughs) It's true cause he's talking about how they keep saying that we have to build a bridge to the Muslims ya know |
| CHS: | Yeah |
| STEIN: | Man, fuck them. I'll build them a fuckin' bridge. |
| LEWIS: | (unintelligible) but there's more than just us. It's just how do you get everyone together on the same page of things. |