# EXHIBIT 2

| | |
|---|---|
| FILE NUMBER: | 266T-KC-7542690-1D16 |
| DATE: | 08/08/2016 |
| LENGTH OF RECORDING: | 06:23:08 |
| PARTICIPANTS: | SA AMY KUHN |
| | CHS |
| | UNKNOWN FEMALE [UF] |
| | UNKNOWN MALE [UM] |
| | GAVIN WRIGHT |
| | PATRICK STEIN |
| | CURTIS ALLEN |
| ABBREVIATIONS: | PHONETIC [PH] |
| | UNINTELLIGIBLE [UI] |
| | OVERLAPPING VOICE [OV] |
| | SIMULTANEOUS CONVERSATIONS [SC] |

SMITH: It went on.

KUHN: This is SA Amy Kuhn [PH], uh, it's approximately 12:35 p.m. August… What's today? August 8th, 2016. And I'm handing a recording device to Minuteman who is going to go to a meeting with Curtis Allen, Patrick Stein, and Gavin Wright in Liberal, Kansas.

[Rustling and walking sounds]

[Opens and closes vehicle door, starts vehicle]

[Radio in background]

ALLEN: You are going to put this out. We got to figure out what we're going to do. That way all… All--and then we'll put right there in it, somehow put it in wording where when somebody reads it, at the end of it, they'll be like, this is what we need to be doing, or we've got to start doing this, you know what I'm saying?

CHS: Right.

ALLEN: So we'll have to word it like, when they're talking about some other fucking militia unit in Oklahoma--

WRIGHT: Yeah, yeah, yeah.

ALLEN: --[UI] these guys are doing what we need to be doing.

WRIGHT: That's right. We've been thinking about this for months.

ALLEN: Same damn thing. They're talking just like we are.

WRIGHT: Yeah, yeah, yeah.

ALLEN: But they're never going to do anything is what I'm saying. If we start doing this on a nationwide basis. You know it might take three months, 6 months before everybody started doing it. But six months and everybody doing it that could shut down their plans. You know what I mean? Or fucking speed them up to the fucking [UI].

CHS: Can you imagine if they rose up? I mean, people started rising up militias like that. I think it's, you know, like we talked about before that used to be the fucking match.

WRIGHT: Yeah.

CHS: Everybody's ready.

ALLEN: That's what I'm saying. That's what I'm saying… I already…

STEIN: Well I'll tell you what's going to happen. With an uprising like that and civil war breaks out you're going to have Russia and China, boom, right here on our property.

ALLEN: I think the Chinese is going to be the one's coming down.

WRIGHT: I think they're already here.

WRIGHT: Yep, and that's going to be fucking… Then we're definitely going to be labeled as fucking terrorists.

ALLEN: We're already labeled that.

WRIGHT: I understand that.

CHS: I think we just need to take one step at a time, because fucking [UI].

ALLEN: [UI] that's what I'm saying. What's the first step? That's what we're talking.

CHS: Okay. What-what's our primary…

ALLEN: Taking over a bunch of billboards and saying, all you [UI] will be killed, or taking over a bunch of billboards [UI].

CHS: [OV] [UI]

ALLEN: We need--if we could pick out like, 10 short sayings and hit the whole state. Do like, 10 billboards.

CHS: What--what's the most immediate threat to us right now?

ALLEN: [UI]

STEIN: Our government.

CHS: Our government. Okay. Uh, like on Garden City--these fuckers. You know--

STEIN: They ain't a threat to us yet.

CHS: Not yet. But they're fucking--they're there--they're here. They're fucking everywhere.

WRIGHT: Mm-hmm.

ALLEN: I mean, if I could I'd fucking go somewhere and, you know, do something like in fucking I don't know, like in Michigan or somewhere where they are a threat.

WRIGHT: That's it.

STEIN: Dearborn?

ALLEN: Yeah. Or fucking Washington.

ALLEN: Yeah, that's what I'm saying.

CHS: --to do anything.

ALLEN: By then it ain't going to matter. By the time you wake up. But at that point, when people are waking up, it's not going to matter.

