# EXHIBIT 3

UNCLASSIFIED



**FBI LABORATORY**
**SUMMARY OF LATENT PRINT UNITS RESULTS**

Case ID number: KC-7542690
Laboratory number: 2016-03429-20
Other number:
Examiner: D. J. Fife at (703) 632-8392

The following table provides information regarding the identification(s):

| Identification(s) | | | | |
|---|---|---|---|---|
| **Individual Identified** | **Item Number** | **Item Description** | **1B#** | **Number of Prints** |
| CURTIS W. ALLEN, 679197PA7 | Item 24-6 | One page of a thirty-one page document bearing "handb_explosives_explainedtxt" | 1B46 | 55 |
| | Item 24-12 | One page of a thirty-one page document bearing "handb_explosives_explainedtxt" | 1B46 | |
| | Item 24-27 | One page of a thirty-one page document bearing "handb_explosives_explainedtxt" | 1B46 | |
| | Item 24-31 | One page of a thirty-one page document bearing "handb_explosives_explainedtxt" | 1B46 | |
| | Item 24-37 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols _1_2_3" | 1B46 | |
| | Item 24-40 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols _1_2_3" | 1B46 | |
| | Item 24-43 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols _1_2_3" | 1B46 | |
| | Item 24-44 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols _1_2_3" | 1B46 | |

UNCLASSIFIED

UNCLASSIFIED

| Identification(s) | | | | |
|---|---|---|---|---|
| **Individual Identified** | **Item Number** | **Item Description** | **1B#** | **Number of Prints** |
| CURTIS W. ALLEN, 679197PA7 | Item 24-45 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols _1_2_3" | 1B46 | ↑ |
| | Item 24-46 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols _1_2_3" | 1B46 | |
| | Item 24-48 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols _1_2_3" | 1B46 | |
| | Item 24-49 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols _1_2_3" | 1B46 | |
| | Item 24-204 | One page of a thirty-one page document bearing "handb_explosives_explainedtxt (2)" | 1B46 | |
| | Item 24-205 | One page of a thirty-one page document bearing "handb_explosives_explainedtxt (2)" | 1B46 | |
| | Item 24-211 | One page of a thirty-one page document bearing "handb_explosives_explainedtxt (2)" | 1B46 | |
| | Item 24-212 | One page of a thirty-one page document bearing "handb_explosives_explainedtxt (2)" | 1B46 | |
| | Item 24-214 | One page of a thirty-one page document bearing "handb_explosives_explainedtxt (2)" | 1B46 | |
| | Item 24-279 | One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" | 1B46 | |
| | Item 25-4 | Page bearing "Gideon's Guardians: New Meth Recipe - a/k/a Easter Bunny Meth" | 1B46 | |
| | Item 25-14 | One page of a twenty-two page document bearing "The Complete Recreational Drugs Handbook" | 1B46 | |
| | Item 25-28 | One page of a sixteen page document bearing "Ameth2" | 1B46 | |
| | Item 25-29 | One page of a sixteen page document bearing "Ameth2" | 1B46 | |
| | Item 25-37 | One page of a sixteen page document bearing "Ameth2" | 1B46 | |
| | Item 25-43 | One page of a four page document bearing "Phrack Magazine" | 1B46 | |

| | | Identification(s) | | |
|---|---|---|---|---|
| **Individual Identified** | **Item Number** | **Item Description** | **1B#** | **Number of Prints** |
| CURTIS W. ALLEN, 679197PA7 | Item 25-45 | One page of a four page document bearing "Phrack Magazine" | 1B46 | ↑ |
| | Item 25-49 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-50 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-51 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-55 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-58 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-119 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-133 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-387 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 26-5 | One page of an eight page document bearing "smoke_smoke-mi" | 1B46 | |
| | Item 26-8 | One page of an eight page document bearing "smoke_smoke-mi" | 1B46 | |
| | Item 26-9 | One page of an eight page document bearing "smoke_smoke-mi" | 1B46 | |
| | Item 26-10 | One page of an eight page document bearing "smoke_smoke-mi" | 1B46 | |
| | Item 26-61 | One page of a two page document bearing "Nitromethane Liquid Explosives" | 1B46 | |
| | Item 26-75 | One page of a two page document bearing "Concealing PETN" | 1B46 | |
| | Item 26-80 | One page of a five page document bearing "An AP beginner's manual" | 1B46 | |
| | Item 26-95 | One page of a forty-two page document bearing "Improvised Primary Explosives" | 1B46 | |

2016-03429-20
iii

UNCLASSIFIED

| Identification(s) | | | | |
|---|---|---|---|---|
| **Individual Identified** | **Item Number** | **Item Description** | **1B#** | **Number of Prints** |
| CURTIS W. ALLEN, 679197PA7 | Item 26-98 | One page of a forty-two page document bearing "Improvised Primary Explosives" | 1B46 | ↑ |
| | Item 27-1 | Page bearing "...Phenonol2 polypropylene..." | 1B46 | |
| | Item 27-9 | Page bearing "...2.9g Alum foil..." | 1B46 | |
| | Item 28 | One page of two page document beginning "9/1/2016 Explosives Synthesis..." from Space Station Storage Unit F002 | 1B46 | |
| | Item 30 | One page document bearing "Materials Equipment Hexamine..." from Space Station Storage Unit F002 | 1B46 | |
| GAVIN WAYNE WRIGHT, V1RLD1CP5 | Item 24-42 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" | 1B46 | 97 |
| | Item 24-48 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" | 1B46 | |
| | Item 24-177 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" | 1B46 | |
| | Item 24-178 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" | 1B46 | |
| | Item 24-179 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" | 1B46 | |
| | Item 24-181 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" | 1B46 | |
| | Item 24-183 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" | 1B46 | |

UNCLASSIFIED

| Identification(s) | | | | |
|---|---|---|---|---|
| **Individual Identified** | **Item Number** | **Item Description** | **1B#** | **Number of Prints** |
| GAVIN WAYNE WRIGHT, V1RLD1CP5 | Item 24-184 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" | 1B46 | ↑ |
| | Item 24-282 | One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" | 1B46 | |
| | Item 25-51 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-52 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-54 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-55 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-56 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-57 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-59 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-110 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-112 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-113 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-116 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |

UNCLASSIFIED

| Identification(s) | | | | |
|---|---|---|---|---|
| **Individual Identified** | **Item Number** | **Item Description** | **1B#** | **Number of Prints** |
| GAVIN WAYNE WRIGHT, V1RLD1CP5 | Item 25-118 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-125 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" | 1B46 | |
| | Item 25-335 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-337 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-338 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-340 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-341 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | ↑ |
| | Item 25-342 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-343 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-345 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-348 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-349 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-350 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |

UNCLASSIFIED

UNCLASSIFIED

| Identification(s) | | | | |
|---|---|---|---|---|
| **Individual Identified** | **Item Number** | **Item Description** | **1B#** | **Number of Prints** |
| GAVIN WAYNE WRIGHT, V1RLD1CP5 | Item 25-353 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-354 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-355 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-356 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-357 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-359 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-385 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | ↑ |
| | Item 25-388 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-389 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-391 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-395 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-396 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 25-397 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |

