# EXHIBIT 4

FILE NUMBER: 266T-KC-7542690-1A70 Disk 1

DATE: 10/14/2016

LENGTH OF RECORDING: 1st recording 03:46:41
2nd recording 01:07:06

PARTICIPANTS: SPECIAL AGENT (SA) ROBIN SMITH
SA AMY KUHN
PATRICK EUGENE STEIN
HATTIE STEIN
TFO MATT LYNCH
SA TODD DICAPRIO

---

(Static heard throughout the "wav" recording)
(Snap)

STEIN: Oh my. (sighs)

KUHN: And I'm going to get a couple um photos of your injuries cleaned up.

STEIN: Didn't you already do that?

KUHN: I'm going to get it cleaned up so. (beeps heard, door slams)

SMITH: You're right handed correct?

STEIN: Um hum.

SMITH: Okay. (several clicks heard)

STEIN: (whispering) Oh my God.

(click heard)

SMITH: This is for you. I'm not going to hand it to ya, you if you want it... (interrupted)

STEIN: I want it.

Page **1** of **152**

STEIN:          ...you, you don't uh, it's you know you don't give a shit about anything else.

SMITH:          But isn't that everything?

STEIN:          Ummm, no.

SMITH:          Well then let's start there.  Why are we here?

STEIN:          Because I'm a patriot bro.  I love my country.  I love the people in it.

SMITH:          I'm listening.

STEIN:          I'm a fucking Christian.  And I don't like it when people want to kill my people.

SMITH:          I'm listening.

STEIN:          That's all they want to do.

SMITH:          They being?

STEIN:          Cockroaches.

(long pause)

SMITH:          Muslims.

STEIN:          Cockroaches.

SMITH:          Okay, cockroaches.

(long pause)

STEIN:          That's what, that's what they are.  Can I have some more coffee please?

SMITH:          Yeah.

STEIN:          (Stein breathes loudly)  (softly) oh.
KUHN:           I'm not sure (unintelligible).

STEIN:            Because you guys ain't here to do me no good.

KUHN:             I'm here to get your story.  I can't explain to people what your story is.
                  I ca..I don't know what your story is.  It's not gonna
                  sound...(interrupted)

STEIN:            Yes you do because you get the same god-damn story from everybody
                  else.

KUHN:             What story is that?  You said you're a patriot.

STEIN:            Yeah.

KUHN:             You're not a criminal.

STEIN:            (softly) No. (bang)

KUHN:             So explain that to me.  Explain how...(interrupted)

STEIN:            How do you explain to me that we have enemies within our borders
                  (pause) that are sworn to kill every fucking one of us? (rustling)  And
                  we're not allowed to do anything about it.

KUHN:             Who are these enemies?

STEIN:            You know who they are, don't.

KUHN:             I'm not patronizing you.

STEIN:            We don't need to play games, okay?

SMITH:            No we don't.

KUHN:             I'm not.  You said cockroaches, right?

STEIN:            Yes.

(music heard)

SMITH:            Three, three, nine, forty-five, forty-three (339-4543).  You're on.

|  | some of the details, alright ma'am? |
|---|---|
| STEIN H: | (door closes) Okay, I'd appreciate that Robin, I really would. |
| SMITH: | Yes ma'am, I'll, we'll try and turn that in to a face to face event alright? |
| STEIN H: | (Stein sighs) That'll work. |
| STEIN: | Attorney is all I can think of Mom (chuckles). |
| STEIN H: | Okay. |
| STEIN: | (sighs loudly) |
| SMITH: | We're gonna talk with Patrick some more.  Do you have anything else to say ma'am? |
| STEIN H: | Um, hmm, I don't know what it would be. |
| SMITH: | Okay. |
| STEIN H: | I think I've said all I, all I need to say (Stein sniffs, sighs). |
| SMITH: | I don't want to hang up on her Patrick, do you, (Stein breathing heavily) are you done? |
| STEIN: | (softly) Yeah, I guess. |
| SMITH: | Do you wanna say goodbye? |
| STEIN: | (sniffs)  I love you Mom. |
| STEIN H: | I love you to Patrick.  Always have, and always will.  K? |
| STEIN: | I was doing it for the Country and you know that! |
| STEIN H: | Yes, I do.  (Stein sniffs)  Yes, I do.  (pause)  Okay? |
| STEIN: | Alright, goodbye. (sniffs) |
| STEIN H: | Okay, bye, bye.  (Stein sighs) (beeps) (Stein sniffs several times) |

STEIN:                    Yeah, I know that's what you want to do dude.

SMITH:                  Do you want to do that?

STEIN:                    (tapping heard) You know (sniffs and sighs).

