# EXHIBIT 8

| | |
|---|---|
| BENSON: | You can do it, you can do it small numbers and we need to, we need to start thinking about it. You take a look at our enemy over there. You take a look at ISIS, ISYL-whatever in the hell you wanna call them and how do their small little organizations tip the bounds of the whole world. That's what we need to be looking at. |
| STEIN: | Mm Hmm. |
| LEWIS: | (overlapping conversation) Because we had them contained in '07. |
| BENSON: | Well you know like Ron and all of them you know talk about the, you know, Vietcong and everything else, guerilla warfare. |
| STEIN: | Mm Hmm. |
| BENSON: | That's basically what we're in right now but you know it's been a digital guerilla warfare and you're fighting multiple multiple fronts so you take that same tactic and you shift it around you might be able to start something without starting something. |
| STEIN: | I had envisioned I'm kicking fuckin' doors in with a goddamn Mark 2 and a silencer. |
| LEWIS: | And then you're gonna get just maybe as many as that dude last weekend. |
| STEIN: | Why's that? Nobody's even gonna know I'm there other than them motherfuckers. |
| BENSON: | Do a lot of recon. |
| STEIN: | Oh there's this this isn't something I'm doing tomorrow. |
| BENSON: | No, |
| STEIN: | Th-this is something that I wanted to grab a core group ← 13H |
| LEWIS: | (overlapping conversation) That when it hit. |
| BENSON: | Who are, who are, who are. No. |
| CHS: | There shouldn't (unintelligible) |
| STEIN: | You're not following what I'm tellin'-saying. |
| LEWIS: | We're headed to the white house. |

87

| | |
|---|---|
| STEIN: | Do you not und-? No. The fuckin' cockroaches in this country have got to go. Period. |
| LEWIS: | Okay. Yeah. |
| STEIN: | They are the fuckin' problem in this country right now. They are the threat that we have in this country right now. |
| LEWIS: | Okay |
| STEIN: | They're bringing them in by the fuckin' plane load every god damn day. That god damn nigger in the fuckin' White House is making sure of it. We just found out Garden City is a main fuckin' hub that they're bringing them in to-dispersing them from there. |
| CHS: | They have uh immigration office there that I just found out about where they and I actually was gonna volunteer to work there to try and get inside. |
| STEIN: | (overlapping conversation) It's a national— |
| CHS: | And they |
| STEIN: | —immigration service with a headquarters in fuckin' Garden City, Kansas. |
| CHS: | They told me they're they've had um I don't remember 150-180 and these are Syrians. These ain't the Somalians you know Garden's full of Somalians. These are new people coming in and they're expecting in the next few months more people. I mean there wanting all kinds of volunteers, every kind of volunteer you can get. |
| BENSON: | Alright, just hypothetically speaking here and I speaking out out loud but uh, you know they just killed forty nine Americans. |
| STEIN: | You're God damn right, they did. |
| BENSON: | And that's not gonna be the last one |
| LEWIS: | (overlapping conversation) Nope, and we knew it was coming. |
| BENSON: | They're covering, they're covering up down there in Texas for the Somalian down there at Walmart. |
| STEIN: | Mm hmm. |

| | |
|---|---|
| BENSON: | You know, calling it, uh, workplace violence. We all know who's leading this stuff. |
| STEIN: | Sure do. |
| BENSON: | Alright. Forget about Obama, go right down to your local Imams. |
| STEIN: | Uh-huh |
| CHS: | Local what? |
| STEIN: | Imams. [OV] |
| BENSON: | [OV] Imams at the Mosques? |
| CHS: | Oh, Imams, okay. |
| BENSON: | You recon those, they took forty nine of American lives you put one right between the eyes    ← 13 I |
| STEIN: | Uh-huh, yep. |
| BENSON: | Quiet |
| CHS: | (overlapping conversation) That's what |
| BENSON: | No loud noise just we're, we're hunting, ping, gone |
| LEWIS: | Yep. |
| CHS: | Well. |
| BENSON: | —watch it in the news. |
| CHS: | That's what he's sayin' about the mark two's with the… |
| STEIN: | (overlapping) The mark two with a silencer. |
| CHS: | That's why they, yeah. |
| STEIN: | Can't even hear the motherfucker. |
| CHS: | There in Garden, I don't know if you familiar with it, but you got you know drive right down uh, Mary Street there's uh within two blocks there's probably several hundred, several hundred Somalians uh fuckin' Burmese. Their mosque is inside of uh, an apartment, they knocked down, the landlord knocked down uh several walls so they could have a, a mosque inside. |
| STEIN: | After |

(Stein #17)

89