# EXHIBIT 9

it man. What are you talking about? No. No. In fact I would say quite the opposite. Probably, uh, one of the smartest things I've ever done. Probably one of the most uh (laughing) right well I aint thought of that one. I guess maybe I better bump this one to number two. Well before I do that um we're gonna-we're gonna do a little sanitize and uh yeah. Not sure uh not sure when the ole' Orkin man is gonna rear his head but, uh, that mother fucker is coming to life brother, that is correct. So, if-if you can, uh, take that what I just said and kinda read between the lines you'll know what I'm talking about. Well, I understand fuck you never do think anything I come up with is a good fucking idea (laughing). Yep I, yep I understand. This is uh just very first number one initial meet ya know where it goes from here I can't...I don't know I mean there's a select few, that, uh I've brought in, and we're gonna kinda have a little convention of the heads and uh see what comes out of the meeting tonight and go from there. Uh dude and after the Orlando deal, I mean you-you know, I mean I've had my bill a long time ago but been trying to wait patiently and you know what, I'm more convinced now than ever there is absolutely nobody-nobody gonna do anything to change anything in terms of government or LEO's or anything else and until somebody or somebodies finally say fuck it we're gonna take care of it ourselves, it ain't gonna change dude. And-and after seeing what they're doing with the Orlando thing, I guarantee it's a God damn false flag. I guarantee it has been orchestrated by that fucking cunt bitch Hillary and that nigger. There's too much evidence that already proves that. Um I'm sick and tired of seeing our own fucking people get slaughtered by our own fucking government dude. Period, and it's gotta come to a stop somewhere, sometime, somehow, someway. And this morning I don't know why, can't even answer it God damn switch flipped and I went into organization mode. So, I'm just at a point dude I don't give a fuck anymore. I really don't. Shits got to fucking stop period. Oh it'll get worse before it's done and over with, no question. Absolutely it will, but it's gotta start somewhere. I'm tired sitting on my ass being patient and seeing this shit go down and happen all over this God damn country and absolutely nothing gets done about it. nothing. Zero, nada, zilch. Yeah so what the motherfuckers that did it, they're dead big, big fucking

← /3F

38

deal. We bring more of them motherfuckers in by the plane load every day. I mean you know, we get one or two here and there and they bring in two three hundred. I mean fuck it. So, you know I've already-I've already uh pretty much resided myself to the fact anyway I told you this a long time ago. I wasn't gonna see January one of seventeen. So, you know I've been there a long time and, and I'm tired of fucking waiting on somebody else to do something. Uh whether it will be you know fruitful or-or uh worth whatever it is. Price I'm gonna have to pay, I don't know but at least it's something. Well the only details you ever know is that we was talking face to face. But, you know that was one of the reasons I called you. Was to uh present the bare minimums to where you understood and see if you was uh game or not. Okay. Yeah, yep I agree. I think you got uh, you got a good idea. (laughs) Surely not. Alright, yeah, yeah their uh…I don't know we got uh, there's six of us. Part of it right now, that are uh you know? And I was actually a little bit surprised. Not really but, kinda was that there wasn't one individual even batted a fucking eye. Um, there's a lot of, I don't know, I, I, you know, you've been watching anything on fedbook, there are a shit load of fucking people who are…I don't know what the fuck it is but they're, they're finally getting, you know, fed up I guess. If you will, uh talking a lot of shit on fedbook? You know I was seeing some of it, but, just seems to be a lot more of it, you know, now for some reason and I don't know, might be a good time to capture that, uh, capture that fucking steam that's building. Uh yeah that's why we're gonna have this meeting. Kinda see where it goes, just a brainstorming meeting just to get everybody, everybody's thoughts and uh ideas and don'ts and do's and, you know, whatever. Um, but I've just pretty much come to the conclusion my friend, and I'm done waiting and that's how I gotta go out so be it. I really don't give a fuck anymore. At least it'll be going out doing something for this God damn country that ain't nobody else fucking doing. So, yep, I hear ya. And, maybe that's what it'll take to fucking get a fire under some of these motherfuckers assess and get them motivated, I don't know. Uh, but, I'm a little bit concerned in terms of, you know, the group thing. The uh, Patriots and I guess my main concern about that is, is the simple fact that you know that deal out in Oregon happened and Lavoy

39

|  |  |
|---|---|
|  | was murdered you know in broad daylight fucking point blank how many, how many patriots were out there at that time? Supposed patriots and how many, how many fucking bullets were sent the other direction. Big'ol fucking goose egg, yep. Zero, that's got me concerned a little bit. I mean if you asked me there should have been a God damn onslaught like they've never fucking seen before but they got. Didn't even get the click of a fucking misfire you know? The ol' hammer fucking dropping and nothing going anywhere? Shit we didn't even get that. So, I don't know there's…I don't know. But we'll see how the meeting goes. See what we come up with. |
| (quiet-call still going, Stein listening to caller speak) |  |
|  | Uh should be yep, yep. Alright, alright yep sounds good man. Alright be careful brother. Alright later. |
| (phone call ends) |  |
| STEIN: | Alright I probably should have done this a while ago . . . |
| CHS: | Oh, I should have (Unintelligible). I think I fell asleep for a little bit. Hey do you mind uh, could you drive by a convenience store? Stop and get a, I can run in real quick and get a pop or something? |
| STEIN: | Uh we ain't gonna be going by any more convenience stores |
| CHS: | No? Gosh dang it. |
| STEIN: | Unless there is some after we turn south. |
| CHS: | I left a full fucking thing in my car. Uh man. |
| (hear music playing) |  |
| STEIN: | Hello Ms. Shelby. I'm not there. I'm getting close I'm still on still heading east but uh . . . (long pause) oh ok. Well Brody's probably been down it he's supposed to be, um, sitting up on top of the hill once you uh…yep yep. Oh he'll figure it out. He gets fucking hungry enough I guarantee he'll figure it out. Right. Huh? Well I'm just uh…ok. Oh you don't? Okay, right…Oh I'm telling ya. You ain't tellin' |

40