# EXHIBIT 10

| | |
|---|---|
| STEIN: | Now that, that's uh, is that I mean there's different suites that are all connected together? |
| MM: | Right, right and since I'd you know use the front offices. And that you know the one on uh, the Catholic one, I don't know if that's Catholic services, I've never found anybody there. They're either, the door's always locked and I don't know if they have offices or (unintelligible) at the church or what the deal is. |
| STEIN: | Uh huh. |
| MM: | So. But, if everything else, all the other ones I pretty much know. You know along Eighth Street um, on that side of town. Those big two-story buildings across from the cemetery. |
| STEIN: | Yeah. |
| MM: | They'll go (unintelligible) I mean. |
| STEIN: | Yeah. I've pretty well got that all down. |
| MM: | That's yeah. And uh. |
| **STEIN:** | **Where does Miss Trish stand on all this?** 22H |
| **BURCH:** | **I'm sittin' right here. Like what do you mean, I don't know! What?** |
| **STEIN:** | **Well, we've kind of had this discussion before, I mean. And it wasn't, you know, I think he was just worried I was going to go to jail, cause you care so much about me.** |
| **BURCH:** | **(inaudible)** |
| **STEIN:** | **(laughs) We're talking about the cockroach situation. And the fact that uh, there's only one way to take care of that problem. And it ain't gonna do itself, so you know there is a pretty good probability that uh, somebody's gonna have to do it. And I guess we need to know where you guys stand on that.** |
| **BURCH:** | **Well, I'm not gonna just go up and start shootin' at em' and shootin' em'. Unless they give me probable cause.** |

94

| | |
|---|---|
| STEIN: | Will you go up and give em' a hug and kiss? |
| BURCH: | No. |
| STEIN: | Invite em' over for pork roast? |
| BURCH: | I might do that though, but I mean I'm, I'm not you know we're not just gonna go up and start shootin' em' for no reason. I mean unless they are literally have weapons in their hands, are ready to start taking people out, then yeah I'm there. But, basically I mean I don't know I guess the way we are, we're gonna be on the defensive? |
| STEIN: | We'll be what? |
| BURCH: | We're gonna be on the defensive you know? We're gonna be keepin' our eyes out, we're gonna be keepin' intel and get things figured out, but we are not the type of people that just can go start shootin' just because you're you know a certain race. You know, we've never been that way. |
| STEIN: | It has nothing to do with race. |
| BURCH: | Religion. |
| STEIN: | It has everything to do with that. |
| BURCH: | Yeah, yeah we're we've just we're not that type of people. We believe in protecting ourselves. Now, and see this is my whole thing you know is, as we're talking about this, yeah if they come in and they do the terrorist attack like what's been going on, then yeah, I am fully I, I will be there, but I will be there, as basically I will be there to back up the police. Because if we don't, if we go in and start vigilante doing shit, our asses are getting' hauled to jail. You know and. |
| STEIN: | It depends on the timing. |
| BURCH: | Well, but you know if shit goes down, we will be there, I want to collaborate with the police department and let them know, I want them to know that if something happens, give us a call, you know. We're a militia, we're |

95

|           |  |
|-----------|--|
|           | for our state, you know, that's why we are here to back what we are here to, to back up and protect our state. We'll we do that and we'd really be collaborating with the police department and let them know that we are here as your backup, you know. If shit happens, if you guys need us, call, we're there. But, as far as just goin' and shootin' em' up? No. |
| STEIN:    | (inaudible) |
| MM:       | So you want and I'm not, I don't, I'm (mumbles) to tell you the truth, you want them to strike first, and then. |
| BURCH:    | Well, they can, it depends! I mean that's why the intel is very, very important. If we have good solid intel, we also need to be working with the police department, because you know if we just go in guns blazin' guys, we're going to jail. Period that's it, we're goin' to jail, we're goin' to prison for a long time. You know, that's just the way it is. So, I mean we got two kids, you know I can't, I can't we can't just leave our kids. So, and our standpoint, we have to be careful what we do. Because I'm not doing anything to risk my kids goin' into frickin' foster care. But. |
| STEIN:    | And I understand that. |
| BURCH:    | I, I am one hundred percent you know with I guess a defensive position, you know. I, I can't we cannot we can't help what their gonna do, unless we have good intel and sometimes we don't, but you know it, it's just keepin' your head on swivel, gettin' intel, figuring things out and we've got to work with our local police department. If not, our asses are in a jam. I know that's probably not what you wanted to hear. |
| STEIN:    | Well, I can promise you right now we won't be workin' with the police department. |
| BURCH:    | Well. |
| STEIN:    | Shit hits the fan. |
| BURCH:    | Shit, now if shit hits the fan, that's a little different, it depends though. You know there's different levels. If |

