# EXHIBIT 11

| | |
|---|---|
| ALLEN: | By the Constitution, that's another thing that bothers me, they can't even be in this country. ← 14F |
| STEIN: | Correct. Since 1952. |
| WRIGHT: | Yeah Newt Gingrich probably... (unintelligible) |
| (overlapping conversation) | |
| ALLEN: | Because you can't step into this country and openly say that I'm going to go against the Constitution of the United States. |
| WRIGHT: | Did you hear that? Where he said, he didn't (unintelligible) Sharia law (unintelligible) period. |
| ALLEN: | And they all have an ulterior motive. They're going, they're trying to do it in Amarillo right now they're trying to pass Sharia law. |
| STEIN: | I did read that. ← 14G. |
| WRIGHT: | Yeah it doesn't matter. |
| ALLEN: | So it's fricking crazy. And I guess, to make it a little bit short is I think we ought to be doing something. Even if we can just stop them and change their mind about bringing them in to this part of the country. You know then fucking let some other idiot out there worry about them you know? |
| J SPOONER: | But they're already here. |
| WRIGHT: | Problem is I think it doesn't matter where they come, they're eventually going to get. |
| ALLEN: | (overlapping) I know, but they're eventually get in law. |
| N. SPOONER: | (overlapping) (unintelligible) |
| CHS: | Yeah. |
| WRIGHT: | They're not going to stop until everybody believes what they do. ← 14H |
| STEIN: | Thirty thousand foot level, the god damn religion of Islam they're |

Page 24 of 165

|  |  |
|---|---|
|  | fucking orgasm would be to have a world-wide caliphate. |
| WRIGHT: | That's it. |
| STEIN: | Which means...(interrupted) |
| N. SPOONER: | Everyone...(interrupted) |
| STEIN: | ...they control the world, it, it's all under one religion. It, it's all under one rule of law which is Sharia Law and those motherfuckers got it all. That is what their goal is. And they been trying to do that for 2,000 years. |
| ALLEN: | Yeah. |
| STEIN: | You know anything about the Crusades? |

(overlapping conversation)

| | |
|---|---|
| ALLEN: | And I'll tell ya, it's crazy weird, I know I'm cutting you off again, but look ... |
| WRIGHT: | How many times have they been kicked out of the United States, four or five, They've eradicated Muslims out of the United States four or five times, in the past two hundred years. |
| ALLEN: | ...they've outlawed them, but what I find found funny is when this, before this invasion of Europe happened. All the, like it's all the world leaders went and saw the Pope. Because I honestly think that's the anti-christ. |
| STEIN: | I, I guaranfuckingtee you it is. |
| ALLEN: | And all these guys are getting his permission basically. |
| STEIN: | There is no doubt. |
| ALLEN: | And if they are behind this one hundred percent...(interrupted) |
| CHS: | Well fucking the Pope went and prayed at a mosque. |
| ALLEN: | ...I spoke to a lady, yeah oh yeah and he's and you got the Pope |

Page **25** of **165**