# EXHIBIT 12

|  |  |
|---|---|
|  | everybody's gonna go to it. |
| CHS: | Yeah. Well that's what I was saying, that judge, there's, did you hear about the judge in Garden City. They had fucking everybody over at his house. |
| WRIGHT: | Yeah. |
| CHS: | KHP, PD. I mean. |
| STEIN: | That's because he was a fucking moron. |
| CHS: | Yeah, well, if you, if you have a, if you called in a, it wouldn't be a judge, but something to that effect. |
| N SPOONER: | Call in a (unintelligible). |
| CHS: | Something like that. You're gonna everybody on the other side of town. You're gonna have maybe one or two, one, probably one PD or something on your side of town. |
| ALLEN: | Yeah but if you blew something up and you actually did something, you're gonna have everybody there. That's (interrupted) |
| CHS: | (overlapping) Yeah well it's gonna be, there gonna be there, but, this would be the time. |
| N SPOONER: | And they're going to be there a while because they're trying to figure it out. |
| ALLEN: | Yeah. |
| CHS: | And it'd be their time. |
| ALLEN: | Versus you know five cops showing up to somebody's house. |
| CHS: | Or, yeah. |
| ALLEN: | So you set off something major off in town, then you're gonna have some fucking people. Everybody's going to be there. Fire Department all the cops, all the sheriff's officers. |

Page **127** of **165**

| | |
|---|---|
| N SPOONER: | Yeah, cause they're bored, oh, cool, what the fuck let's go, come on. |
| ALLEN: | That's it. Yeah. |
| N SPOONER: | That's why you got, five cops by the side, someone that you pulled over and what'd he do, what'd he do, what'd he do? |
| STEIN: | And if we ever threatened to fucking blow up the donut shop dude, every one of them motherfuckers would be there. Next one I got, city and county officials who are, are directly involved with bringing these motherfuckers in here, they know they're coming in, they're helping facilitate it, make it happen. They're a fucking target too in my mind. They're part of it. |
| N SPOONER: | If they're doing it for the kickback or for. |
| CHS: | The only, yeah, the only problem is like I can't find any, anybody to fucking admit that they know about. |
| WRIGHT: | That's it. |
| STEIN: | (overlapping) I don't give a fuck if they admit it or not. |
| WRIGHT: | (overlapping) (unintelligible) |
| CHS: | (overlapping) They got to. |
| STEIN: | (overlapping) I guarantee you every god damn city council member in Garden City, Kansas, Dodge City and Liberal, know the motherfuckers are coming in. |
| ALLEN: | They can't not know. |
| CHS: | (overlapping) Yeah I mean they have to. |
| ALLEN: | (overlapping) There's no way. Somebody hasn't said something to 'em in the fucking restaurant and you can't tell me they hadn't talked about it. |
| CHS: | Yeah. |
| ALLEN: | You know how many Muslims, I mean with the shit that's going on. |