# EXHIBIT 13

| | | |
|---|---|---|
| STEIN: | I know that what they do but. | ← 14LL |
| CHS: | Put some fear in them I mean. | |
| ALLEN: | (overlapping) I'm saying if it's something like that then they can shut it off, they'd be like no we're like no we're not bringing anymore in or something like that. You know what I'm saying, that would be a big deal. | |
| WRIGHT: | (overlapping) I think he's right, just bring in as much as we can, I mean, wait, everybody knows their rotten fucking people already. | |
| STEIN: | Sure. | |
| WRIGHT: | Everybody knows that. | |
| ALLEN: | Especially if it's a city council woman's head (unintelligible). | |
| WRIGHT: | (overlapping) Alls we got to do is reaffirm that. | |
| CHS: | Oh yeah. | |
| ALLEN: | Cause the rest of the city council will be like whoa. That's the only way she's gonna wake them up. | |
| N SPOONER: | (overlapping) And you know what, if we can reaffirm that, we can get this one and this one, then once we do this enough times, then we get to set back and watch it on the news as they're actually really fucking doing it. | |
| (lots of agreement) | | |
| STEIN: | Right. | |
| ALLEN: | That's what I'm saying. | |
| STEIN: | That would be awesome. | |
| CHS: | Well that's what we're...(interrupted) | |