# EXHIBIT 15

| | |
|---|---|
| STEIN: | So they're fucking, the companies that are placing them too, I mean. |
| WRIGHT: | They don't even know. |
| STEIN: | They're shipping more of them in then...(interrupted) |
| ALLEN: | They even know. |
| STEIN: | ...yeah. |
| WRIGHT: | Yeah. |
| N SPOONER: | Well that's probably what it says is, we're allowed you know (slap) well we're going to bring in 10,000 refugees, well okay you know one. |
| ALLEN: | (overlapping) Well see that's what they told the American people, everybody felt bad cause thy're women and kids. |
| STEIN: | (overlapping) (laughing) Right, right. Yeah. |
| CHS: | Yeah. |
| STEIN: | Right. So and the thing that we all got to keep in our fucking minds is ← /4LLL this is all part of his master plan to take the fucking country over, that's why we're doing this shit. To save this country, to save the future of my kids, my grandkids, your kids and grandkids. That's what this is all about. That's why I have no bones with anybody whose helping facilitate this bullshit, because all it's doing is destroying this...(interrupted) |
| ALLEN: | Um hum. |
| STEIN: | ...fucking country. |
| ALLEN: | That's the whole point of me being involved is it's the fucking country. |
| WRIGHT: | That's right I agree. |
| ALLEN: | This is not losing fucking..we're losing the whole country. |

| | |
|---|---|
| WRIGHT: | That's right. |
| STEIN: | Because here's the next fucking target I got and that's the god damn Catholic church. |
| WRIGHT: | Yep. |
| STEIN: | Dude those motherfuckers are bringing them in, just like his company is. |
| ALLEN: | Yeah they're bigger, they're part of that. |
| STEIN: | The god damn pope is, is...(interrupted) |
| WRIGHT: | (overlapping) He's the one needs to be fucking buried. |
| STEIN: | He needs fucking knocked off first. |
| CHS: | Yeah. |
| WRIGHT: | That's right, he's the one that needs to be buried. Sorry but. |
| STEIN: | I agree with you dude. |
| WRIGHT: | Yeah they fucking drop him and then you're fixed a lot of problems. I guarantee you because them people will follow that son of a bitch to the fucking grave. Guarantee you. |
| ALLEN: | (overlapping)Well and then that, that Catholic, that Catholic church is just like the U.S. government, you take the head off, but that's the government's, |
| CHS: | (overlapping) Yeah. |
| ALLEN: | still thinking the same way. |
| N SPOONER: | Well, but |
| CHS: | (overlapping) Yeah, they got somebody to take his place. |
| N SPOONER: | (overlapping) (clears throat) like I brought up earlier. |

Page **139** of **165**