# EXHIBIT 16

WRIGHT: [UI] used to own it.

CHS: Yeah, I don't know who [UI].

WRIGHT: He died a couple years ago, so--or a few years ago.

STEIN: Basically this whole fucking complex. ← 15 O

CHS: Yeah, it's kind of a cluster [UI].

STEIN: This whole complex. And then this whole motherfucker right here.

CHS: Oh, okay. And then...

WRIGHT: Sand niggers.

CHS: Yeah, right here...

STEIN: Cockroaches.

ALLEN: [UI]

(loud thump sound)

WRIGHT: That's it. [Laughs] That's it.

CHS: Okay, remember right down the cem--uh, there was a cemetery and then there's a two-story.

ALLEN: Dude, I don't know. Go ahead. I'm just--I'm just thinking aloud. Because, you ← 15 P know, if we're as far as gone as what that fucking thing said, then none of this is going to matter. But if I... The only thing I can see is if it wakes enough people up in the country where other like-minded people start to understand things.

WRIGHT: Yeah, and--

ALLEN: That's why I'm talking about putting out that fucking... What do we call that thing? Uh--

STEIN: What, the goddamn...

ALLEN: --I'm saying like, fucking Bersinski [PH] come out or what [UI].

CHS: Oh, uh, manifesto.

ALLEN: Manifest.

CHS: Manifesto.

ALLEN: Yeah, manifesto.

CHS: That's exactly--

ALLEN: Yeah--

CHS: --what we've talked about.

ALLEN: Yeah. I think that's a fucking brilliant idea.

CHS: If we--if we--

ALLEN: You weren't up there. So I think--

WRIGHT: You missed out on the first [UI].

ALLEN: So we-we-so if we--if we do an attack like this it's not going to do nothing, really. ← /5 ◊

CHS: Right.

ALLEN: But if we put out a manifesto, write up a fucking page [UI]. Because what was his--it's not Bersinski [PH] what's the others name?

CHS: Uh, the Unabomber. Yeah, Unabomber.

WRIGHT: Kaczynski.

ALLEN: Kaczynski. Yeah, before he does he make fucking papers all across the country. He bombed enough to where they're like [UI] bomb again. If you don't... And so they made the fucking New York Times [UI]--

WRIGHT: Oh yeah.

ALLEN: --[UI] papers publish his manifesto. That's what we got to do. And we need to send it and drop it off at every fucking radio station, and every newspaper at least in Kansas to where it gets out.

CHS: So...