# EXHIBIT 17

WRIGHT: You're supposed to have a birth certificate to be a President, too. How does that work out?

CHS: That's true, that's true.

ALLEN: No, I mean, yeah [UI].

WRIGHT: I mean--I mean...

STEIN: What I was saying is, if they start doing that and where does your family live? Let's say they live in Oklahoma City and you go to call 'em tomorrow, and you can't get a hold of them, can't get a hold of them, can't get a hold of them, cause they done--

ALLEN: When I started making calls this morning and like all circuits are busy. Always take that as a warning. [Laughs]

STEIN: You know they--

WRIGHT: That's right.

STEIN: --done took them to fucking Walmart. I mean, that's going to fucking get to you fucking--

ALLEN: I don't know that.

STEIN: --in another part of the country, fuck I-I guess.

ALLEN: I mean, but most of the sheeple don't... They're never going to be... I mean, by the time it gets to that point, it's just going to be like...

STEIN: So you're saying the UN is going to do this?

ALLEN: UN, US Government is already doing it, man.

CHS: Yeah, I think--I think they're going to do shit like this to put fear in people, confuse people, psychological warfare, man. Once-once they get in your head...

STEIN: About what?

CHS: Well like what-what they say they're going to do. Like, uh--

ALLEN: Your average American don't even know this is going on.      ← 15GG

Page 112 of 205

| | |
|---|---|
| STEIN: | No, I know that, dude. |
| ALLEN: | I mean, we can stop the next 20 cars going down the road, and not one of them is going to be like, what are you talking about? |
| STEIN: | I understand that. |
| WRIGHT: | Yeah. |
| ALLEN: | See that's what I'm saying. It's already this far and the American-- |
| WRIGHT: | They're going to have Muslims-- |
| ALLEN: | --don't even know it. |
| WRIGHT: | --there ain't any Muslims in this country. |
| ALLEN: | You know what I'm saying. |
| STEIN: | I understand that. |
| ALLEN: | So it's going to advance and faster and faster and faster. Well let's say we're a year ahead now. I mean, now we've got UN vehicles sitting across the street. And now we've got UN vehicles all over Liberal. You still going to go out and find the 20 cars on the highway and everybody is like, what are you talking about? |
| WRIGHT: | Yeah. |
| STEIN: | Right. |
| ALLEN: | You're not going to wake them up until you're knocking on the door. [Mimics door knocking sound] |
| WRIGHT: | And taking and hauling them off. |
| ALLEN: | [UI] |
| CHS: | But you know... |
| ALLEN: | They're awake and they still don't believe it. |
| CHS: | But then when are we--I mean [UI] we're pretty much--our hands are pretty much tied then-- |

| | |
|---|---|
| ALLEN: | Yeah, that's what I'm saying. |
| CHS: | --to do anything. |
| ALLEN: | By then it ain't going to matter. By the time you wake up. But at that point, when people are waking up, it's not going to matter. |
| CHS: | So I can't--I can't let what could happen a year from now or six months ago dictate what we fucking do now. I mean, you just can't do it. |
| STEIN: | We got to do something that's going to accomplish something. |
| CHS: | Right, I mean... Wh-wh-what... Like okay... |
| STEIN | [OV] I understand [UI]. |
| CHS: | We got to start--you got to start off like that manifesto. I mean, it's small, but it's big like fucking open--that would open... |
| ALLEN: | Yeah, but your... What are you going to do to make that happen? |
| CHS: | Okay. |
| ALLEN: | If we're going to do that we agree that we need to the manifesto. Whatever actions we take... |
| CHS: | First of all, I think we need to come up with a manifesto. Brainstorm wha-what-what... |
| STEIN: | I think before that we need to figure out what are we trying to accomplish by doing a manifesto? That's what I want to know. |
| ALLEN: | We're going to try to trigger the other like-minded people across the nation to fucking stand up and start doing the same thing we're doing. |
| CHS: | Exactly. |
| STEIN: | Against the UN--or the-- |
| ALLEN: | Muslims. |
| STEIN: | --cockroaches. |
| ALLEN: | Muslims and Government. |