# EXHIBIT 19

ALLEN:      That's what I'm saying--

WRIGHT:     Yeah.

ALLEN:      --show up as a burglary.

WRIGHT:     Yeah.

ALLEN:      Broke into one house and didn't quit until I was at the end of the block.

            [Laughter]

WRIGHT:     It just happen all the Muslims in there.

ALLEN:      Yeah, we was looking for khat.

WRIGHT:     Somebody told there was a drug dealer here.

ALLEN:      Well that's what we need to do.

STEIN:      So what all--what all do we want to include in the manifesto? That we want the ⟵ 15PP
            fucking--we want the cockroaches stopped.

CHS:        Yeah. It's got to be big, you know, something like that.

ALLEN:      Yeah.

CHS:        Something big.

ALLEN:      Well we can't--we can't--we don't want to put that in there like that.

CHS:        Yeah.

ALLEN:      We don't...

CHS:        Because it's...

ALLEN:      We want to put it in there to where other people take action so it wakes people up.

CHS:        You know, work up to something.

ALLEN:      You know what I mean?

WRIGHT:     See that's where I think...

ALLEN:      We can't say in there--say we want the government to kick all the fucking cockroaches out of the country.

WRIGHT:     No, no, no.

STEIN:      No, I'm saying stop bringing them in.  That's what I'm talking about.

WRIGHT:     See, I think the un-lawlessness is the biggest issue. And then you don't have to point the finger--

STEIN:      We want our borders reinstated.

WRIGHT:     --we don't have to point the finger at Muslims. You know what I'm saying?

STEIN:      Should we focus on the Constitution?

ALLEN:      Yeah.

WRIGHT:     Yeah, I agree.

STEIN:      Dude, we can make a book on-on--

ALLEN:      That's what I'm saying, this thing is going to be big.

STEIN:      Write a fucking book on how the Constitution has been fucking trampled.

ALLEN:      But who gives a fuck?

WRIGHT:     And we're tired of the un-lawlessness.

ALLEN:      I mean, [UI]--

WRIGHT:     And we're going to take matters into our own fucking hands.

ALLEN:      --5,000 words.

CHS:        Yeah, you know, or 50,000 words. They were fucking books.

WRIGHT:     Oh, the police won't do anything about it--

CHS:        [OV] [UI] summarize [UI].