# EXHIBIT 20

ALLEN:      Same thing [UI].

WRIGHT:     But it was our [UI] somewhere they got it.

ALLEN:      [UI] explosives all throughout the whole building.

CHS:        Uh--

ALLEN:      Because there's no fucking way that building is coming down like that.

WRIGHT:     Yeah, they-they-they attacked and killed a bunch of our people in one of our [UI].

ALLEN:      Embassies too.

WRIGHT:     Yeah. I don't remember what the embassy was...

CHS:        Well, and then there's like...

ALLEN:      What we need to do is write down what we need on the manifesto, you know. I ← /5 W
            could type something up.

CHS:        Yeah. So what would the goal--what the goals are. I mean, [UI].

ALLEN:      Well we need to mention what all we want to get across.

WRIGHT:     Yeah, and see I think we want to be doing it for everybody, not for us.

ALLEN:      Right.

WRIGHT:     I mean...

ALLEN:      Well...

WRIGHT:     We want to be doing it for We, the people, not...

ALLEN:      No, that's what I'm saying.

WRIGHT:     Yeah, yeah, I agree.

ALLEN:      Nobody's ever going to take blame for it. We're not going [UI].

WRIGHT:     We need a fucking word smith for that kind of shit. And I'm not a word smith.

ALLEN:      Me neither.