# EXHIBIT 22

| | |
|---|---|
| S-73282: | Well, next time. You fucking (unintelligible) |
| STEIN: | (unintelligible) fucking with the, as soon as it's. |
| (overlapping conversation) | |
| ALLEN: | (unintelligible) |
| STEIN: | Even if we were to do the landlord, |
| WRIGHT: | Yeah. |
| STEIN: | and as soon as they realize, |
| WRIGHT: | What had happened? |
| STEIN: | This motherfucker and his wife are both dead because |
| WRIGHT: | They'd have everybody (unintelligible) |
| STEIN: | he's housing the fucking Muslims. |
| ALLEN: | Yeah. |
| STEIN: | I'll guarantee the phone lines are gonna melt to go to fucking D.C. |
| ALLEN: | Yeah. |
| S-73282: | But, |
| ALLEN: | Goddamn |
| S-73282: | I think this one would be a keeper. It's gonna make the biggest bang. |
| ALLEN: | Yeah. |
| S-73282: | It's going to be the most attention. |
| STEIN: | Was that a play on words? |
| S-73282: | (chuckles) play on words. The next one, fucking Amarillo, Wichita, wherever, you know? |
| ALLEN: | Well, I think if we did it right, you just do it once and it would start happening. Everywhere else. |
| (overlapping conversation) | |
| STEIN: | Okay, so let, let's say we was to do these. Where, how would we, uh, deliver the manifesto in, in this instance? The manifesto's got to be delivered first, |

16AAA

120

| | |
|---|---|
| | first crack out of the box. |
| WRIGHT: | Well, at least mailed or. |
| STEIN: | Right after that |
| S-73282: | Or right after, right after |
| STEIN: | Correct? I mean wouldn't you think? |
| S-73282: | They could get it like a day after. |
| STEIN: | We'd wanna put our fucking word out there. |
| (background voices) | |
| S-73282: | Most, if you look around most bombers, they take the credit for it a day or so later after it's done, you know? |
| STEIN: | I don't want no goddamn credit. |
| S-73282: | No, well, I mean as far as the manifesto goes. |
| STEIN: | I just want the motherfuckers to know why it's happening. |
| S-73282: | No, Uh, right, but that's what the manifesto. You could put that out the next day. |
| ALLEN: | We could put it in there (unintelligible). No, we can pass the manifesto out statewide somehow. However, we did it. |
| WRIGHT: | Let's say |
| ALLEN: | We get it to the main, a couple of main places. |
| S-73282: | You could do mass email. |
| (overlapping conversation) | |
| ALLEN: | Just say hey this needs to be statewide by Monday. |
| STEIN: | No fuck that. |
| S-73282: | Well, I mean ... |
| (overlapping conversation) | |
| ALLEN: | (unintelligible) put out by Monday, |
| WRIGHT: | We're gonna start blowing places up, |
| ALLEN: | Or, you know, whatever, however we worded it. |

121

| | |
|---|---|
| WRIGHT: | Yeah. |
| S-73282: | Real strong language, yeah. |
| WRIGHT: | We're gonna start killing, |
| ALLEN: | Uh, and then we can do it, then come Monday night, we could blow that motherfucker down and then, you know, we can even put it in there. |
| STEIN: | You're saying put the manifesto out first? |
| ALLEN: | I mean, if we put it out there and then they put it out in the newspaper and people start, I don't know, I think we need to do something with it (unintelligible) |
| (someone sneezing) | |
| S-73282: | Well, I think, I think. |
| WRIGHT: | I think if we do it after, they're gonna cover it up. |
| ALLEN: | Yeah. |
| WRIGHT: | I think like he is, |
| (overlapping conversation) | |
| ALLEN: | (uintelligible) |
| WRIGHT: | We're going to fucking block it if they do it after. |
| ALLEN: | (unintelligible) blow something up, did that first? Well, that night it's gonna be, it's already gonna destroy the manifesto. Because they're gonna put out there that we got domestic terrorism right here in Garden City. |
| STEIN: | Right. |
| ALLEN: | You know what I'm saying? |
| S-73282: | So are you saying put it out in front? |
| ALLEN: | Yeah, I'd say put it out at the same time. |
| S-73282: | Same time? |
| ALLEN: | Yeah |
| S-73282: | Yeah. |

122