# EXHIBIT 23

| | |
|---|---|
| WRIGHT: | [OV] Yeah. |
| ALLEN: | [OV] Yeah. [chuckles] |
| STEIN: | What would we, what would we want a big roll off for? |
| CHS: | No, well, what we're sayin… |
| ALLEN: | [OV] [UI] …fill that mother fucker full of shit and blow that mother fucker off the map. |
| CHS: | It's easier to drop off |
| ALLEN: | Yeah. |
| CHS: | [OV] …they drop it off, and we're getting kind of out there, but… |
| ALLEN: | Yeah, we were just talking. |
| CHS: | But, we just talking. |
| STEIN: | And, we gonna put a semi load at it? |
| CHS: | Basically. |
| ALLEN: | Fuck yeah. |
| STEIN: | Metal's worth more than the powder. |
| WRIGHT: | Somebody took a thousand mill- [UI] fucking diesel fuel. |
| STEIN: | Still don't have the aluminum powder. |
| WRIGHT: | Yeah. |
| ALLEN: | Yeah. |
| WRIGHT: | Set the fuel off. I think the trash can in front of the front door's the best way… |
| ALLEN: | [UI] |
| WRIGHT: | Cause then the mother fucker's gonna be as close to them as we can get without being inside. |
| STEIN: | I like, I like it, uh… |
| ALLEN: | [UI] Well, I think it's kind of…[UI] whatever you call it, but it's a start. Just like, I don't know what, you know, I didn't put, like we need, I wanted to put names and shit in there. But if we do that like what you were saying, |
| WRIGHT: | [OV] [UI] |

127LL

| | |
|---|---|
| ALLEN: | [OV] [UI] …spread it out across the U.S. they're gonna know we're, well they're gonna know that anyway because, but… |
| STEIN: | I ge-, I, our, I didn't realize that, that was kind of what you was gonna gear it towards was, you know, trying to get e-everybody to come together. |
| ALLEN: | Yeah, that's what we were saying. This would be a lot… |
| STEIN: | [OV] Um, because originally I thought we was talking about, you know, we was discussing mainly the Muslims and then bringing these mother fuckers into town and what have you, and, we gonna get, you know, put the city council and the fucking renters, you know… [UI] |
| ALLEN: | [OV] Yeah. [UI] |
| CHS: | [OV] They'd be targets. |
| ALLEN: | I can add that in there. More about the Muslims. I added the Muslims in there. |
| STEIN: | Right. |
| ALLEN: | But we could add that in there, more of like, if you have anything to do with these people… |
| CHS: | Yeah. |
| ALLEN: | You know, I can always add that, that one line, you know. |
| STEIN: | Let me ask you this, if… |
| ALLEN: | But we need a call to action because we want to, we want this is to set off a nationwide deal. |
| WRIGHT: | That's it. |
| CHS: | Exactly. |
| WRIGHT: | Where they don't know who to look for. |
| ALLEN: | Yeah. |
| WRIGHT: | It's gonna happen fucking everywhere! So… |
| ALLEN: | And we can even do that, you know, I could even do that on the last line of the deal. Just write in there, you know, "This is a call to action." You know… |
| WRIGHT: | [OV] "All American patriots." |
| ALLEN: | [OV] [UI] state, nationwide. You know… |
| WRIGHT: | [OV] Fucking …exterminate |