# EXHIBIT 24

STEIN:          [OV] But if you put it out here it'd be traced back to, it'd be traced back to town.

CHS:            Right, right. So…

ALLEN:          Yeah, you should put it out here and [UI] run a few records…

CHS:            [OV] Yeah.

ALLEN:          [OV] …and he'll be like, well why'd the FBI show up. Yeah, he probably did it. You know?

STEIN:          Well, it would at least be traced back to the library. And then they're gonna know, well, whoever put them inside is right here in town.

ALLEN:          [OV] Well, then that puts you [UI]

CHS:            Well, yeah.

STEIN:          And then they're going to start, and then they'll probably go, "Hmm, let me see. What militias do we have in this state, and then start going through the fucking members list of each [UI].

ALLEN:          [OV] [UI] How do they do that? Well, just pull it up on Facebook.

STEIN:          [chuckles] That's right.

CHS:            The good thing about this, this ain't aimed at [coughs] militias and stuff.

ALLEN:          No.

CHS:            I mean, yeah, they would look at militias. [UI] It makes, yeah, and, groups, that's the good thing about that. Cause they…

*127PP*

STEIN:          Uh, Do you want to, do you want it, you know, illegal immigrants, or do we want it more focused directly…

ALLEN:          [OV] …I already say Muslims in it…

STEIN:          [OV] …directly at the fucking Muslims?

ALLEN:          No, we want it illegal immigrants. Cause they're all over.

STEIN:          [OV] Well, the refuges?

ALLEN:          [OV] You know?

STEIN:          [OV] …most people are not gonna consider them illegal immigrants because they are considered refuges. [UI]

ALLEN:          [OV] Well, we could put refuges slash illegal immigrants.

CHS:            Yeah, cause, well they got, cause they're…

STEIN:          [OV] That's how they're getting by with a lot of this shit.

CHS:            [OV] Yeah, cause they're legal.

STEIN:          "Oh, these are refuges from a war-torn country,"

WRIGHT:         Yeah, so sad.

STEIN:          [OV] "…they don't have anything, and, you know, their families are tore apart. They don't have a country no more."

ALLEN:          Bullshit.

STEIN:          "We gotta take 'em in!"

ALLEN:          They don't have a country no more? They just fucking walked off and left it!

STEIN:          I know. [UI]

WRIGHT:         [UI] …they ever had a country, to be honest with you.

CHS:            You know what? [UI] This would bring out the fucking…

ALLEN:          Nut jobs, everybody.

CHS:            Yeah.

STEIN:          What's that now?

CHS:            This would bring out the nut, the people that…

WRIGHT:         People like Patrick that [UI] on their own.

CHS:            [OV] Yeah. That wanna do something, you know?

WRIGHT:         [OV] That's it.

CHS:            [OV] They don't know where to go.

ALLEN:          [OV] He's right. They're right, and that's evident.

WRIGHT:         [OV] So we're gonna fucking help.

ALLEN:          [OV] This is our call to action.  All these people in these militias are like all over. They'll be like, "Goddamn, it's starting."

CHS:            [OV] This is, yeah!

WRIGHT:         [OV] You know…

ALLEN:          [OV] This is our starter…

WRIGHT:         [OV] That's it.

CHS:            [OV] This is…

STEIN:          [OV] I hope so, dude

127 QQ