# EXHIBIT 25

CHS:            [OV] Yeah, cause they're legal.

STEIN:          "Oh, these are refuges from a war-torn country,"

WRIGHT:         Yeah, so sad.

STEIN:          [OV] "...they don't have anything, and, you know, their families are tore apart. They don't have a country no more."

ALLEN:          Bullshit.

STEIN:          "We gotta take 'em in!"

ALLEN:          They don't have a country no more? They just fucking walked off and left it!

STEIN:          I know. [UI]

WRIGHT:         [UI] ...they ever had a country, to be honest with you.

CHS:            You know what? [UI] This would bring out the fucking...

ALLEN:          Nut jobs, everybody.

CHS:            Yeah.

STEIN:          What's that now?

CHS:            This would bring out the nut, the people that...

WRIGHT:         People like Patrick that [UI] on their own.

CHS:            [OV] Yeah. That wanna do something, you know?

WRIGHT:         [OV] That's it.

CHS:            [OV] They don't know where to go.

ALLEN:          [OV] He's right. They're right, and that's evident.

WRIGHT:         [OV] So we're gonna fucking help.                                    127 Q Q

ALLEN:          [OV] This is our call to action.  All these people in these militias are like all over. They'll be like, "Goddamn, it's starting."

CHS:            [OV] This is, yeah!

WRIGHT:         [OV] You know...

ALLEN:          [OV] This is our starter...

WRIGHT:         [OV] That's it.

CHS:            [OV] This is...

STEIN:          [OV] I hope so, dude

ALLEN: [OV] I do too.

STEIN: [OV] Goddamn straight man.

CHS: [OV] ...It's fucking history, man, in the making."

WRIGHT: [OV] It'd be nice if it kicked off, off of this, and we never had to do nothing else but...

CHS: Yeah. [chuckles] If you could do one thing.

WRIGHT: [OV] You know what I mean. Fucking sit back and watch.

CHS: [OV] But be prepared to...

WRIGHT: [OV] I mean...

STEIN: I don't know if you guys have, you know, have paid much attention, like within the last month of, you know, these refugees, the fucking ISIS and, you know, articles that are written about them. And shit that's going on in this country? If you go into the comments on some of these articles and start reading down through the comments, dude, there are people blatantly putting it out there.

WRIGHT: Oh yeah.

STEIN: [OV] They're putting fucking crusades.

CHS: [OV] Oh yeah.

STEIN: [OV] We got a fucking cru-

CHS: [OV] [UI]

ALLEN: [OV] Oh, I know! Those people are keyboard warriors.

STEIN: [OV] ...you know?

ALLEN: [OV] But, those people will fucking get the hint.

WRIGHT: [OV] They won't kick off though until somebody else does.

CHS: [OV] They're waiting for somebody else.

ALLEN: [OV] Yeah, that's it, nobody wants to be the first one.

WRIGHT: [OV] That's right.

STEIN: I'm just saying, there's a hell of a lot more people than just us that thinks they... [UI]

ALLEN: [OV] Oh, I know.

WRIGHT: [OV] Oh, I know, I've seen them too.