CHS: So I can't--I can't let what could happen a year from now or six months ago dictate what we fucking do now. I mean, you just can't do it.

STEIN: We got to do something that's going to accomplish something.

CHS: Right, I mean… Wh-wh-what… Like okay…

STEIN [OV] I understand [UI].

CHS: We got to start--you got to start off like that manifesto. I mean, it's small, but it's big like fucking open--that would open…

ALLEN: Yeah, but your… What are you going to do to make that happen?

CHS: Okay.

ALLEN: If we're going to do that we agree that we need to the manifesto. Whatever actions we take…

CHS: First of all, I think we need to come up with a manifesto. Brainstorm wha-what-what…

STEIN: I think before that we need to figure out what are we trying to accomplish by doing a manifesto? That's what I want to know.

ALLEN: We're going to try to trigger the other like-minded people across the nation to fucking stand up and start doing the same thing we're doing.

CHS: Exactly.

STEIN: Against the UN--or the--

ALLEN: Muslims.

STEIN: --cockroaches.

ALLEN: Muslims and Government.

WRIGHT:    Yep.

CHS:       What else--what else is there to do?

ALLEN:     Well, I guess the government. Because that covers the UN and Muslims.

WRIGHT:    Yeah, exactly.

ALLEN:     But whatever action we take to get the manifesto out there. If we do it and we're hitting mosques or we're killing, you know--

CHS:       I think the first--

ALLEN:     --landlords or whatever.

WRIGHT:    Yeah, yeah, yeah.

ALLEN:     Then that would probably be the actions that they think.

CHS:       When we talked about taking the landlords there. I mean, that would put fear in so many… When we talked about taking, uh, what's his name--

WRIGHT:    Burgess.

CHS:       --Burgess. Taking him you know, and leaving that--and that leaving the manifesto. How much fear would that put in fucking people, you know--

WRIGHT:    Not to rent to them.

CHS:       --not to rent. That's just one thing. That's just a small… That's-that's playing a psychological games with them. But the real--it's really happening. It's got to start somewhere. It's--it's like a fuse, you know. Set a fuse off and--

WRIGHT:    I agree. Start the fire.

CHS:       --so I think we can't-can't be at the bl-- be blinded what--by everything. There's too many other fucking obstacles that can over, you know, that could come up. We got to stay focused.

ALLEN:     That's what I'm saying. What this thing doesn't mean anything to me. I mean, I already believe it anyway.

CHS:       Yeah.

ALLEN: But I'm not going to let it sit and fucking keep me up at night. We need to work on--we need to be doing something. I mean, it's not like I'm saying do different things, but--

CHS: That's what--that's what--I believe what you said--what you said.

STEIN: I'm not saying we don't need to do anything. A-a-all I was saying was, I think maybe our-our-our fucking end goal maybe has changed a bit. I mean--I have thought for years. I've said it for fucking years that if we, the American people knew what is going on D.C. we would storm that place--fucking place, we would grab every motherfucker up there--

WRIGHT: Mm-hmm.

STEIN: --we'd lynch them downtown and burn the whole motherfucker to the ground. But we don't know a tenth of what goes on in there. And now we find out, you know, and with that thought process and not knowing all of that, thinking okay we-we can slow the fucking ragheads down eventually, or get those motherfuckers taken care of up in D.C. Hopefully maybe with the LRC or if we could ever unite and fucking just go up there and grab the motherfuckers would be another thing, or Trump comes in. I mean, there's a whole scenario thing. But at least what we had in D.C. was salvageable. What I read in that fucking article--

ALLEN: Oh, I know.

STEIN: --that motherfucker is nothing but a shit sandwich pile of fucking shit. We have nothing to get out of our fucking federal government, nothing. We would have to start from scratch.

ALLEN: [OV] [UI] right now needs hung in the future.

STEIN: That's right.

WRIGHT: That's it, I agree.

ALLEN: I don't give a fuck if you're paid [UI] 19 years old in college.