UNCLASSIFIED

| Identification(s) | | | | |
|---|---|---|---|---|
| Individual Identified | Item Number | Item Description | 1B# | Number of Prints |
| GAVIN WAYNE WRIGHT, V1RLD1CP5 | Item 25-398 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | ↑ |
| | Item 25-399 | One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" | 1B46 | |
| | Item 26-12 | One page of two page document bearing "smoke_formula_for_different_colour_ smokescreens" | 1B46 | |
| | Item 26-13 | One page of a two page document bearing "smoke_howtomakesmokebombs" | 1B46 | |
| | Item 26-37 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" | 1B46 | |
| | Item 26-41 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" | 1B46 | |
| | Item 26-42 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" | 1B46 | |
| | Item 26-46 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" | 1B46 | |
| | Item 26-49 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" | 1B46 | |
| | Item 26-51 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" | 1B46 | |
| | Item 26-52 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" | 1B46 | |
| | Item 26-67 | One page of a six page document bearing "Improvised PETN" | 1B46 | |
| | Item 26-69 | One page of a six page document bearing "Improvised PETN" | 1B46 | |
| | Item 26-70 | One page of a six page document bearing "Improvised PETN" | 1B46 | |
| | Item 26-73 | One page of a three page document bearing "TNP Synthese" | 1B46 | |
| | Item 26-80 | One page of a five page document bearing "An AP beginner's manual" | 1B46 | |
| | Item 26-81 | One page of a five page document bearing "An AP beginner's manual" | 1B46 | |
| | Item 26-82 | One page of a five page document bearing "Acetone Peroxide" | 1B46 | |

UNCLASSIFIED

| Identification(s) | | | | |
|---|---|---|---|---|
| **Individual Identified** | **Item Number** | **Item Description** | **1B#** | **Number of Prints** |
| GAVIN WAYNE WRIGHT, V1RLD1CP5 | Item 26-86 | One page of a five page document bearing "Acetone Peroxide" | 1B46 | ↑ |
| | Item 26-89 | One page of a four page document bearing "Electric Detonator" | 1B46 | |
| | Item 26-90 | One page of a four page document bearing "Electric Detonator" | 1B46 | |
| | Item 26-91 | One page of a two page document bearing "Picric Acid Home Manufacture" | 1B46 | |
| | Item 26-92 | One page of a two page document bearing "Picric Acid Home Manufacture" | 1B46 | |
| | Item 26-98 | One page of a forty-two page document bearing "Improvised Primary Explosives" | 1B46 | |
| | Item 26-102 | One page of a forty-two page document bearing "Improvised Primary Explosives" | 1B46 | |
| | Item 26-103 | One page of a forty-two page document bearing "Improvised Primary Explosives" | 1B46 | |
| | Item 26-105 | One page of a forty-two page document bearing "Improvised Primary Explosives" | 1B46 | |
| | Item 26-106 | One page of a forty-two page document bearing "Improvised Primary Explosives" | 1B46 | |
| | Item 26-108 | One page of a forty-two page document bearing "Improvised Primary Explosives" | 1B46 | |
| | Item 26-137 | One page of a twenty-five page document bearing "Deadly Brew" | 1B46 | |
| | Item 26-138 | One page of a twenty-five page document bearing "Deadly Brew" | 1B46 | |
| | Item 26-139 | One page of a twenty-five page document bearing "Deadly Brew" | 1B46 | |
| | Item 26-142 | One page of a twenty-five page document bearing "Deadly Brew" | 1B46 | |
| | Item 26-146 | One page of a twenty-five page document bearing "Deadly Brew" | 1B46 | |
| | Item 26-147 | One page of a twenty-five page document bearing "Deadly Brew" | 1B46 | |
| | Item 26-152 | One page of a twenty-five page document bearing "Deadly Brew" | 1B46 | |
| | Item 26-153 | One page of a twenty-five page document bearing "Deadly Brew" | 1B46 | |
| | Item 26-155 | One page of a twenty-five page document bearing "Deadly Brew" | 1B46 | |
| | Item 26-160 | One page of a twenty-five page document bearing "Deadly Brew" | 1B46 | |

UNCLASSIFIED

UNCLASSIFIED

| Identification(s) | | | | |
|---|---|---|---|---|
| **Individual Identified** | **Item Number** | **Item Description** | **1B#** | **Number of Prints** |
| GAVIN WAYNE WRIGHT, V1RLD1CP5 | Item 27-1 | Page bearing "...Phenonol2 polypropylene..." | 1B46 | ↑ |

This is a summarization of select information contained within the official Laboratory Report. Please see the attached report for complete and official documentation of the request for friction ridge print examinations.

2016-03429-20
x

7-1 LIMS (Rev. 10-2-17)

UNCLASSIFIED



# FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

To: Robin Smith
Special Agent
Kansas City

Date: December 18, 2017

Case ID No.: KC-7542690

Lab No.: 2016-03429-20

Communication(s): December 1, 2017

Agency Reference(s): KC-2070073; KC-2071676

Subject(s):

Victim(s):

Discipline(s): Latent Prints

FBI Laboratory Evidence Designator(s):

*Item 22    Box and packaging insert from Space Station Storage Unit F002 (1B46, E5480025)

Item 22-1   Packaging insert from Item 22 (1B46, E5480025)

Item 23     Digital scale from Item 22 (1B46, E5480025)

*Item 24    Binder from Space Station Storage Unit F002 (1B46, E5480025)

Item 24-1   One page of a thirty-one page document bearing "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-2  One page of a thirty-one page document bearing "handb_explosives_explainedtxt" (1B46, E5480025)

Item 24-3   One page of a thirty-one page document bearing "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-4  One page of a thirty-one page document bearing "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-5  One page of a thirty-one page document bearing "handb_explosives_explainedtxt" (1B46, E5480025)

Item 24-6   One page of a thirty-one page document bearing "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-7  One page of a thirty-one page document bearing "handb_explosives_explainedtxt" (1B46, E5480025)

Summary of Results (1)
Page 1 of 60

UNCLASSIFIED

UNCLASSIFIED

*Item 24-8        One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-9        One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-10       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-11       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

Item 24-12        One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-13       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-14       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-15       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-16       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-17       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-18       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-19       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-20       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-21       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-22       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-23       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

Item 24-24        One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-25       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

Page 2 of 60

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

Item 24-26        One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

Item 24-27        One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-28       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-29       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-30       One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

Item 24-31        One page of a thirty-one page document bearing
                  "handb_explosives_explainedtxt" (1B46, E5480025)

*Item 24-32       Manila divider (1B46, E5480025)

Item 24-33        One page of a one hundred fifty-two page document bearing
                  "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-34        One page of a one hundred fifty-two page document bearing
                  "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

*Item 24-35       One page of a one hundred fifty-two page document bearing
                  "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

*Item 24-36       One page of a one hundred fifty-two page document bearing
                  "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-37        One page of a one hundred fifty-two page document bearing
                  "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

*Item 24-38       One page of a one hundred fifty-two page document bearing
                  "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-39        One page of a one hundred fifty-two page document bearing
                  "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-40        One page of a one hundred fifty-two page document bearing
                  "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

*Item 24-41       One page of a one hundred fifty-two page document bearing
                  "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-42        One page of a one hundred fifty-two page document bearing
                  "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-43        One page of a one hundred fifty-two page document bearing
                  "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-44        One page of a one hundred fifty-two page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

|  |  |
|---|---|
|  | "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| Item 24-45 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| Item 24-46 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| *Item 24-47 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| Item 24-48 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| Item 24-49 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| Item 24-50 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| **Item 24-51 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| **Item 24-52 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| **Item 24-53 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| **Item 24-54 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| **Item 24-55 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| **Item 24-56 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| **Item 24-57 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| **Item 24-58 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| **Item 24-59 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| **Item 24-60 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| **Item 24-61 | One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025) |
| **Item 24-62 | One page of a one hundred fifty-two page document bearing |