SMITH:                  Why, why destroy the mosque?  What statement does that send?  What message were you intending to send out?  What were you hoping that people would wake up to?  And then do?  I can't form these words.  It does no good (tap).  I tell stories.  I want to tell your story, that's all I want.

STEIN:                    No you want to put me in fucking prison.

SMITH:                  And you don't want to do that.  No, no because you're already there.  That part is done.  (Stein sniffs) That's done.

STEIN:                    See you don't give a fuck.

(pause)

SMITH:                  I don't understand if that's a question, a statement, a what? (bang) Cause I don't know what you're referring to.

STEIN:                    See, you don't give a fuck is a statement.

SMITH:                  Okay.  And that means?

STEIN:                    You don't give a fuck about your country bro.  Or the people that live in it (scrapping noise).

SMITH:                  The amazing thing about the United States of America, and, and the Constitution that we (Stein sniffs) live under, is you're entitled to that opinion.  And I won't take your life because that's the opinion you hold. I won't deprive you of your rights, because you want to hold that opinion.  I won't keep you from participating in politics.  I won't kill you because you believe differently than me.

STEIN:                    What do you believe?

SMITH:                  What I believe is that you got to a point with Curtis and Gavin, and Dan,

STEIN:                          (sighs)  If what?

SMITH:                          Unless you're giving life for a cause (Stein sniffs).  The point I'm, the
                                question I'm asking you is this?  I want to know why you wanted to
                                blow up the mosque.  I wanted to know now, why you want to do
                                additional things.  Amy and I want to understand the message that
                                you're trying to send with this.  Give you an opportunity to, on the
                                record, explain it.

STEIN:                          You said you already had it all.  So why do you need more explain,
                                Explanation?

(overlapping conversation)

SMITH:                          Give you an opportunity to put it in your words.   I don't need anymore
                                explanation.

STEIN:                          I'm telling you dude.  It's the Constitution.  It's the people in the
                                country.  It's my country.

SMITH:                          That's why you're doing this?

STEIN:                          That's why I'm a patriot.  That's why I'm will to die for country.  That's
                                why I'm willing to do what's right for our country.

SMITH:                          Which inc...(interrupted)

STEIN:                          I'm not out here to destroy our country.  Or our people.  It's quite the
                                opposite.  I am more than ready to do everything I can to save this
                                nation from going over the cliff that we're teetering on dude.  Teetering
                                on it.  All it would take is just somebody (blows) blow on it and over the
                                cliff we go.  And once we go over the cliff, there ain't no getting' her
                                back.  It's gone.  Is that what you want for your country man?  Jesus
                                Christ, were, how old are you?

SMITH:                          Forty-seven (47).

STEIN:                          Then we're the same age.

SMITH:                          Yes we are.

KUHN:               (coughs)

STEIN:              (sighs)

SMITH:              That's the why. Because they don't fit within. Because they are
                    against our country.

STEIN:              Who are you talking about?

SMITH:              Muslims.

STEIN:              Dude.

SMITH:              Somali Muslims using that mosque.

STEIN:              Do you know anything about the Muslims?  Have you done any kind of
                    research on them.  Do you know?  I mean come on dude I would think
                    you know of all people, I would think you and you and anybody else in
                    the FBI, would be more knowledgeable, and have more information,
                    and know way more than me, just Joe Blow stupid fucking farmer,
                    about Muslims or Islam or anything else.  I mean, how long we been
                    fighting them?  How long have our (pen clicks) boys been in war?  How
                    many boys have we lost because of 'em?  And now we invite them in
                    to the country?  They're not productive fucking people here.

KUHN:               So you don't believe that any, there's any productive Muslims in this
                    country?

STEIN:              Tell me what are they doing that's productive?

KUHN:               Well, there's some that are in the military fighting for the United
                    States.

STEIN:              Um, yeah I'm sure they're feeding intel.  How many of them have killed
                    our boys (chirping heard) who were in the military.

KUHN:               How many Christain's have killed our boys that are in the military?

STEIN:              I don't know.  I don't know that I've heard of any, actually.

SMITH:              So, the why, the why for (Stein breathes deep) attacking the apartments
                    (Kuhn clears throat)...(interrupted)

STEIN:          No, the why because Muslims or Islam, their cult, it's not a religion
                dude.

SMITH:          (Sighs)  However we're gonna phrase it.  All of the above, the why,
                that's what I'm interested in.

STEIN:          Those are the domestic enemies dude.  That you took an oath to defend
                our Constitution against.  That's what I'm saying.  They're the same god-
                damn people our boys have been fighting over in the Middle-East for
                years.

SMITH:          I'm listening.