96

|  |  |
|---|---|
|  | the whole frickin' world went to shit, and there is you know nothing. |
| ALLEN: | Most of the police department's and stuff are all gonna be home taking care of their own families. |
| BURCH: | Nah. |
| ALLEN: | There's not going to be cops out around. |
| BURCH: | Oh I bet you there will be, I betcha there will be. |
|  | (overlapping) |
| ALLEN | (unintelligible) worst case scenario. |
| MM: | What, what do you feel about? |
| BURCH: | If it comes to the worst case scenario I'm down you know. |
| ALLEN: | I think we outta get somebody now and get the blame on somebody else. |
| MM: | Yeah, what do you, what do you feel about, if we struck first? Not (unintelligible) I mean. |
| BURCH: | Yeah, I won't be the one. |
| MM: | Well okay, what if some of the, the rest of the group strike first? |
| BURCH: | Just don't tell me what you're doin'. |
| MM: | I mean are you backin' us up or are you, are you? |
| BURCH: | I'll do what I can. |
| MM: | I mean are you calling the law enforcement on us, or you? |
| BURCH: | Hell yeah I'm gonna call em'. |
| STEIN: | (inaudible) |
| MM: | Naw. |
| BURCH: | No. |

97

**MM:** I mean I'm just askin.

**BURCH:** I mean just you know I you know if you guys are gonna do somethin' to keep our name clear, cause I mean I, I don't, guys we got kids.

**MM:** I understand what you're sayin' but I'm just.

**BURCH:** You know, I we our, our very first number one thing is, is our kids.

**STEIN:** If your kids are your numbers one concern, then they should be your number one concern, cause you know what? Those mother fuckers will kill your kids just as fast as they kill you.

**ALLEN:** They'll killin' your kids before they kill you.

**STEIN:** Absolutely. Wouldn't bat a fucking eye. Just like that. That's their job, their j o b. That's what their taught from about the time, they're this tall until they complete their job for they go get their virgins.

(overlapping)

**ALLEN:** Look at what they just did in what was it Idaho? Wherever they threw, an eight year old, a nine year old and a thirteen year old.

(overlapping)

**STEIN:** Oh yeah.

**ALLEN:** Pull them out of the yard and took em' to the basement of their house and raped her and it's all over, pissed all over her, videotaped the whole thing.

**MM:** Yeah.

**ALLEN:** That's goin' on in Liberal schools, but then it's not leaving the school building.

**STEIN:** Well, imagine that. We wouldn't want that you know, we wouldn't want the fuckin' truth out there, no.

(overlapping)

ALLEN: Like the first summer I worked in Liberal I knocked on a lady's door who was a teacher and she pulled all of her fuckin' kids out of the school and now she teaches em' at home and her husband still teaches.

STEIN: Trish, I've seen videos.

BURCH: Oh I'm sure they're out there.

STEIN: The actual train of seven and eight year old boys. Not here, over there, that they are being trained with AR's, AK's, what have ya, shootin' live people, in training, just to get the experience. So that they are able to do it when the call comes. I've seen four and five years old practicing literally on fuckin' teddy bears how to fuckin' behead somebody.

BURCH: I saw that one.

STEIN: Now when you teach em' at four and five years old how to behead somebody, do you think those are good fuckin' people? And you know who they gotta be.

BURCH: I'm not sayin' their good people.

(overlapping)

STEIN: And they're supposed to behead?

BURCH: I'm not sayin' their good people.

STEIN: It's any.

BURCH: I'm sayin'.

STEIN: Non-believers.

BURCH: I'm not gonna be one to just go in and start shootin'. I, I will not be the one to go in and start shootin'. But I tell you what, I will be on the fuckin' defensive if they start comin' at me or any of this group, my friends, my family, I'm right there. But, I'm more of a defensive person. You know, you have to really piss me off.