STEIN: That's right, every goddamn one. So I mean, with that being the case where does that take us, you know, here? Where does that take us, you know, from there? I mean, do we still focus on the Muslims? Do we, you know…

WRIGHT: Park the bomb next to the fucking Senate and blow the whole fucking building up.

|  |  |
|---|---|
|  | know. But I think--don't you start on the--on the manifesto with goals like that? That's fucking perfect. I mean, it's going to take several things to probably meet up to that, you know. |
| STEIN: | I know one thing that'll shut down any goddamn state anytime, anywhere and that's electricity. You take out the fucking power grid in a state that state shuts down, done. |
| ALLEN: | Yeah. |
| STEIN: | Period. I mean, you go from 20th Century to fucking stone ages, instantly. |
| WRIGHT: | I'm sure.  Well and a lot of places got 24 hours-worth of power-- |
| CHS: | Security, yeah. |
| WRIGHT: | --but still. |
| STEIN: | [UI] |
| WRIGHT: | [OV] All the state buildings got generators. |
| STEIN: | [OV] Oh, they'll have generators, yeah.  Because if you go out-- |
| WRIGHT: | [OV] But the fuel will go out eventually. |
| ALLEN: | They're not going to shut the state down like that. |
| STEIN: | [OV] No, no, no I know what you're saying. |
| ALLEN: | All I'm saying is all of sudden it just wakes up all at the same time. |
| CHS: | Exactly. |
| STEIN: | Oh. |
| CHS: | Yeah, yeah. |
| ALLEN: | You know what I'm saying? I mean, everybody in Kansas goes like, what the fuck? Where did that come from?  I'm saying, something major that fucking everybody in the state-- |
| WRIGHT: | I agree. |

WRIGHT: --[OV] [UI] going there.

ALLEN: That's in Liberal Kansas.

CHS: Yeah.

ALLEN: But that would still be statewide.

CHS: That would get something done, to get attention.

ALLEN: Yeah.

WRIGHT: Yeah.

CHS: And then if they didn't do it then need to worry.

ALLEN: Yeah, [UI] to write the fucking manifesto. So far we haven't hurt anyone. And then put the fucking list below that.

WRIGHT: Yeah.

ALLEN: You know? We let the fucking--we don't--we list the fucking Chiefs of Police, Sheriff Department officers that we know are bad. You know what I'm saying?

WRIGHT: Yeah.

ALLEN: Not the good ones, but the bad ones.

WRIGHT: Yeah.

CHS: It's Slattery in here [UI].

WRIGHT: Yeah, Snyder [PH] is one of them.

ALLEN: But you know what I'm getting at?

WRIGHT: Wes Whi-Whitmore [PH].

ALLEN: And then they got fucking a list of 500 people, you know? But they ain't going to guard all of them motherfuckers. They can't.

WRIGHT: Yeah.

ALLEN: You know what I'm getting at?

ALLEN: What the fuck is he thinking? Jesus, we need to all hunt this motherfucker down. [Laughs]

ALLEN: Goddamn.

WRIGHT: Oh, yeah you have a fucking everybody out here looking for your ass. I guarantee you.

CHS: [Laughs]

WRIGHT: But if it's a Muslim just killed a white guy. Okay, no big deal. Fuck it. We just got rid of one of the white guys. I mean…

STEIN: The National B fucking Tyson, Cargill in Dodge… Oh fucking…

WRIGHT: That fucking Don Tyson's [PH] is crooked bastard.

ALLEN: I'll tell you.

WRIGHT: Fuck yes, he is a crooked son… Don Tyson.

CHS: Oh, Tyson.

WRIGHT: He is a crooked motherfucker. Him and Clinton go back to Arkansas.

CHS: Yes, Springdale, um, Springdale.

STEIN: If these motherfuckers didn't have a place to stay, or a fucking job they wouldn't be here.

WRIGHT: That's right. They couldn't get here if it wasn't for our government.

STEIN: We're paying for them to get here.

WRIGHT: That's right.

STEIN: But once they're here--

WRIGHT: Yeah.

STEIN: --if you know, they ain't got a job and a place to live…

ALLEN: That's it.