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-63**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-64**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-65**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-66**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-67**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-68**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-69**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-70**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-71**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-72**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-73**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-74**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-75**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-76**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-77**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-78**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-79**    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-80**    One page of a one hundred fifty-two page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-81      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-82      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-83      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-84      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-85      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-86      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-87      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-88      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-89      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-90      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-91      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-92      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-93      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-94      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-95      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-96      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-97      One page of a one hundred fifty-two page document bearing
                   "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-98      One page of a one hundred fifty-two page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-99    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-100    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-101    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-102    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-103    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-104    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-105    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-106    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-107    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-108    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-109    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-110    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-111    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-112    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-113    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-114    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-115    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-116    One page of a one hundred fifty-two page document bearing

Page 7 of 60

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-117   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-118   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-119   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-120   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-121   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-122   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-123   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-124   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-125   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-126   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-127   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-128   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-129   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-130   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-131   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-132   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-133   One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-134   One page of a one hundred fifty-two page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-135    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-136    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-137    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-138    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-139    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-140    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-141    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-142    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-143    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-144    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-145    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-146    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-147    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-148    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-149    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-150    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-151    One page of a one hundred fifty-two page document bearing "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-152    One page of a one hundred fifty-two page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

      "handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-153  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-154  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-155  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-156  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-157  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-158  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-159  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-160  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-161  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-162  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-163  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-164  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-165  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-166  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-167  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-168  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-169  One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-170  One page of a one hundred fifty-two page document bearing

Page 10 of 60

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-171    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-172    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-173    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-174    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

**Item 24-175    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-176    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-177    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-178    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-179    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

*Item 24-180    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-181    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

*Item 24-182    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-183    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

Item 24-184    One page of a one hundred fifty-two page document bearing
"handb_improvised_munitions_black_books_vols_1_2_3" (1B46, E5480025)

*Item 24-185    Manila divider (1B46, E5480025)

*Item 24-186    One page of a thirty-one page document bearing
"handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-187    One page of a thirty-one page document bearing
"handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-188    One page of a thirty-one page document bearing

Page 11 of 60

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-189        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-190        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-191        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-192        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-193        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-194        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-195        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-196        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-197        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-198        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-199        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-200        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-201        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-202        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-203        One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

Item 24-204         One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

Item 24-205         One page of a thirty-one page document bearing
                    "handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-206        One page of a thirty-one page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-207    One page of a thirty-one page document bearing
"handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-208    One page of a thirty-one page document bearing
"handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-209    One page of a thirty-one page document bearing
"handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-210    One page of a thirty-one page document bearing
"handb_explosives_explainedtxt (2)" (1B46, E5480025)

Item 24-211     One page of a thirty-one page document bearing
"handb_explosives_explainedtxt (2)" (1B46, E5480025)

Item 24-212     One page of a thirty-one page document bearing
"handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-213    One page of a thirty-one page document bearing
"handb_explosives_explainedtxt (2)" (1B46, E5480025)

Item 24-214     One page of a thirty-one page document bearing
"handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-215    One page of a thirty-one page document bearing
"handb_explosives_explainedtxt (2)" (1B46, E5480025)

Item 24-216     One page of a thirty-one page document bearing
"handb_explosives_explainedtxt (2)" (1B46, E5480025)

*Item 24-217    Manila divider (1B46, E5480025)

Item 24-218     One page of a seventy-four page document bearing "FOR ACADEMIC
STUDY ONLY" (1B46, E5480025)

*Item 24-219    One page of a seventy-four page document bearing "FOR ACADEMIC
STUDY ONLY" (1B46, E5480025)

*Item 24-220    One page of a seventy-four page document bearing "FOR ACADEMIC
STUDY ONLY" (1B46, E5480025)

*Item 24-221    One page of a seventy-four page document bearing "FOR ACADEMIC
STUDY ONLY" (1B46, E5480025)

*Item 24-222    One page of a seventy-four page document bearing "FOR ACADEMIC
STUDY ONLY" (1B46, E5480025)

*Item 24-223    One page of a seventy-four page document bearing "FOR ACADEMIC
STUDY ONLY" (1B46, E5480025)

*Item 24-224    One page of a seventy-four page document bearing "FOR ACADEMIC

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

STUDY ONLY" (1B46, E5480025)

*Item 24-225       One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-226      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-227      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-228      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-229      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-230      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-231      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-232      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-233      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-234      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-235      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-236      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-237      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-238      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-239      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-240      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-241      One page of a seventy-four page document bearing "FOR ACADEMIC
                   STUDY ONLY" (1B46, E5480025)

**Item 24-242      One page of a seventy-four page document bearing "FOR ACADEMIC

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

STUDY ONLY" (1B46, E5480025)

**Item 24-243    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-244    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-245    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-246    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-247    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-248    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-249    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-250    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-251    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-252    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-253    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-254    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-255    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-256    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-257    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-258    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-259    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-260    One page of a seventy-four page document bearing "FOR ACADEMIC

Page 15 of 60

2016-03429-20

UNCLASSIFIED

STUDY ONLY" (1B46, E5480025)

**Item 24-261    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-262    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-263    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-264    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-265    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-266    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-267    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-268    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-269    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-270    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-271    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-272    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-273    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-274    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

**Item 24-275    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

*Item 24-276    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

*Item 24-277    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

Item 24-278    One page of a seventy-four page document bearing "FOR ACADEMIC

Page 16 of 60

2016-03429-20

UNCLASSIFIED

STUDY ONLY" (1B46, E5480025)

Item 24-279    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

Item 24-280    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

Item 24-281    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

Item 24-282    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

*Item 24-283    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

*Item 24-284    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

*Item 24-285    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

*Item 24-286    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

*Item 24-287    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

*Item 24-288    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

*Item 24-289    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

Item 24-290    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

*Item 24-291    One page of a seventy-four page document bearing "FOR ACADEMIC STUDY ONLY" (1B46, E5480025)

*Item 25    Binder from Space Station Storage Unit F002 (1B46, E5480025)

*Item 25-1    Page bearing "Gideon's Guardians: New Meth Recipe - a/k/a Easter Bunny Meth" (1B46, E5480025)

*Item 25-2    Page bearing "Gideon's Guardians: New Meth Recipe - a/k/a Easter Bunny Meth" (1B46, E5480025)

Item 25-3    Page bearing "Gideon's Guardians: New Meth Recipe - a/k/a Easter Bunny Meth" (1B46, E5480025)

Item 25-4    Page bearing "Gideon's Guardians: New Meth Recipe - a/k/a Easter Bunny Meth" (1B46, E5480025)

Page 17 of 60

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

*Item 25-5          One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-6          One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-7          One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-8          One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-9          One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-10         One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-11         One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-12         One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-13         One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

Item 25-14          One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-15         One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-16         One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-17         One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-18         One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-19         One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-20         One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-21         One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

*Item 25-22         One page of a twenty-two page document bearing "The Complete Recreational
                    Drugs Handbook" (1B46, E5480025)

Page 18 of 60

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| *Item 25-23 | One page of a twenty-two page document bearing "The Complete Recreational Drugs Handbook" (1B46, E5480025) |
| *Item 25-24 | One page of a twenty-two page document bearing "The Complete Recreational Drugs Handbook" (1B46, E5480025) |
| *Item 25-25 | One page of a twenty-two page document bearing "The Complete Recreational Drugs Handbook" (1B46, E5480025) |
| *Item 25-26 | One page of a twenty-two page document bearing "The Complete Recreational Drugs Handbook" (1B46, E5480025) |
| *Item 25-27 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| Item 25-28 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| Item 25-29 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| *Item 25-30 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| *Item 25-31 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| *Item 25-32 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| *Item 25-33 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| *Item 25-34 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| *Item 25-35 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| *Item 25-36 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| Item 25-37 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| *Item 25-38 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| Item 25-39 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| *Item 25-40 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| *Item 25-41 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| *Item 25-42 | One page of a sixteen page document bearing "Ameth2" (1B46, E5480025) |
| Item 25-43 | One page of a four page document bearing "Phrack Magazine" (1B46, E5480025) |
| Item 25-44 | One page of a four page document bearing "Phrack Magazine" (1B46, E5480025) |
| Item 25-45 | One page of a four page document bearing "Phrack Magazine" (1B46, E5480025) |
| *Item 25-46 | One page of a four page document bearing "Phrack Magazine" (1B46, E5480025) |