STEIN:          I just told ya.

SMITH:          So...(interrupted)

STEIN:          So why ain't you going after them?

SMITH:          ... would killing one of them, if, if, if you guys, you guys, (Stein sniffs),
                Curtis, Gavin, Dan, you; you successfully emplace the explosives, they go
                Off and they kill one Muslim, there's only one victim.  Okay?  I'm just
                being hypothetical for a minute.  Is that a murder victim?  Or for some
                reason, does it not apply because that person is an enemy?  It, it's not a
                trick question Patrick.  I, I just want to understand.

STEIN:          No, I'm, I'm, I, you know what I don't answer questions without...

SMITH:          Thinking.

STEIN:          Thinking.

SMITH:          Okay.

STEIN:          And understanding the question and what I'm answering, okay?

SMITH:          Okay.

STEIN:          Um, you know it all goes back to uh, is, is Islam considered (chirping
                heard) a (pauses)

STEIN: ...my point is, my point is everything that you're asking me, you already know dude. You know better than I.

SMITH: I'm not the one that made the choice to be in the group to plan what you planned (Stein sighs). You are. I'm not the one...

STEIN: (softly) Oh.

SMITH: ...who has an opportunity to explain why. And if you think I get it? Fine. The rest of the world don't get it. A jury in your future doesn't yet understand. A judge in your future does not yet understand. The prosecutor who asked me to talk to you, to take the time to do this... (interrupted)

STEIN: Where's he at?

SMITH: ...wants to know. He's in Topeka. Wants to know, just like I do, just the why. And I, I think I get it Patrick, (Stein sighs) but I need to hear it.

STEIN: Can I get some coffee?

SMITH: Yeah. (rustling noise) Need a bathroom break?

STEIN: Cigarette would be nice, but.

(door opens and closes)

SMITH: Look at me, I got a question for you. Totally different question. You understand I, I, I, I'm really I mean this shit (chuckles) I'm not selling you on this. I wanna understand this. Cause you are a smart man. And I think we think a lot alike. This is, this is just about...

STEIN: No dude, if we thought alike, this wouldn't be happening. You'd be shaking my hand and saying thank you my friend, my fellow citizen for having the balls and the guts to stand for our country before we lose it. I appreciate that. And I honor that.

SMITH: But to do that, I have to accept that it's okay to take someone's life. To take someone's liberty.

STEIN: I've never taken anybody's life.

(overlapping conversation)

STEIN:              Dude I was ready, I'm I'm...

SMITH:              Yeah, I know, you're still ready.

STEIN:              Absolutely I am.

SMITH:              Don't think we're not.  Don't think we're not.

STEIN:              Dude, you're taking...(interrupted)

SMITH:              But what you've done...(interrupted)

STEIN:              ...you're taking down the very fucking people who are willing go fucking
                    give their life to save yours.  Do you not get that?

SMITH:              I do get that.

STEIN:              You should because your job is that.

SMITH:              My job is to enforce the law.

STEIN:              You put your fucking life on the line every day you go out to work.

SMITH:              Yep.

STEIN:              Very similar to law enforcement.  So obviously you have made the
                    decision that you are willing to lay your life down.

SMITH:              Yes.

STEIN:              If need be.  To enforce the law and defend the people in this country.

SMITH:              All the people in this country.

STEIN:              Does it matter what kind of people?

SMITH:              (thumping on table) Even evil people.

STEIN:              Really?  So the terrorist that are in this country?

Constitution, defending against all forces that are evil, dude we've talked about having to shoot our own fucking people.

KUHN:   So you're all talk. So you're a patriot in talk. You just talk about it, you don't ever...(interrupted)

STEIN:   We...(interrupted)

KUHN:   ...you, you never, you never planned to actually do anything to defend the country.

STEIN:   Bullshit. You god-damn right I do. I plan to or would have planned to. By all fucking means ne..you know, possible, necessary.

KUHN:   Well it sounds to me...(interrupted)

STEIN:   Just like I said.

KUHN:   Sounds to me like you've talked about things. You said you've talked about things. But when it comes down to it. You're not actually willing to go forward and do anything.

SMITH:   Or that was what you'd have us believe sitting here today.

STEIN:   I'm more than willing.

KUHN:   To do what?

STEIN:   To defend this country by all means and that includes killing our own people if we have to. Who are against this country. It's all enemies, foreign and domestic.

KUHN:   And how do you determine that they're enemies.

STEIN:   Well, when they are coming at you with guns and shooting at you. (pen clicks) Trying to kill you? Um that's a pretty good indication you've got a problem.

KUHN:   What if they're just walking down the street and going to mosque?

STEIN:   That's not shooting at me.