REEVER: The thing is, Muslim's here is what, it's like you and a bush, how do you kill a bush? You know if you're gonna try to rip out the bush you wanna rip it out by the roots.

99

| | |
|---|---|
| BURCH: | Uh huh. |
| REEVER: | You, all your Muslims, they're just the leaves on the bush. You know, your churches be a branch you take out a, you know a church you're just takin' out the branch you're not gettin' rid of the problem. You know to get rid of the problem, you gotta get down to the roots of the problem. |
| BURCH: | Uh huh. |
| REEVER: | Otherwise, if you're just killin' Muslims you're just taking off leafs here and there. You know I, I don't see takin' off leafs trying to fix a problem. |
| MM: | Yeah. |
| REEVER: | You know you gotta get to the root. And that's where Dan's goin' in. |
| STEIN: | What are you call, what are you callin' the root? |
| REEVER: | Goin' in and gettin' information, where these people are comin' from, who's backin' em', who's bringin' em' in. That's where we outta be goin' after em'. |
| STEIN: | Well if the fuckin' nigger in the white house, dude, I'll tell you that right now. |
| REEVER: | I know. |
| STEIN: | And his cabinet and congress and senate! I mean. |
| REEVER: | If I had the money. And the funding |
| | (overlapping) |
| STEIN: | There's your root. |
| REEVER: | We, we would take that root out. |
| STEIN: | If, if fuck I'd be. |
| BURCH: | I'm honestly surprised it hasn't been taken |
| STEIN: | I'd be there in two fuckin' seconds if uh, if I had the equipment to do it. And the people. |

| | |
|---|---|
| REEVER: | Oh, I agree. That's where I'm at. |
| STEIN: | I mean. |
| REEVER: | But going around and just shootin' Muslims and stuff, ain't gonna solve the problem, it's gonna get your ass in jail for. |
| ALLEN: | Well that's what I say we outta hit the, people that are doing it like the city council members and the IMAMs. |
| | (overlapping) |
| MM: | Well. |
| SPOONER: | The ones that are runnin' it. |
| MM: | Somebody's gotta strike first and somebody's gotta make a statement and hopefully that would make other people think and do it because people all over this fuckin' country they don't realize this is to me this is almost like going off to war. You're gonna, you're going off to war, I'm gonna leave my family behind and go to war and do what needs, do what needs to be done you know. |
| BURCH: | But also if you think about it, okay? |
| MM: | Hopefully I come back. |
| BURCH: | If we strike first, what does that label us in the citizen's eyes. |
| STEIN: | You know what? |
| MM: | The problem is. |
| STEIN: | What, what are we labeled right now? Tell me that, what are we labeled right now and we ain't doin' a fuckin' thing, except training and havin' meetings like this. What are we? |
| BURCH: | But goin' in and just striking being the first ones. |
| | (overlapping) |

101

| | |
|---|---|
| STEIN: | We're gonna be labeled the same fuckin' thing we are right now. |
| BURCH: | We're gonna be labeled worse. |
| STEIN: | No we're not. |
| BURCH: | Because right now. |
| STEIN: | How's it worse than a domestic terrorist? |
| BURCH: | Militia, people think of a militia they think about just some freakin' red neck goin' out and training and. |
| ALLEN: | No, no, no, no because they've been seedin the fuckin' public for four or five years now. Militia is the number threat to the U.S. government. |
| BURCH: | But, but before we got into this group, I had never heard anything about a militia. In this area, people really don't know what a militia is. They don't hear about it. |
| STEIN: | Well it's cause we don't talk about it. |
| BURCH: | So if we but okay, so if we go off and just and strike and just you know, then people are gonna know about us in a bad way. So what if you know we wait and if something happens, then we go in and hey, militia are pretty good you know they came in they helped us out. |
| STEIN: | So we gotta. |
| BURCH: | We have to be the ones to change our own image and that's not gonna be by going in and killin' people. |
| STEIN: | We gotta, we gotta wait for another mass, we gotta wait for another twenty or thirty people to die before. |
| BURCH: | We can't control that though. |
| STEIN: | We can go do our (overlapping) our job, is that what you're sayin'? |
| BURCH: | Yeah, we can't control what they do, but we can be there to help out when they, when they do it. |