UNCLASSIFIED

*Item 25-47    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

*Item 25-48    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-49    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-50    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-51    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-52    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-53    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-54    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-55    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-56    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-57    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-58    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-59    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-60    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-61    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-62    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-63    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-64    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Page 20 of 60

2016-03429-20

UNCLASSIFIED

**Item 25-65    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-66    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-67    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-68    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-69    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-70    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-71    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-72    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-73    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-74    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-75    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-76    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-77    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-78    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-79    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-80    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-81    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-82    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Page 21 of 60

2016-03429-20

UNCLASSIFIED

**Item 25-83      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-84      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-85      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-86      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-87      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-88      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-89      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-90      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-91      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-92      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-93      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-94      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-95      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-96      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-97      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-98      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-99      One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

**Item 25-100     One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| **Item 25-101 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| **Item 25-102 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| **Item 25-103 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| **Item 25-104 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| **Item 25-105 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| **Item 25-106 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| **Item 25-107 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| **Item 25-108 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| **Item 25-109 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| Item 25-110 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| *Item 25-110-1 | Self-stick note removed from Item 25-110 (1B46, E5480025) |
| Item 25-111 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| Item 25-112 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| Item 25-113 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| Item 25-114 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| *Item 25-115 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| Item 25-116 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| *Item 25-117 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025) |
| Item 25-118 | One page of a seventy-nine page document bearing "KITCHEN IMPROVISED |

Page 23 of 60

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-119     One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

*Item 25-120    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-121     One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

*Item 25-122    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

*Item 25-123    One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-124     One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

Item 25-125     One page of a seventy-nine page document bearing "KITCHEN IMPROVISED PLASTIC EXPLOSIVES" (1B46, E5480025)

*Item 25-126    Manila divider (1B46, E5480025)

*Item 25-127    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

*Item 25-128    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-129     One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

*Item 25-130    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

*Item 25-131    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

*Item 25-132    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-133     One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-134     One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-135   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-136   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Page 24 of 60

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

**Item 25-137   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-138   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-139   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-140   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-141   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-142   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-143   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-144   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-145   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-146   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-147   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-148   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-149   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-150   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-151   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-152   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-153   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-154   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Page 25 of 60

2016-03429-20

UNCLASSIFIED

**Item 25-155    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-156    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-157    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-158    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-159    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-160    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-161    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-162    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-163    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-164    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-165    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-166    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-167    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-168    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-169    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-170    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-171    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-172    One page of a two hundred seventy-three page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-173    One of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-174    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-175    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-176    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-177    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-178    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-179    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-180    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-181    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-182    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-183    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-184    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-185    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-186    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-187    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-188    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-189    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-190    One page of a two hundred seventy-three page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-191    One of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-192    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-193    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-194    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-195    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-196    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-197    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-198    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-199    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-200    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-201    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-202    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-203    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-204    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-205    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-206    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-207    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-208    One page of a two hundred seventy-three page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-209    One of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-210    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-211    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-212    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-213    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-214    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-215    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-216    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-217    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-218    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-219    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-220    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-221    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-222    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-223    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-224    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-225    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-226    One page of a two hundred seventy-three page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-227    One of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-228    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-229    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-230    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-231    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-232    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-233    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-234    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-235    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-236    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-237    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-238    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-239    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-240    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-241    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-242    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-243    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-244    One page of a two hundred seventy-three page document bearing

Page 30 of 60

2016-03429-20

UNCLASSIFIED

"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-245    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-246    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-247    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-248    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-249    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-250    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-251    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-252    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-253    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-254    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-255    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-256    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-257    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-258    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-259    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-260    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-261    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-262    One page of a two hundred seventy-three page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-263    One of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-264    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-265    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-266    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-267    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-268    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-269    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-270    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-271    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-272    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-273    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-274    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-275    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-276    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-277    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-278    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-279    One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-280    One page of a two hundred seventy-three page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-281  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-282  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-283  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-284  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-285  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-286  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-287  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-288  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-289  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-290  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-291  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-292  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-293  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-294  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-295  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-296  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-297  One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-298  One page of a two hundred seventy-three page document bearing

Page 33 of 60

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-299    One of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-300    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-301    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-302    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-303    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-304    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-305    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-306    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-307    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-308    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-309    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-310    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-311    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-312    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-313    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-314    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-315    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-316    One page of a two hundred seventy-three page document bearing

Page 34 of 60

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-317     One of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-318     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-319     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-320     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-321     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-322     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-323     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-324     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-325     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-326     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-327     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-328     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-329     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-330     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-331     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-332     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-333     One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-334     One page of a two hundred seventy-three page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-335   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-336   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-337   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-338   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-339   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-340   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-341   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-342   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-343   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-344   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-345   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

*Item 25-346   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-347   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-348   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-349   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-350   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

*Item 25-351   One page of a two hundred seventy-three page document bearing "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-352   One page of a two hundred seventy-three page document bearing

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-353    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-354    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-355    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-356    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-357    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

*Item 25-358    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-359    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-360    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-361    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-362    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-363    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-364    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-365    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-366    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-367    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-368    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-369    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-370    One page of a two hundred seventy-three page document bearing

Page 37 of 60

2016-03429-20

UNCLASSIFIED

"IMPROVED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-371    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-372    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-373    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-374    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-375    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-376    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-377    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-378    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-379    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-380    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-381    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-382    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-383    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

**Item 25-384    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-385    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-386    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-387    One page of a two hundred seventy-three page document bearing
"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-388    One page of a two hundred seventy-three page document bearing

Page 38 of 60

2016-03429-20

UNCLASSIFIED

"IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-389    One page of a two hundred seventy-three page document bearing
              "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-390    One page of a two hundred seventy-three page document bearing
              "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-391    One page of a two hundred seventy-three page document bearing
              "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-392    One page of a two hundred seventy-three page document bearing
              "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

*Item 25-393   One page of a two hundred seventy-three page document bearing
              "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-394    One page of a two hundred seventy-three page document bearing
              "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-395    One page of a two hundred seventy-three page document bearing
              "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-396    One page of a two hundred seventy-three page document bearing
              "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-397    One page of a two hundred seventy-three page document bearing
              "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-398    One page of a two hundred seventy-three page document bearing
              "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

Item 25-399    One page of a two hundred seventy-three page document bearing
              "IMPROVISED MUNITIONS HANDBOOK" (1B46, E5480025)

*Item 26       Binder from Space Station Storage Unit F002 (1B46, E5480025)

*Item 26-1     One page of a two page document bearing "Here is an archive of many different
              smoke bombs" (1B46, E5480025)

Item 26-2      One page of a two page document bearing "Here is an archive of many different
              smoke bombs" (1B46, E5480025)

Item 26-3      One page of an eight page document bearing "smoke_smoke-mi" (1B46,
              E5480025)

*Item 26-4     One page of an eight page document bearing "smoke_smoke-mi" (1B46,
              E5480025)

Item 26-5      One page of an eight page document bearing "smoke_smoke-mi" (1B46,
              E5480025)