102

| | |
|---|---|
| STEIN: | Has there not been enough fuckin' American people die at the hands of these mother fuckers? |
| BURCH: | One! |
| STEIN: | To deserve. |
| BURCH: | One is too many, one is too many, but I'm tellin' you right now. |
| STEIN: | So. |
| BURCH: | If you go in and just start gunnin' down Muslims, you're gonna be painted as nothing but a racist, red neck racist. |
| STEIN: | I'm painted that anyway. |
| BURCH: | Racist (inaudible) but I mean. |
| STEIN: | I'm painted that anyway. I'm a domestic terrorist on a fuckin' federal government list, right now. |
| BURCH: | The federal government says you're a domestic terrorist? |
| STEIN: | Um hum, that's right. |
| BURCH: | So why, why don't we take strides to paint our own image to paint people know that my militia is a good thing and it's not gonna happen if we go in and just start shootin' people. We want cause you, you know when shit hits the fan do we want the people on our side, we want as much people on our side as we can right? |
| STEIN: | You know what? |
| BURCH: | So we can get our numbers up. |
| STEIN: | When the shit hits the fan, it's every it's fuckin' game on. |
| BURCH: | Exactly (overlapping) |
| STEIN: | I could give a fuck less what anybody else thinks. All I know is you're either for us or against us, if you're |

103

| | |
|---|---|
| | against us, I'll put a bullet in your fuckin' head, if you're with us and for us, come on and join the crowd. |
| BURCH: | With our numbers the way they are though, we have to be careful. We want more people to come in and come see us as somebody that's gonna save em'. Like I told ya, I said earlier, you take care of the community the community's gonna take care of you. |
| STEIN: | In peace time yes. |
| BURCH: | (overlapping) In Lakin, |
| STEIN: | Right! |
| BURCH: | No! In, in war time. |
| REEVER: | War time too. |
| BURCH: | In war time, if we can show that we can help the run security in there. If we can go in and help, help the local cops run security, the citizens are gonna see that, they're gonna be on our side. Fuckin' government runs in, hey you know we're gonna have places to hide, we're gonna have people helpin' us out, I'm tellin' ya. If you go in and start shootin' people then we're painted in a bad way. And then when shit goes down, they're not gonna wanna help us. We're gonna be screwed, we don't have the numbers to go in and start you know paintin' ourselves in a bad image. We have to keep our image good, so that way we can get. |
| STEIN: | So are you, are you thinkin' that the L-E-O's are the, the sheriff's and the uh, city cops are gonna be on the front lines fuckin' pluggin' at fuckin' U-N when they start comin' in? |
| BURCH: | I don't know if they will or not. |
| STEIN: | I mean, as a militia? |
| BURCH: | I don't know if they will or not. |
| STEIN: | That's our job, that's our job. |

| | |
|---|---|
| BURCH: | Then that's fine, but I guarantee you there are some officers in there that are with us. |
| STEIN: | I know there is too. There's the same thing over at Ford County. |
| | (overlapping) |
| BURCH: | And we need, but we need more. We. |
| STEIN: | I'm not sayin' we don't. |
| BURCH: | And we can't paint ourselves in a bad way. We just can't. We have to stay smart, we can't just go in guns blazin' because everybody's dead. And then we can't do any good to anybody. We have to be smart about this. It's great to have the, the people that want to get in there and get dirty and fight, we need those. |
| STEIN: | So are you gonna? |
| BURCH: | But we also have to be smart about it. |
| STEIN: | Are, are you, you know when war time, when we're fuckin' shootin' at the fuckin' U-N mother fuckers over there that are tryin' to come in, are you gonna be on the phone and doing a fucking membership drive while we're out fuckin'... |
| BURCH: | No! Because we should already have em'. |
| STEIN: | Throwing rounds down range. |
| | (overlapping) |
| BURCH: | If shit happens, they're not gonna come here for a (overlapping). |
| STEIN: | Do you realize shit could fuckin' happen tomorrow Trish? |
| BURCH: | Yeah, they ain't gonna get here for a while. We're gonna get a heads up and you know it. |
| STEIN: | The mother fuckers are at Ft. Riley right now. |
| BURCH: | And how far away is that? |