*Item 26-6     One page of an eight page document bearing "smoke_smoke-mi" (1B46,

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

E5480025)

| | |
|---|---|
| Item 26-7 | One page of an eight page document bearing "smoke_smoke-mi" (1B46, E5480025) |
| Item 26-8 | One page of an eight page document bearing "smoke_smoke-mi" (1B46, E5480025) |
| Item 26-9 | One page of an eight page document bearing "smoke_smoke-mi" (1B46, E5480025) |
| Item 26-10 | One page of an eight page document bearing "smoke_smoke-mi" (1B46, E5480025) |
| *Item 26-11 | One page of two page document bearing "smoke_formula_for_different_colour_smokescreens" (1B46, E5480025) |
| Item 26-12 | One page of two page document bearing "smoke_formula_for_different_colour_smokescreens" (1B46, E5480025) |
| Item 26-13 | One page of a two page document bearing "smoke_howtomakesmokebombs" (1B46, E5480025) |
| *Item 26-14 | One page of a two page document bearing "smoke_howtomakesmokebombs" (1B46, E5480025) |
| **Item 26-15 | Manila divider (1B46, E5480025) |
| **Item 26-16 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025) |
| **Item 26-17 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025) |
| **Item 26-18 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025) |
| **Item 26-19 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025) |
| **Item 26-20 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025) |
| **Item 26-21 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025) |
| **Item 26-22 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025) |
| **Item 26-23 | One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025) |
| **Item 26-24 | One page of a thirty-eight page document bearing "Kitchen Improvised |

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

Blasting Caps" (1B46, E5480025)

**Item 26-25      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

**Item 26-26      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

**Item 26-27      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

**Item 26-28      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

**Item 26-29      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

**Item 26-30      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

**Item 26-31      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

**Item 26-32      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

**Item 26-33      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

**Item 26-34      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

**Item 26-35      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

Item 26-36      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

Item 26-37      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

*Item 26-38      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

Item 26-39      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

Item 26-40      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

Item 26-41      One page of a thirty-eight page document bearing "Kitchen Improvised
Blasting Caps" (1B46, E5480025)

Item 26-42      One page of a thirty-eight page document bearing "Kitchen Improvised

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

Blasting Caps" (1B46, E5480025)

Item 26-43    One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025)

Item 26-44    One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025)

*Item 26-45   One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025)

Item 26-46    One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025)

Item 26-47    One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025)

*Item 26-48   One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025)

Item 26-49    One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025)

Item 26-50    One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025)

Item 26-51    One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025)

Item 26-52    One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025)

*Item 26-53   One page of a thirty-eight page document bearing "Kitchen Improvised Blasting Caps" (1B46, E5480025)

*Item 26-54   Manila divider (1B46, E5480025)

*Item 26-55   One page of a two page document bearing "COMPOSITION C-4" (1B46, E5480025)

*Item 26-56   One page of a two page document bearing "COMPOSITION C-4" (1B46, E5480025)

*Item 26-57   One page document bearing "Ammonium Nitrate Explosives (NH4NO3)" (1B46, E5480025)

*Item 26-58   One page of a two page document bearing "highorder_anfo" (1B46, E5480025)

*Item 26-59   One page of a two page document bearing "highorder_anfo" (1B46, E5480025)

Item 26-60    One page of a two page document bearing "Nitromethane Liquid Explosives" (1B46, E5480025)

Item 26-61    One page of a two page document bearing "Nitromethane Liquid Explosives"

Page 42 of 60

2016-03429-20

UNCLASSIFIED

(1B46, E5480025)

| | |
|---|---|
| *Item 26-62 | One page of a three page document bearing "ANNM" (1B46, E5480025) |
| Item 26-63 | One page of a three page document bearing "ANNM" (1B46, E5480025) |
| Item 26-64 | One page of a three page document bearing "ANNM" (1B46, E5480025) |
| Item 26-65 | One page of a six page document bearing "Improvised PETN" (1B46, E5480025) |
| Item 26-66 | One page of a six page document bearing "Improvised PETN" (1B46, E5480025) |
| Item 26-67 | One page of a six page document bearing "Improvised PETN" (1B46, E5480025) |
| Item 26-68 | One page of a six page document bearing "Improvised PETN" (1B46, E5480025) |
| Item 26-69 | One page of a six page document bearing "Improvised PETN" (1B46, E5480025) |
| Item 26-70 | One page of a six page document bearing "Improvised PETN" (1B46, E5480025) |
| Item 26-71 | One page document bearing "Nitrocellulose" (1B46, E5480025) |
| Item 26-72 | One page of a three page document bearing "TNP Synthese" (1B46, E5480025) |
| Item 26-73 | One page of a three page document bearing "TNP Synthese" (1B46, E5480025) |
| *Item 26-74 | One page of a three page document bearing "TNP Synthese" (1B46, E5480025) |
| Item 26-75 | One page of a two page document bearing "Concealing PETN" (1B46, E5480025) |
| Item 26-76 | One page of a two page document bearing "Concealing PETN" (1B46, E5480025) |
| *Item 26-77 | One page of a five page document bearing "An AP beginner's manual" (1B46, E5480025) |
| Item 26-78 | One page of a five page document bearing "An AP beginner's manual" (1B46, E5480025) |
| Item 26-79 | One page of a five page document bearing "An AP beginner's manual" (1B46, E5480025) |
| Item 26-80 | One page of a five page document bearing "An AP beginner's manual" (1B46, E5480025) |
| Item 26-81 | One page of a five page document bearing "An AP beginner's manual" (1B46, E5480025) |

Page 43 of 60

2016-03429-20

UNCLASSIFIED

Item 26-82        One page of a five page document bearing "Acetone Peroxide" (1B46, E5480025)

*Item 26-83       One page of a five page document bearing "Acetone Peroxide" (1B46, E5480025)

Item 26-84        One page of a five page document bearing "Acetone Peroxide" (1B46, E5480025)

*Item 26-85       One page of a five page document bearing "Acetone Peroxide" (1B46, E5480025)

Item 26-86        One page of a five page document bearing "Acetone Peroxide" (1B46, E5480025)

Item 26-87        One page of a four page document bearing "Electric Detonator" (1B46, E5480025)

Item 26-88        One page of a four page document bearing "Electric Detonator" (1B46, E5480025)

Item 26-89        One page of a four page document bearing "Electric Detonator" (1B46, E5480025)

Item 26-90        One page of a four page document bearing "Electric Detonator" (1B46, E5480025)

Item 26-91        One page of a two page document bearing "Picric Acid Home Manufacture" (1B46, E5480025)

Item 26-92        One page of a two page document bearing "Picric Acid Home Manufacture" (1B46, E5480025)

Item 26-93        Manila divider (1B46, E5480025)

*Item 26-94       One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

Item 26-95        One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

*Item 26-96       One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

Item 26-97        One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

Item 26-98        One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

*Item 26-99       One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| *Item 26-100 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| Item 26-101 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| Item 26-102 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| Item 26-103 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| *Item 26-104 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| Item 26-105 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| Item 26-106 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| Item 26-107 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| Item 26-108 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| Item 26-109 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| Item 26-110 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| **Item 26-111 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| **Item 26-112 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| **Item 26-113 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| **Item 26-114 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| **Item 26-115 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| **Item 26-116 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |
| **Item 26-117 | One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025) |

Page 45 of 60

2016-03429-20

UNCLASSIFIED

**Item 26-118    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-119    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-120    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-121    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-122    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-123    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-124    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-125    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-126    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-127    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-128    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-129    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-130    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-131    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-132    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-133    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-134    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

**Item 26-135    One page of a forty-two page document bearing "Improvised Primary Explosives" (1B46, E5480025)

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

*Item 26-136      Manila divider (1B46, E5480025)

Item 26-137       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

Item 26-138       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

Item 26-139       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

*Item 26-140      One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

Item 26-141       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

Item 26-142       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

Item 26-143       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

*Item 26-144      One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

*Item 26-145      One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

Item 26-146       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

Item 26-147       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

Item 26-148       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

Item 26-149       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

Item 26-150       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

*Item 26-151      One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

Item 26-152       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

Item 26-153       One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025)

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| *Item 26-154 | One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025) |
| Item 26-155 | One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025) |
| *Item 26-156 | One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025) |
| *Item 26-157 | One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025) |
| Item 26-158 | One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025) |
| *Item 26-159 | One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025) |
| Item 26-160 | One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025) |
| Item 26-161 | One page of a twenty-five page document bearing "Deadly Brew" (1B46, E5480025) |
| *Item 26-162 | Manila divider (1B46, E5480025) |
| **Item 27 | Notepad with pages from Space Station Storage Unit F002 (1B46, E5480025) |
| Item 27-1 | Page bearing "...Phenonol2 polypropylene..." (1B46, E5480025) |
| *Item 27-2 | Page bearing "...Evan Andrescki..." (1B46, E5480025) |
| *Item 27-3 | Page bearing "...500mL Beaker..." (1B46, E5480025) |
| *Item 27-4 | Page bearing "...Coffee filter + Beaker..." (1B46, E5480025) |
| *Item 27-5 | Page bearing "...10mL of 65% Hno3 is..." (1B46, E5480025) |
| *Item 27-6 | Page bearing "...Add Pentaerythritol..." (1B46, E5480025) |
| *Item 27-7 | Page bearing "...60mL of Acetone is..." (1B46, E5480025) |
| *Item 27-8 | Page bearing "...Gun Blueing..." (1B46, E5480025) |
| Item 27-9 | Page bearing "...2.9g Alum foil..." (1B46, E5480025) |
| | |
| Item 28 | One page of two page document beginning "9/1/2016 Explosives Synthesis..." from Space Station Storage Unit F002 (1B46, E5480025) |
| Item 28-1 | One page of two page document beginning "9/1/2016 Explosives Synthesis..." from Space Station Storage Unit F002 (1B46, E5480025) |
| Item 29 | One page document bearing "Synthesis of Hexamethylene..." from Space Station Storage Unit F002 (1B46, E5480025) |

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

Item 30          One page document bearing "Materials Equipment Hexamine..." from Space
                Station Storage Unit F002 (1B46, E5480025)


This report addresses the request for friction ridge print examinations. Items listed with a double
asterisks (**) on pages 1 through 49 of this report were not examined as the remaining
examinations were stopped.

RESULTS OF EXAMINATIONS

See Appendix A for key terms and the methods, limitations, and interpretations regarding the
results of examinations.

The following table provides information regarding the known records of the individual(s) for
comparison. Unless otherwise indicated, record(s) were obtained from NGI. The letter
designation will be used throughout this report:

| Individual(s) for Comparison | | | |
|---|---|---|---|
| **Letter Designation** | **Name** | **UCN/DOB** | **Record Information** |
| A | CURTIS W. ALLEN | 679197PA7 | Record located |
| B | GAVIN WAYNE WRIGHT | V1RLD1CP5 | Record located |
| C | PATRICK E. STEIN | 193752FB9 | Record located |
| D | ROBIN SMITH | 619337LB5 | Record located |
| E | QUINTIN DEREK KINARD | 983377AF7 | Record located |
| F | JAMIE K. LOMBARDO | 672824WB9 | Record located |
| G | DEWAYNE NACE | 20987FG8 | Record located |

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

The table below lists results of friction ridge print examinations:

| Results of Examinations | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ALLEN (A) \| WRIGHT (B) \| STEIN (C) \| SMITH (D) \| KINARD (E) \| LOMBARDO (F) \| NACE (G) | | | | | | | | |
| Item Number | Analysis | | Comparison | Evaluation | | | | NGI Comparisons |
| | Total | Fingerprint | Individuals | Anatomical Source | Identification | Exclusion | Inconclusive | |
| Item 23 | 2 | P1 | A-G | --- | --- | A-G | --- | Yes |
| | | P2 | A-G | --- | --- | A-G | --- | No |
| Item 24-6 | 1 | P1 | A-C | #6 | A | --- | --- | No |
| Item 24-12 | 1 | P1 | A-C | #2 | A | --- | --- | No |
| Item 24-27 | 1 | P1 | A-C | #7 | A | --- | --- | No |
| Item 24-31 | 2 | P1 | A-C | #1 | A | --- | --- | No |
| | | P2 | A-C | #1 | A | --- | --- | No |
| Item 24-37 | 1 | P1 | A-C | #6 | A | --- | --- | No |
| Item 24-40 | 1 | P1 | A-C | #6 | A | --- | --- | No |
| Item 24-42 | 1 | P1 | A-C | #2 | B | --- | --- | No |
| Item 24-43 | 1 | P1 | A-C | #2 | A | --- | --- | No |
| Item 24-44 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 24-45 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 24-46 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 24-48 | 2 | P1 | A-C | #1 | A | --- | --- | No |
| | | P2 | A-C | #2 | B | --- | --- | No |
| Item 24-49 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 24-177 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 24-178 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 24-179 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 24-181 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 24-183 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 24-184 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 24-204 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 24-205 | 2 | P1 | A-C | #2 | A | --- | --- | No |
| | | P2 | A-C | #2 | A | --- | --- | No |
| Item 24-211 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 24-212 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 24-214 | 1 | P1 | A-C | #1 | A | --- | --- | No |

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

| Item Number | Analysis | | Comparison | Evaluation | | | | NGI Comparisons |
|---|---|---|---|---|---|---|---|---|
| | Total | Fingerprint | Individuals | Anatomical Source | Identification | Exclusion | Inconclusive | |
| Item 24-279 | 1 | P1 | A-C | #6 | A | --- | --- | No |
| Item 24-282 | 1 | P1 | A-C | #2 | B | --- | --- | No |
| Item 25-4 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 25-14 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 25-28 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 25-29 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 25-37 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 25-43 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 25-45 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 25-49 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 25-50 | 2 | P1 | A-C | #7 | A | --- | --- | No |
| | | P2 | A-C | #1 | A | --- | --- | No |
| Item 25-51 | 2 | P1 | A-C | #7 | A | --- | --- | No |
| | | P2 | A-C | #1 | B | --- | --- | No |
| Item 25-52 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-54 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-55 | 2 | P1 | A-C | #2 | A | --- | --- | No |
| | | P2 | A-C | #1 | B | --- | --- | No |
| Item 25-56 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-57 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-58 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 25-59 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-110 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-112 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-113 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-116 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-118 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-119 | 2 | P1 | A-C | #2 | A | --- | --- | No |
| | | P2 | A-C | #2 | A | --- | --- | No |
| Item 25-125 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-133 | 1 | P1 | A-C | #2 | A | --- | --- | No |

Page 51 of 60

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

| Item Number | Analysis | | Comparison | Evaluation | | | | NGI Comparisons |
|---|---|---|---|---|---|---|---|---|
| | Total | Fingerprint | Individuals | Anatomical Source | Identification | Exclusion | Inconclusive | |
| | | | | **Results of Examinations** | | | | |
| | | | **ALLEN (A) \| WRIGHT (B) \| STEIN (C) \| SMITH (D) \| KINARD (E) \| LOMBARDO (F) \| NACE (G)** | | | | | |
| Item 25-335 | 3 | P1 | A-C | #1 | B | --- | --- | No |
| | | P2 | A-C | #1 | B | --- | --- | No |
| | | P3 | A-C | #1 | B | --- | --- | No |
| Item 25-337 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-338 | 1 | P1 | A-C | #2 | B | --- | --- | No |
| Item 25-340 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-341 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-342 | 2 | P1 | A-C | #1 | B | --- | --- | No |
| | | P2 | A-C | #2 | B | --- | --- | No |
| Item 25-343 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-345 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-348 | 2 | P1 | A-C | #1 | B | --- | --- | No |
| | | P2 | A-C | #2 | B | --- | --- | No |
| Item 25-349 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-350 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-353 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-354 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-355 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-356 | 2 | P1 | A-C | #1 | B | --- | --- | No |
| | | P2 | A-C | #2 | B | --- | --- | No |
| Item 25-357 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-359 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-385 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-387 | 2 | P1 | A-C | #7 | A | --- | --- | No |
| | | P2 | A-C | #7 | A | --- | --- | No |
| Item 25-388 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-389 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-391 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-395 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-396 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-397 | 1 | P1 | A-C | #1 | B | --- | --- | No |

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

| Results of Examinations | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ALLEN (A) \| WRIGHT (B) \| STEIN (C) \| SMITH (D) \| KINARD (E) \| LOMBARDO (F) \| NACE (G) | | | | | | | | |
| Item Number | Analysis | | Comparison | Evaluation | | | | NGI Comparisons |
| | Total | Fingerprint | Individuals | Anatomical Source | Identification | Exclusion | Inconclusive | |
| Item 25-398 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 25-399 | 2 | P1 | A-C | #1 | B | --- | --- | No |
| | | P2 | A-C | #1 | B | --- | --- | No |
| Item 26-5 | 3 | P1 | A-C | #1 | A | --- | --- | No |
| | | P2 | A-C | #1 | A | --- | --- | No |
| | | P3 | A-C | #1 | A | --- | --- | No |
| Item 26-8 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 26-9 | 2 | P1 | A-C | #1 | A | --- | --- | No |
| | | P2 | A-C | #1 | A | --- | --- | No |
| Item 26-10 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 26-12 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-13 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-37 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-41 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-42 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-46 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-49 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-51 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-52 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-61 | 1 | P1 | A-C | #7 | A | --- | --- | No |
| Item 26-67 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-69 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-70 | 2 | P1 | A-C | #1 | B | --- | --- | No |
| | | P2 | A-C | #2 | B | --- | --- | No |
| Item 26-73 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-75 | 1 | P1 | A-C | #2 | A | --- | --- | No |
| Item 26-80 | 2 | P1 | A-C | #7 | A | --- | --- | No |
| | | P2 | A-C | #1 | B | --- | --- | No |
| Item 26-81 | 1 | P1 | A-C | #7 | B | --- | --- | No |
| Item 26-82 | 1 | P1 | A-C | #1 | B | --- | --- | No |

Page 53 of 60

2016-03429-20

UNCLASSIFIED

| Item Number | Analysis | | Comparison | Evaluation | | | | NGI Comparisons |
|---|---|---|---|---|---|---|---|---|
| | Total | Fingerprint | Individuals | Anatomical Source | Identification | Exclusion | Inconclusive | |
| **Results of Examinations** | | | | | | | | |
| **ALLEN (A) \| WRIGHT (B) \| STEIN (C) \| SMITH (D) \| KINARD (E) \| LOMBARDO (F) \| NACE (G)** | | | | | | | | |
| Item 26-86 | 3 | P1 | A-C | #1 | B | --- | --- | No |
| | | P2 | A-C | #1 | B | --- | --- | No |
| | | P3 | A-C | #2 | B | --- | --- | No |
| Item 26-89 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-90 | 2 | P1 | A-C | #1 | B | --- | --- | No |
| | | P2 | A-C | #1 | B | --- | --- | No |
| Item 26-91 | 1 | P1 | A-C | #2 | B | --- | --- | No |
| Item 26-92 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-95 | 1 | P1 | A-C | #7 | A | --- | --- | No |
| Item 26-98 | 2 | P1 | A-C | #7 | A | --- | --- | No |
| | | P2 | A-C | #1 | B | --- | --- | No |
| Item 26-102 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-103 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-105 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-106 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-108 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-137 | 1 | P1 | A-C | #2 | B | --- | --- | No |
| Item 26-138 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-139 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-142 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-146 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-147 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-152 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-153 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-155 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 26-160 | 1 | P1 | A-C | #1 | B | --- | --- | No |
| Item 27-1 | 3 | P1 | B | #9 | B | --- | --- | Yes |
| | | P2 | B | #9 | B | --- | --- | Yes |
| | | P3 | A | #2 | A | --- | --- | Yes |
| Item 27-9 | 2 | P1 | A-C | #6 | A | --- | --- | No |
| | | P2 | A-C | #6 | A | --- | --- | No |

Page 54 of 60

2016-03429-20

UNCLASSIFIED

| Results of Examinations | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ALLEN (A) \|  WRIGHT (B) \| STEIN (C) \| SMITH (D) \| KINARD (E) \| LOMBARDO (F) \| NACE (G) | | | | | | | | |
| Item Number | Analysis | | Comparison | Evaluation | | | | NGI Comparisons |
| | Total | Fingerprint | Individuals | Anatomical Source | Identification | Exclusion | Inconclusive | |
| Item 28 | 1 | P1 | A-C | #1 | A | --- | --- | No |
| Item 30 | 1 | P1 | A | #7 | A | --- | --- | Yes |
| Total prints claimed: | 154 | | | | | | | |

Automated searches were conducted on suitable print(s), but no additional identifications were effected. Print(s) were added to the Unsolved Latent File (ULF) and shared with the Department of Homeland Security, and you will be advised in a separate report if an identification is made.

All examinations were completed on items listed with a single asterisk (*) on pages 1 through 49 of this report, and there are no prints to be claimed on those items. The fingerprints claimed on the items listed in the Results of Examinations table above were fully compared as requested. These items may have additional prints not yet analyzed as the remaining examinations were stopped.

REMARKS

The identity of an individual for comparison is based on the biographical information associated with the known record. Fully and clearly recorded fingerprints recorded in connection with this case may be necessary for:
- Confirmation that the appropriate known record was examined (for testimony purposes)
- Further comparison of any inconclusive results
- Comparison when known records were not located at the time

Recorded prints should be submitted to the FBI Laboratory's Evidence Control Unit with correspondence referencing FBI Laboratory number 2016-03429-20.

The remaining friction ridge print examinations were stopped as requested by SA Robin Smith on December 15, 2017. If complete friction ridge print examinations are requested, a resubmission of the evidence is necessary with the appropriate correspondence referencing FBI Laboratory number 2016-03429-20. Images of captured prints have been placed in our files for any future comparisons you may request.

Page 55 of 60

2016-03429-20

In accordance with the Latent Print Units' standard operating procedures, the friction ridge prints that underwent additional quality assurance checks were reviewed as follows:

| Examiner | Verification(s) | Blind Verification(s) |
|---|---|---|
| Nicole C. Cover | Yes | --- |
| Jacqueline Slebrch | Yes | --- |

Additional personnel assisted with processing the evidence.

For questions about the content of this report, please contact Forensic Examiner D. J. Fife at (703) 632-8392.

For questions about the status of your submission, including any remaining forensic examinations, please contact Douglas A. Hildebrand at (703) 632-8381.

The evidence will be returned under separate cover.

This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI files. The work described in this report was conducted at the Quantico Laboratory.


D. J. Fife
Latent Print Operations Unit

2016-03429-20

UNCLASSIFIED

APPENDIX A

Explanation of Key Terms:

Claimed Print - A print is claimed when sufficient reliable information may be present such that an identification decision could be reached.

The anatomical source of a claimed print is designated as follows:

- Fingerprint - coming from any part of a finger and designated as #1 through #10 on a standard fingerprint card

- Palm print - coming from any part of the palm area of a hand and designated as LP or LPP for left palm and RP or RPP for right palm

- Toe print - coming from any part of a toe and designated as #1t through #10t in the same manner as a standard fingerprint card

- Footprint - coming from any part of the sole of a foot and designated as LFtpt for left foot and RFtpt for right foot

- Handprint - coming from fingerprint(s) and palm print that appear to be deposited by the same touch and designated as LHP for left handprint and RHP for right handprint

- Impression - coming from an anatomical region that cannot be determined and may have come from any of the above sources

The claimed print detected on an item of evidence is assigned a print number, 'P'. The print number may be used in conjunction with 'I', 'O', or 'X' (e.g. Item 2 PX3) as follows:

- 'I' may be used for prints captured on the inside or adhesive side of an item

- 'O' may be used for prints captured on the outside or non-adhesive side of an item

- 'X' may be used for prints captured on an item

NGI - Next Generation Identification system, the FBI's national friction ridge print database

OGA - Information sharing efforts with Other Government Agency

UCN/DOB - Universal Control Number (formerly FBI #)/Date of Birth

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

Methods, Limitations, and Interpretations:

Friction ridge skin consists of ridges, which are raised portions of skin, and furrows, which are the valleys in between the ridges. Friction ridge skin is found on the fingers, palms, and soles of the feet. A friction ridge print is a transfer of the ridge arrangements from the friction ridge skin onto an item. Items of evidence submitted for friction ridge print examinations may be examined visually, examined with various light sources, and processed with chemicals and powders to detect the presence of friction ridge prints. The specific sequence of examinations and processes depends upon the nature of the evidence.

Friction ridge print examinations are conducted using Analysis, Comparison, and Evaluation (ACE) (1), which includes an assessment of the quantity and quality of the information present. The steps of ACE are applied to friction ridge prints as appropriate.

Analysis is the assessment of a friction ridge print by a qualified examiner, accounting for the quantity and quality of the features detected in the print. An examiner will assess the types of features and the spatial relationships of the features to one another, which may be affected by factors such as pressure and movement when the print is transferred (2) (3). A print is claimed when sufficient reliable information may be present such that an identification decision could be reached.

A thorough analysis is conducted on friction ridge prints prior to conducting comparisons. Analysis is documented by marking observed information in accordance with the Latent Print Units' standard operating procedures (4).

Comparison is the direct side-by-side observation of claimed friction ridge prints to determine whether the information observed during Analysis is in disagreement or agreement between two prints. When determining if features correspond, an examiner accounts for variation in the appearance of the friction ridge prints due to factors such as pressure and movement (2).

Evaluation is the formation of a conclusion based on the examiner's observations, assessments, and documentation generated during the analysis and comparison of the friction ridge prints. Decisions that may be reached are as follows:

- Identification is the determination that two friction ridge prints originated from the same source because there is sufficient quality and quantity of corresponding information. While an identification to the exclusion of all others is not supported by research, studies have shown that as more reliable features are found in agreement, it becomes less likely to find that same arrangement of features in a print from another source (5).

- Exclusion is the determination that two friction ridge prints did not originate from the same source because there is sufficient quality and quantity of information in disagreement.

2016-03429-20

UNCLASSIFIED

UNCLASSIFIED

- Inconclusive is the determination that an identification or exclusion decision cannot be reached because there is insufficient information in the known print. Additional recordings from the compared individual may allow for a conclusive decision to be reached.

- Latent Inconclusive is the determination that an identification or exclusion decision cannot be reached because there is insufficient information in the claimed print. Additional recordings of the individual are not expected to allow for a conclusive decision to be reached.

While the examination process is subjective in nature (6), the Latent Print Units have quality assurance measures in place to minimize variability and reduce the chance of error. Examples include but are not limited to verification and blind verification, which are implemented in accordance with the Latent Print Units' standard operating procedures (4) (8).

- Verification is the independent application of ACE to a friction ridge print by another qualified examiner.

- Blind verification is the independent application of ACE to a friction ridge print by another qualified examiner with limited awareness of the details of the case and no knowledge of the conclusion of the primary examiner.

There is no meaningful predictive rate of error for the entire comparison process (9) (10); however, recent studies have demonstrated that examiners reach accurate and reliable conclusions under specific test conditions (7) (11) (12).

The presence of a friction ridge print on an item of evidence indicates contact was made between the source and the item. The presence of a friction ridge print alone does not necessarily indicate the significance of the contact or the time frame during which the contact occurred.

Due to a variety of factors, the recovery of friction ridge prints on items of evidence is not always successful. A lack of friction ridge prints on an item or the exclusion of a friction ridge print from a given source does not necessarily mean that the given source did not come into contact with the item.

2016-03429-20

UNCLASSIFIED

References:

1. Ashbaugh, D. R. (1999). *Quantitative and Qualitative Friction Ridge Analysis: An Introduction to Basic and Advanced Ridgeology*. New York, New York: CRC Press.
2. SWGFAST. (2013). *Standards for Examining Friction Ridge Impressions and Resulting Conclusions - Latent/Tenprint*. Retrieved from http://www.swgfast.org/Documents.html.
3. Maceo, A. (2009). Qualitative Assessment of Skin Deformation: A Pilot Study. *Journal of Forensic Identification*, *59*(4), 390-440.
4. FBI Laboratory Latent Print Units Operations Manual. Standard Operating Procedures for Examining Friction Ridge Prints. Quantico, Virginia.
5. Neumann, C., Evett, I.W., and Skerrett, J. (2012). Quantifying the Weight of Evidence from a Forensic Fingerprint Comparison: A New Paradigm. *Journal of the Royal Statistical Society*, *175*(Part 2), 371-415.
6. Ulery, B.T., Hicklin, A.R., Buscaglia, J., and Roberts, M.A. (2012). Repeatability and Reproducibility of Decisions by Latent Fingerprint Examiners. *PLoS ONE 7*(3), e32800. doi:10.1371/journal.pone.0032800.
7. Langenburg, G. (2009). A Performance Study of the ACE-V Process: A Pilot Study to Measure the Accuracy, Precision, Reproducibility, Repeatability, and Biasability of Conclusions Resulting from the ACE-V Process. *Journal of Forensic Identification, 59*(2), 219-257.
8. FBI Laboratory Latent Print Units Quality Assurance Manual. Procedures for Verification and Blind Verification. Quantico, Virginia.
9. Budowle, B. et al. (2009). A Perspective on Errors, Bias, and Interpretation in the Forensic Sciences and Direction for Continuing Advancement. *Journal of Forensic Sciences, 54*(4), 798-809.
10. Kellman, P.J., et al. (2014). Forensic Comparison and Matching of Fingerprints: Using Quantitative Image Measures for Estimating Error Rates through Understanding and Predicting Difficulty. *PLoS ONE, 9*(5), e94617. doi: 10.1371/journal.pone.0094617.
11. Tangen, J.M., Thompson, M.B., & McCarthy, D.J. (2011). Identifying Fingerprint Expertise. *Psychological Science, 22*(8), 995-997.
12. Ulery, B.T., Hicklin, A.R., Buscaglia, J., and Roberts, M.A. (2011). Accuracy and Reliability of Forensic Latent Fingerprint Decisions. *Proceedings of the National Academy of Sciences, 108*(19), 7733-7738.